Generated: Jan 21, 2026 4:04PM																													Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Jan 21, 2026 4:04PM

BRIAN EVANS
2080 S OCEAN DR
HALLANDALE BEACH, FL 33009-6683

Rcpt. No: 312981         Trans. Date: Jan 21, 2026 4:04PM         Cashier ID: #VT (1899)

| CD  | Purpose                        | Case/Party/Defendant                     | Qty | Price  | Amt    |
|-----|--------------------------------|------------------------------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | DFLS126CV020389<br>FBO: Brian Evans      | 1   | 405.00 | 405.00 |

| CD | Tender |       |            | Amt      |
|----|--------|-------|------------|----------|
| CH | Check  | #1012 | 01/20/2026 | $405.00  |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Comments: 1:26-cv-20389-LFL/Brian Evans

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.