AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BRIAN EVANS<br><br>*Plaintiff(s)*<br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL,<br>SKY DAYTON, an Individual<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>26-cv-20389 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Church of Scientology International
c/o Registered Agent: Jeanne M. Reynolds
3500 West Olive Avenue #300
Burbank, CA 91505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian Evans
2080 S. Ocean Drive
Ste. 1505
Hallandale Beach, FL 33009
Email: belasvegas@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 22, 2026

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court