AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-20389-LFL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Church of Scientology International
was recieved by me on  1/27/2026:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Barrister Executives**, who is designated by law to accept service of process on behalf of **Church of Scientology International** at **3500 W Olive Ave Ste 300, Burbank, CA 91505** on **01/28/2026 at 10:52 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

FILED BY_____D.C.

JAN 29 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  01/28/2026

_____
Server's signature

**Armen Avoyan**
Printed name and title

**8106 matilija ave
Panorama City, CA 91402**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Barrister Executives who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**




Tracking #: 0205771977