

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Brian Evans,

Plaintiff,

v.

Church of Scientology International, Sky Dayton, et al.,

Defendants.

Case No. 1:26-cv-20390

PLAINTIFF'S NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE JURISDICTION

Plaintiff Brian Evans, proceeding pro se, hereby gives notice that he does not consent to jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c).

Plaintiff requests that this case be handled by an Article III United States District Judge.

At this time, no defendant has appeared in this action. Accordingly, no certificate of service is required.

Dated: January 29, 2026

1

Respectfully submitted,

*Brian Evans*

Brian Evans

Plaintiff, Pro Se

2080 South Ocean Drive, Apt. 1505

Hallandale Beach, FL 33009

MIAMI FL 330

30 JAN 2026 PM 2 L

REC'D BY _____ D.C.

FEB - 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of The Court
Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

33128-771659

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

BRIAN EVANS
2080 S. Ocean Drive - Suite 1505
Hallandale Beach, FL 33009