Civil Action No.    1:26-cv-20389-LFL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Church of Scientology International**
was recieved by me on **1/27/2026**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Barrister Executives**, who is designated by law to accept service of process on behalf of **Church of Scientology International** at **3500 W Olive Ave Ste 300, Burbank, CA 91505** on **01/28/2026** at **10:52 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

FILED BY _____ D.C.
FEB 03 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 01/28/2026

*Server's signature*

**Armen Avoyan**
*Printed name and title*

8106 matilija ave
Panorama City, CA 91402

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Barrister Executives who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**



Tracking #: 0205771977

**BRIAN EVANS**
2080 S. Ocean Drive - Suite 1505
Hallandale Beach, FL 33009

MIAMI FL 330

29 JAN 2026  PM 6

FOREVER /

Clerk of The Court
Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

33128-771699

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131



REC'D BY_____ D.C.
FEB - 3 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI