AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:26-cv-20389-LFL**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Sky Dayton**
was recieved by me on **2/02/2026**:

FILED BY _____ D.C.
FEB 09 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **CSC**, who is designated by law to accept service of process on behalf of **Sky Dayton** at **251 Little Falls Dr, Wilmington, DE 19808 on 02/03/2026 at 8:04 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ **145.00** for services, for a total of $ **145.00**.

I declare under penalty of perjury that this information is true.

Date: 02/03/2026

_____
Server's signature

**Jose Benavides**
Printed name and title

**10-12 Wilde Ave Apt 12
Drexel Hill, PA 19026**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to CSC, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs.**



Tracking #: 0206666742


**BRIAN EVANS**
2080 S. Ocean Drive - Suite 1505
Hallandale Beach, FL 33009

MIAMI FL 330
4 FEB 2026 PM 2 L



FOREVER /

Clerk of The Court
Wilkie D. Ferguson, Jr. US Courthouse
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

REC'D BY_____

FEB 09 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-771699

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2022

FSC
MIX
Envelope
FSC® C137131



REC'D BY
FEB -9 2026
D.C.

REC'D BY
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
FEB -9 2026
D.C.