**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 26-cv-20389-BLOOM/Elfenbein

BRIAN EVANS,

      Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1-10

      Defendants,

_____/

## DEFENDANT'S, CHURCH OF SCIENTOLOGY INTERNATIONAL, MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Church of Scientology International ("Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, respectfully moves this Court for an extension of time of fourteen (14) days, through and including March 4, 2026, to respond to the Plaintiff's, Brian Evans, Complaint [DE 1], and in support thereof states as follows:

1.      On January 21, 2026, Plaintiff filed his Complaint against Defendant.

2.      Plaintiff represented to the Court that it effected service of process upon the Defendant on January 29, 2026 [DE 8] and that Defendant's response to the Complaint is currently due on February 18, 2026.

3.      However, based on the nature and extent of the allegations set forth in the Complaint by the *pro se* Plaintiff, additional time is needed to thoroughly analyze the appropriate response to same, including any available response via Federal Rule of Civil Procedure 12(b)(6).

4.      The Federal Rules of Civil Procedure allow this Court to "extend the time" an act must be done "for good cause." Fed. R. Civ. P. 6(b)(1). Good cause in this context is **not** a strict standard. It is meant to accommodate any myriad of circumstances that might necessitate more time. *See Gillio v. US Bank NA*, No. 612CV1548ORL36TBS, 2013 WL 12387342, at *1 (M.D. Fla. July 1, 2013) ("The Court routinely grants extensions when they are sought in good faith; do not prejudice a party; are not likely to create future case management problems; the Court will still have sufficient time to decide dispositive motions; and the extension will not impact the trial date.").

5.      Defendant seeks this short extension of time to prepare a responsive pleading because it has not had sufficient time and opportunity to evaluate the issues in respect to any formal response and needs to further research the issues in order to prepare a meaningful and appropriate response.

6.      The extension of time sought will not prejudice the Plaintiff as it will not create any case management problems or undue delays in the proceeding since no case management deadlines have been set forth in this action and no operative case management schedule exists in this action.

7.      This is Defendant's first request for an extension of time to respond to the Complaint, and Plaintiff's opposition to the extension is not warranted under the circumstances.

WHEREFORE, Defendant Church of Scientology International, respectfully requests that the Court grant its Motion to extend the deadline to respond to the Plaintiff's Complaint to March 4, 2026, and for any other relief this Court deems just and proper.

Dated: February 13, 2026.                          Respectfully submitted,

                                                   **DICKINSON WRIGHT PLLC**
                                                   350 East Las Olas Boulevard, Suite 1750
                                                   Fort Lauderdale, Florida 33301
                                                   Telephone: (954) 991-5427

Facsimile:  (844) 670-6009


/s/ Alan J. Perlman
Alan J. Perlman, Esq.
Florida Bar No. 826006
E-Mail: aperlman@dickinson-wright.com

Jennifer J. Vaquerano
Florida Bar No. 1039694
Email: jvaquerano@dickinson-wright.com

*Attorneys for Defendant, Church of Scientology International*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant, Church of Scientology International, has conferred with Plaintiff, Brian Evans, regarding the relief requested in this Motion and Plaintiff does not consent to the relief sought in this Motion.

/s/ Alan J. Perlman
Alan J. Perlman, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically served on this 13th day of February 2026, via the CM/ECF filer.

/s/ Alan J. Perlman
Alan J. Perlman, Esq.