UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 26-cv-20389-BLOOM/Elfenbein

BRIAN EVANS,

    Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1-10

    Defendants,
_____/

**ORDER GRANTING DEFENDANT'S, CHURCH OF SCIENTOLOGY INTERNATIONAL, MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS CAUSE** having come before the Court on the Defendant's, Church of Scientology International ("Defendant"), Motion for Extension of Time to Respond (the "Motion") to Plaintiff's, Brian Evans ("Plaintiff"), Complaint, and the Court, having reviewed the Motion, finds that good and sufficient cause exists to enter this Order as set forth below. Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Defendant shall respond to Plaintiff's Complaint on or before March 4, 2026.

**DONE and ORDERED** in Miami, Florida, on DDDD.

**JJJJ.**