UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-20389-BB

BRIAN EVANS,

    Plaintiff, pro se,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
an individual, and DOES 1-10,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, Jennifer J. Vaquerano, Esq., of the law firm of Dickinson Wright PLLC, hereby enters her appearance as attorney of record for Defendant, CHURCH OF SCIENTOLOGY INTERNATIONAL, and requests that copies of all pleadings, notices, and orders relating to this case be served on the undersigned by means of the Court's CM/ECF electronic filing system or by delivery to the undersigned at the address indicated below.

Dated: February 18, 2026.      Respectfully Submitted,

    **DICKINSON WRIGHT PLLC**
    350 Las Olas Blvd., Suite 1750
    Fort Lauderdale, Florida 33301
    Tel.: (954) 991-5420
    Fax.: (844) 670-6009

    */s/ Jennifer J. Vaquerano*
    Alan J. Perlman, Esq.
    Florida Bar No. 826006
    Email: aperlman@dickinson-wright.com
    Jennifer J. Vaquerano
    Florida Bar No. 1039694
    Email: jvaquerano@dickinson-wright.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission generated by CM/ECF.

                                        /s/ Jennifer J. Vaquerano
                                        Jennifer J. Vaquerano, Esq