UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

FILED BY KP D.C.

FEB 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No.: 1:26-cv-20389-BB

Brian Evans, Plaintiff,

v.

Church of Scientology International, Sky Dayton, et al., Defendants.

# PLAINTIFF'S NOTICE OF SUPPLEMENTAL FILING CONFIRMING SERVICE AND MOTION TO SEAL EXHIBIT A

Plaintiff Brian Evans, proceeding pro se, respectfully files this Notice of Supplemental Filing to confirm acknowledgment of service and actual notice of this action, and moves to file Exhibit A under seal pursuant to Southern District of Florida Local Rule 5.4.

1. Summons were issued in this action and service was returned executed. Plaintiff has also taken steps to correct a clerical typographical error in the previously filed proof of service to ensure the record accurately reflects the identity of the individual served.

2. Plaintiff submits Exhibit A solely to demonstrate that counsel acting on behalf of Defendant Sky Dayton acknowledged receipt of Plaintiff's claims and was aware of this litigation. The exhibit is not offered as a substitute for proof of service (which has been served with a proof of service returned), but as supplemental confirmation of notice and acknowledgment.

1

3. Exhibit A contains inflammatory and extraneous allegations unrelated to the limited purpose for which it is submitted. Accordingly, Plaintiff respectfully requests that Exhibit A be maintained under seal to prevent unnecessary prejudice and to preserve the integrity of the public record.

4. Less restrictive alternatives such as redaction would not adequately protect against the dissemination of irrelevant personal assertions contained within the document.

WHEREFORE, Plaintiff respectfully requests that the Court accept this supplemental filing and permit Exhibit A to be filed under seal.

Respectfully submitted,

_____

Brian Evans, Pro Se

February 15, 2026

2080 South Ocean Drive, Apt. 1505

Hallandale Beach, Florida 33009

Email: belasvegas@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Postal Mail on February 15, 2026, upon counsel of record who has appeared in this action, including:

2

Jennifer Julia Vaquerano, Esq.

Dickinson Wright PLLC

350 E Las Olas Blvd #1750

Fort Lauderdale, FL 33301

Attorney for Church of Scientology International.

_____

Brian Evans

February 15, 2026



