UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-20389-BB

FILED BY_____D.C.

*Susan Sharonis*

FEB 2 0 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

BRIAN EVANS,

Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,

Defendants.

_____/

PLAINTIFF'S RENEWED MOTION TO SEAL

(Pursuant to Local Rule 7.1(a)(3))

Plaintiff, Brian Evans, proceeding pro se, respectfully files this Renewed Motion to Seal and

states as follows:

I. INTRODUCTION

Plaintiff previously filed a Motion to Seal at Docket Entry 19. The Court entered a paperless

order (D.E. 20) denying the motion without prejudice for failure to include the certification

required by Local Rule 7.1(a)(3). Plaintiff now submits this Renewed Motion solely to cure that

procedural deficiency.

1

The materials Plaintiff seeks to maintain under seal were previously lodged with the Court in connection with D.E. 19 and were not publicly docketed.

## II. LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Plaintiff certifies that on February 18, 2026, Plaintiff conferred via email with counsel for Defendant Church of Scientology International regarding the relief requested in this Renewed Motion to Seal (See Exhibit A). Plaintiff advised counsel of the nature of the motion and requested Defendants' position. As of the time of filing, Defendants have not stated a position. Because the materials at issue contain private information subject to sealing, they were not circulated during conferral. The remaining Defendant(s) have not appeared through counsel, and conferral with those parties was therefore not possible.

## III. BASIS FOR SEALING

The materials previously lodged contain sensitive and private information that should not be placed on the public docket. Public disclosure would risk unnecessary dissemination of confidential information and could cause harm that outweighs any presumption of public access. Outside of providing this Court with information that confirms a Defendant was served in this case and has an attorney whom has addressed himself as such, it also makes inflammatory remarks that the Plaintiff will defend against and should not be made public at this time as it is prejudicial (and false, which will be debated at a later time). The Plaintiff is showing Your Honor this letter simply to confirm that this Co-Defendant has counsel who acknowledges the lawsuit and proof of service has been filed with this court.

The requested relief is narrowly tailored. Plaintiff seeks only to maintain under seal the specific

materials previously submitted to the Court in connection with D.E. 19.

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Grant this Renewed Motion to Seal;

2. Maintain under seal the materials previously lodged in connection with D.E. 19; and

3. Grant any further relief the Court deems just and proper.

Respectfully submitted,

Brian Evans

Plaintiff, Pro Se

belasvegas@yahoo.com

February 19th, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2026, I served a true and correct copy
of the foregoing document via US Post Office first class mail upon all counsel of record,
including:

Alan J. Perlman

Dickinson Wright PLLC

350 East Las Olas Blvd

Suite 1750

Ft Lauderdale, FL 33301

954-991-5420

Fax: 1-844-670-6009

Email: aperlman@dickinsonwright.com

LEAD ATTORNEY

ATTORNEY TO BE NOTICED


Jennifer Julia Vaquerano

Dickinson Wright PLLC

350 E Las Olas Blvd #1750

Fort Lauderdale, FL 33301

3057949781

Email: jvaquerano@dickinson-wright.com

ATTORNEY TO BE NOTICED

Brian Evans

Plaintiff, Pro Se



BRIAN EVANS
(954) 214-3076
APT 1505
2080 S OCEAN DR
HALLANDALE BEAC   FL 33009-6683

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 19 FEB 2026

SHIP WILKIE D FERGUSON JR US COURTHOUSE
TO:  CLERK OF THE COURT
     RM 8N09
     400 N MIAMI AVE

MIAMI  FL 33128-1805

FL 330 9-03

UPS GROUND

TRACKING #: 1Z 361 E83 03 5125 6374

BILLING: P/P

FILED BY_____D.C.

FEB 20 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REF #1: SP

SEE NOTICE ON REVERSE regarding UPS terms, customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

**The UPS Store RFID Label**

**Tracking #**

1Z361E83035125 6374