UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

Case No.: 1:26-cv-20389-BB

FILED BY ___M___ D.C.
FEB 25 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

BRIAN EVANS,
Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,
Defendants.

## PLAINTIFF'S SUPPLEMENTAL LOCAL RULE 7.1(a)(3) CERTIFICATION

Plaintiff, Brian Evans, proceeding pro se, files this Supplemental Certification pursuant to S.D. Fla. Local Rule 7.1(a)(3) in support of Plaintiff's Renewed Motion to Seal (D.E. 23), and states as follows:

1. On February 18, 2026, Plaintiff conferred in good faith via email with counsel for Defendant Church of Scientology International regarding the relief requested in the Renewed Motion to Seal.

2. Plaintiff provided notice of the nature of the motion and requested Defendants' position. Email correspondence reflecting these conferral efforts was attached as Exhibit A to the Renewed Motion to Seal.

1

3. Counsel requested disclosure of the proposed sealed materials outside of the Court's sealing procedures. Plaintiff advised that the materials were confidential and would not be circulated outside the Court's process. Counsel thereafter stated Defendants' position that they do not consent to the requested relief.

4. This Supplemental Certification is submitted to accurately reflect Defendants' stated position following the filing of the Renewed Motion to Seal.

Respectfully submitted,

Brian Evans

Plaintiff, Pro Se

2080 South Ocean Drive #1505

Hallandale Beach, FL 33009

Email: belasvegas@yahoo.com

Dated: February 24, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2026, I served a true and correct copy of the foregoing document via U.S. Mail upon all counsel of record, including:

Alan J. Perlman

Dickinson Wright PLLC

350 East Las Olas Blvd., Suite 1750

Fort Lauderdale, FL 33301

Email: APerlman@dickinson-wright.com

Jennifer Julia Vaquerano

Dickinson Wright PLLC

350 East Las Olas Blvd., Suite 1750

Fort Lauderdale, FL 33301

Email: jvaquerano@dickinson-wright.com

_____

Brian Evans

Plaintiff, Pro Se

2080 South Ocean Drive #1505

Hallandale Beach, FL 33009

Email: belasvegas@yahoo.com

