# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.: 1:26-cv-20389-BB

BRIAN EVANS;

     Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1-10

     Defendants.

_____/

## DECLARATION OF LYNN R. FARNY IN SUPPORT OF DEFENDANT'S, CHURCH OF SCIENTOLOGY INTERNATIONAL, MOTION TO DISMISS

I, Lynn R. Farny, hereby submit this declaration as follows:

1.    I am over the age of eighteen. I have personal knowledge of the facts stated below and, if called upon to do so, could and would competently testify thereto.

2.    I am the Secretary of Church of Scientology International ("CSI"). I submit this declaration in support of CSI's Motion to Dismiss.

3.    I am an ordained minister in the Scientology religion. Scientology is a worldwide religious movement recognized in the United States and around the world. It is based on the writings and recorded spoken words of the religion's Founder, L. Ron Hubbard. Scientology offers a precise path leading to a complete and certain understanding of one's true spiritual nature. Scientology comprises a body of knowledge which extends from certain fundamental truths

developed by Mr. Hubbard. The ultimate goal of Scientology is true spiritual enlightenment and freedom for all.

4.     I began working in an official capacity for CSI in 1984. I have been a corporate officer of CSI since June 1988. Thus, I am intimately familiar with the operations of CSI.

5.     CSI is a nonprofit religious corporation incorporated in the State of California, with its principal place of business in Los Angeles, California, and its headquarters at 6331 Hollywood Boulevard in Los Angeles. CSI's activities are managed and directed from California, where all of its directors and officers reside.

6.     CSI does not own or operate any individual Scientology church.

7.     To be clear, there are thousands of Scientology churches, missions, and groups in more than 167 countries, and more than 30 churches and missions in California alone.

8.     Each local Church of Scientology is *separately* incorporated as a religious nonprofit corporation and is operated by its own officers and directors.

9.     CSI does not have any business facilities, officers, employees, representatives, or agents, including an agent for service of process, in Florida.

10.    CSI is not registered to conduct business in Florida and does not operate any businesses in Florida.

11.    CSI does not have any offices in Florida.

12.    As such, CSI does not send letters to prospective parishioners in Florida. It does not send "recruitment" materials to prospective parishioners in Florida. It does not send "invitations to return" to former parishioners in Florida.

13.    The statements in paragraphs above have been the case for the time periods covered in Plaintiff's Complaint.

14.     I am also the custodian of records for CSI. As such, I have caused a thorough search of CSI's corporate records and have not located any letters or communications from CSI to Mr. Evans for the time periods covered in Plaintiff's Complaint, or otherwise.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2026, in Los Angeles, California.

Lynn R. Farny