# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS;

       Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1-10

       Defendants.

_____/

**DECLARATION OF KENDRICK MOXON IN SUPPORT OF DEFENDANT'S,**
**CHURCH OF SCIENTOLOGY INTERNATIONAL, MOTION TO DISMISS**

I, Kendrick Moxon, hereby declare and state:

1.      I make the following statements of my own personal knowledge, except where stated on information and belief or based upon indicated research, and if called to testify thereto, I could and would do so competently.

2.      I am counsel for the Church of Scientology International ("CSI").  I have been licensed to practice law in the District of Columbia since 1984, in California state courts since 1987 and California federal courts and the Ninth Circuit since 1988.

3.      By letter dated February 9, 2026, which I emailed to Plaintiff Brian Evans that date, I informed Mr. Evans of the many infirmities to his Complaint against CSI. I detailed the lack of personal jurisdiction over CSI, that there was no factual and legal basis for any of his claims against CSI, and that the statutes of limitation and statute of repose had long ago expired for every claim.

I encouraged him to dismiss the case or CSI would be required to file a motion to dismiss. I offered to waive costs and malicious prosecution upon dismissal. Mr. Evans flatly rejected these informal attempts to resolve the matter and stated he was going forward with the case.

4.     I also detailed to Mr. Evans why the proof of service he filed as to the alleged service of the Summons and Complaint on CSI was false and that there was accordingly no lawful service of process. I agreed to provide a waiver of service on behalf of CSI and sent him the waiver form. Mr. Evans refused to utilize the waiver of service statute, asserted his false proof of service was adequate, and thus required that a timely responsive pleading be filed based on the proof of service he had filed.

5.     In light of the manifestly vexatious nature of the Complaint, I caused research to be conducted regarding other actions Mr. Evans may have filed of a similar nature. I determined that he had a criminal record for various crimes and had spent time in federal prison.

6.     I learned that Mr. Evans has filed at least 50 lawsuits, almost all *pro se*, in the past 22 years in Florida, Hawaii, Massachusetts and Nevada. These *pro se* actions evidence that Mr. Evans has a pattern of filing suits against many apparently deep-pocket individuals and corporations and businesses, as well as against government figures and agencies. Many of the cases were adjudicated against Mr. Evans, but others were voluntarily dismissed, suggesting a pattern of filing inflammatory suits against defendants who chose to settle the actions.  In **Exhibit "1"** attached hereto, I list approximately fifty (50) cases filed by Mr. Evans, based upon a public records search. The list indicates 7 cases filed in the Southern District of Florida in the past 8 months, as well as 43 other cases in the past 23 years.

7.     The California registered agent for service of process for the Church of Scientology International is attorney Jeanne Reynolds. A true and correct copy of the California Corporate Statement of Information so indicating, is attached hereto as **Exhibit "2."**

8.     Barrister Executives is not CSI's designated registered agent for service of process.

9.     CSI did not receive service of process via its registered agent, Jeanne Reynolds, as required by California law.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.  Signed this 3rd day of March 2026, in Los Angeles, California.

_____
Kendrick Moxon

# Exhibit 1

Brian Evans Known Litigation History

The following is a timeline of litigation brought by Brian Evans, based on what has been located to date.

| NBR | DESCRIPTION OF CASE: |
|---|---|

1. Evans v. Pamela Pan et al. – 2:03-cv-00031-KJD-LRL
   U.S. District Court of Nevada
   Date Filed: 01/09/2003
   Date Terminated: 07/01/2003

   The complaint alleged breach of contract, fraud and copyright infringement.

2. Evans v Roth et al. – 4:02-cv-10061-JLK
   Southern District of Florida
   Date Filed: 08/08/2002
   Date Terminated: 01/05/2004

   Dismissal on Summary Judgment

   The suit was filed for an alleged illegal search and seizure against Sheriff R. Roth and Detective Christine Scott and the Monroe County Sheriff's Department. The search concerned a Tiger Woods trading card Evans had purchased on eBay and then cancelled payment. The victim made a criminal complaint which was the basis for the search warrant.

3. Evans v. Larry Kahn et al. – 2:02-cv-01502-JCM-PAL
   U.S. District Court of Nevada
   Date Filed: 11/14/2002
   Date Terminated: 03/14/2003
   Dismissal Stipulated by the parties

   The complaint claimed defamation, copyright infringement, false light, invasion of privacy, intentional infliction of emotional distress, harassment, compensatory and punitive damages and injunctive relief.

4. Evans v. Richard Hewitt - 2:02-cv-01495-LDG-LRL
   U.S. District Court of Nevada
   Date Filed: 11/14/2002
   Date Terminated: 08/11/2004

   The complaint was for defamation, copyright infringement, false light invasion of privacy, intentional infliction of emotional distress harassment, compensatory & punitive damages and injunctive relief. This was over a posting on a website for Evans winning "The Phoenix-Foundation's 'Cyber Squatter' of the year award." Motion to dismiss was granted.

| NBR | DESCRIPTION OF CASE: |
|---|---|

5.  Evans v. Marcel Ong et al. – 2:03-cv-00016-JCM-RJJ
    U.S. District Court of Nevada
    Date Filed: 01/06/2003
    Date Terminated: 03/25/2003

    The complaint was for breach of contract, fraud, copyright infringement and intentional infliction of emotional distress, seeking $5,000,000 plus damages. The case was dismissed with prejudice as the parties settled.

6.  Evans v. Kehoe et al. – 1:03-cv-00620-DAE-KSC
    U.S. District Court District of Hawaii
    Date Filed: 11/10/2003
    Date Terminated: 12/19/2003

    Docket Only Available

    Claim for slander and libel. Suit was dismissed on Evans' motion.

7.  Evans v. AmeriCredit – 1:04-cv-00008-DAE-LK
    U.S. District Court District of Hawaii
    Date Filed: 01/06/2004
    Date Terminated: 05/06/2004

    Claim for violation of the Fair Credit Reporting Act. The case was dismissed by the Court.

8.  Evans v. Kehoe – 4:04-cv-10004-KMM
    Southern District of Florida
    Date Filed: 01/13/2004
    Date Terminated: 02/09/2004

    Claim filed for defamation, slander, emotional distress, dismissed on Evans' motion.

9.  Evans v. State Farm Bank et al. – 1:04-cv-00022-SOM-BMK
    U.S. District Court District of Hawaii
    Date Filed: 01/15/2004
    Date Terminated: 01/23/2004

    Complaint was for fraud, deceptive business practices, theft by deception, intentional infliction of emotional distress and violation of the Fair Credit Reporting Act. Evans' motion to proceed in forma pauperis was denied. Evans' motion to dismiss was granted.

| NBR | DESCRIPTION OF CASE: |
|-----|----------------------|

10.   Evans v. Kohl et al. – 1:04-cv-00023-HG-LK
      U.S. District Court District of Hawaii
      Date Filed: 01/15/2004
      Date Terminated: 01/28/2004

      Complaint was for fraud, deception, and emotional distress. Defendants included Mark
      Kohl, Governor Jeb Bush, the State of Florida, Sheriff Attorney Mark Willis, Monroe
      County Sheriffs Dept, Monroe County, Michael John Stephenson and Sheriff Richard Roth.
      Evans' motion to proceed in forma pauperis was denied. Evans then filed a motion to
      dismiss.

11.   Evans v. Peterson et al. – 1:04-cv-00135-HG-KSC
      U.S. District Court District of Hawaii
      Date Filed: 02/25/2004
      Date Terminated: 08/17/2004

      Judgment
      Appeal Dismissal

      Complaint was for fraud, Deception, Interference with Economic Advantage, Breach of
      Contract. Evans' default judgment was initially overturned on motions from the defendants
      due to lack of personal jurisdiction.

12.   Evans v. Monroe County Sheriff Dept et al. – 4:04-cv-10033-JLK
      Southern District of Florida
      Date Filed: 05/06/2004
      Date Terminated: 06/16/2004

      Voluntary Dismissal
      Judgment (Granting $2,655 in fees in favor of Defendant Kohl)

      Claim for harassment, malicious prosecution, intentional infliction of emotional distress,
      malicious abuse of process. A felony arrest warrant was issue based on an allegation that
      Evans stole a $23,000 boat from his former manager, Darlene Delano. Evans filed a
      voluntary dismissal after a hearing on a motion to dismiss.

13.   Evans v. DHL Airways – 2:04-cv-00766-RCJ-PAL
      U.S. District Court of Nevada
      Date Filed: 06/08/2004
      Date Terminated: 08/06/2004

      Claim for fraud and destruction of personal property. Case settled.

| NBR | DESCRIPTION OF CASE: |
|-----|----------------------|

14.     Evans v. Monroe County Sheriff's Department et al. – 2:04-cv-01042-RCJ-LRL
U.S. District Court of Nevada
Date Filed: 07/28/2004
Date Terminated: 12/14/2004

       Claim for malicious prosecution, harassment and emotional distress related to the arrest warrant issued by the Monroe County Sheriff's Department concerning a complaint that Evans had stolen a boat, demanding $10 million in damages. Defendants' Motion to Dismiss was granted.

15.     Evans v. Darlene Delano – 2:04-cv-01069-JCM-PAL
U.S. District Court of Nevada
Date Filed: 08/02/2004
Date Terminated: 10/15/2004

       Complaint was for malicious prosecution and recoding a phone call. The dispute concerning Delano's boat which she reported stolen by Evans which resulted in an arrest warrant being issued on Evans. Evans reportedly produced evidence he had made payments for the purchase of the boat, so the criminal case was dropped. Evans filed a motion to dismiss which was granted.

16.     Evans v. Cooke Communications et al. – 2:04-cv-01742-KJD-LRL
U.S. District Court of Nevada
Date Filed: 12/22/2004
Date Terminated: 02/11/2005

       Complaint
Motion to Dismiss
Dismissal

       This complaint was for slander, defamation, emotional distress and interference with economic advantage in connection with an article about Evans in the Key West Citizen about Evans' litigation with the Monroe County Sheriff's Department.

17.     Evans v. Amazon Inc. – 2:05-cv-00388-RLH-GWF
U.S. District Court of Nevada
Date Filed: 03/22/2005
Date Terminated: 01/10/2006

       Complaint for fraud, interference with economic advantage, deception, emotional distress and unfair competition. Evans claimed Amazon did not promote his titles. Amazon filed file a motion to enforce settlement as part of a motion to dismiss which was granted. Evans was also sanctioned $1,500.

| NBR | DESCRIPTION OF CASE: |
|---|---|

18. Evans v. Gardner et al. – 2:06-cv-00001-RLH-GWF
U.S. District Court of Nevada
Date Filed: 01/03/2006
Date Terminated: 01/10/2006

Complaint for sex discrimination was sealed. Voluntary dismissal by Evans.

19. Evans v. Kyung et al. – 2:06-cv-00025-RCJ-RJJ
U.S. District Court of Nevada
Date Filed: 01/09/2006
Date Terminated: 05/04/2006

Complaint is for conversion and intentional infliction of emotional distress. Evans claimed defendants hacked his GoDaddy domain account and altered the direction of where domain names point. Complaint not served and voluntarily dismissed.

20. Evans v. Dick Clark Productions – 2:08-cv-00800-SVW-FFM
Central District of California
Date Filed: 02/06/2008
Date Terminated: 03/12/2008

Case originally filed in LA Superior Court and was removed to federal court. Case dismissed with prejudice pursuant to a settlement.

21. Evans v. Boston Red Sox – 1284CV02523
Suffolk County Superior Court
Date Filed: 07/03/2012
Date Terminated: 07/12/2012

Complaint was for $25,000,000. Evans voluntarily dismissed.

22. Evans v. Patrick – 1:13-cv-00268-SOM-BMK
U.S. District Court of Hawaii
Date Filed: 05/28/2013
Date Terminated: 07/29/2013

Complaint against the Massachusetts Attorney General, Essex County DA's Office, Essex County District Attorney, the City of Methuen, Methuen Police Dept., the Mayor, Mass. Dept. of Health, and Deval Patrick, the governor of Massachusetts, for alleged corruption, fraud and intentional infliction of emotional distress. Dismissed by the Court for failure to state a claim.

| NBR | DESCRIPTION OF CASE: |
|---|---|

23. Evans v. Boston Red Sox et al. – 1:13-cv-00262-SOM-BMK
U.S. District Court of Hawaii
Date Filed: 05/23/2013
Date Terminated: 12/23/2013

Complaint seeking $10,000,000 for breach of contract, intentional infliction of emotional distress, fraud and interference with contract related to a music video Evans allegedly shot for Fenway Park and the Boston Red Sox. Case transferred to the District of Massachusetts.

24. Evans v. Cerberus Capital Management et al. – 1:13-cv-00267-SOM-BMK
U.S. District Court of Hawaii
Date Filed: 05/28/2013
Date Terminated: 12/23/2013

Complaint, which sought $50,000,000 in damages, related to the death of Evans' mother after undergoing knee surgery, for emotional distress and loss of consortium. The defendants included the hospital, doctors, Steward Health Care System which owns the hospital and Cerberus Capital which owns Steward Health Care. Case was transferred to Massachusetts District Court.

25. Evans v. Leap Frog Group et al. – 1:13-cv-00269-SOM-BMK
U.S. District Court of Hawaii
Date Filed: 05/28/2013
Date Terminated: 10/02/2013

This was a wrongful death case re Evans' mother. He asked for $9,999,000 in damages alleging fraud, wrongful death, conspiracy to commit fraud, corruption, negligent misrepresentation, intentional infliction of emotional distress, loss of consortium. Case was dismissed for failure to establish subject matter jurisdiction.

26. Evans v. Mass Nurses Association et al. – 1:13-cv-00272-SOM-BMK
U.S. District Court of Hawaii
Date Filed: 05/29/2013
Date Terminated: 07/16/2013

Case alleged conspiracy to commit fraud, intentional infliction of emotional distress, corruption. Defendants in addition to the Nurses Association were the City of Methuen, Methuen PD, The Holy Family Hospital, the Medical Examiner, Steward Health Care System. Seeks $25,000,000 damages. The case was dismissed for failure to state a claim and failure to pay the filing fees. Evans' appeal to the Ninth Circuit was dismissed.

| NBR | DESCRIPTION OF CASE: |
|-----|----------------------|

27.   Evans v. Town of Hampton et al. – 1:13-cv-00315-SOM-BMK
      U.S. District Court of Hawaii
      Date Filed: 06/25/2013
      Date Terminated: 07/26/2013

      Evans alleged conspiracy to commit fraud and intentional infliction of emotional distress
      related to the defendants colluding to prevent a memorial sign being designated on a street
      to honor his mother. Evans sought $10,000,000. Case dismissed for lack of subject matter
      jurisdiction. Appeal unsuccessful.

28.   Evans v. Paragons LLC et al. – 1:13-cv-00355-SOM-BMK
      U.S. District Court of Hawaii
      Date Filed: 07/18/2013
      Date Terminated: 09/18/2013

      Evans alleged malicious prosecution, defamation, intentional infliction of emotional
      distress and violation of the Fair Debt Collection Practices Act. The complaint was based
      on a "false" police report filed on Evans for issuing rent checks that bounced. The initial
      complaint was dismissed for lack of paying a filing fee. Evans moved to recuse the judge,
      which failed. He filed an amended complaint and later voluntarily dismissed.

29.   Evans v. Stark et al. – 1:13-cv-00501-SOM-KSC
      U.S. District Court of Hawaii
      Date Filed: 10/01/2013
      Date Terminated: 12/24/2013

      Evans alleged slander, defamation of character, fraud, libel, intentional infliction of
      emotional distress against Lani Stark and attorney Joel Edelman, who stated that Evans
      "has a long history of felony criminal conduct." Evans used the complaint to expose Lani
      Stark's alleged conduct. Evans asked for $5,000,000 in damages. The case was dismissed.

30.   Evans v. Boston Red Sox et al. – 1:13-cv-13259-GAO
      U.S. District Court of Massachusetts
      Date Filed: 12/23/2013
      Date Terminated: 10/01/2014

      Complaint against the Boston Red Sox and related organizations and executives which was
      transferred from the District Court in Hawaii. It concerned a music video Evans did at
      Fenway Park. Evans claimed he had to pay a $40,000 fee to film the video. Evans claimed
      there was a conspiracy between the company that owns the hospital where his mother died
      and the Boston Red Sox organization, which share the same PR firm. Complaint dismissed
      for failure to state a claim on which relief can be granted.

| NBR | DESCRIPTION OF CASE: |
|---|---|

31.   Evans v. Cerberus Capital Management et al. – 1:13-cv-13271-GAO
      U.S. District Court of Massachusetts
      Date Filed: 12/26/2013
      Date Terminated: 09/24/2014

      This case was transferred from the District Court of Hawaii. The complaint was related to
      the death of Evans' mother after undergoing knee surgery. The defendants included the
      hospital, doctors, Steward Health Care System which owns the hospital and Cerberus
      Capital which owns Steward Health Care. Evans asked for $50,000,000. The complaint was
      dismissed partly because Evans stated he was bringing the claim as an individual not as the
      representative of the estate and lack of evidence to support an intentional infliction of
      emotional distress claim.

32.   Hamamoto v. Ige, Evans et al. – 1:14-cv-00491-DKW-BMK
      U.S. District Court of Hawaii
      Date Filed: 10/30/2014
      Date Terminated: 02/23/2015

      Declaratory relief complaint brought by Eugene Hamamoto over the holding of a vacancy
      election to fill a missing Senator seat in Congress. Evans was named as a defendant as he
      ran for the vacant seat. Evans then filed a counterclaim for malicious prosecution for
      $1,000,000 for including him in the lawsuit. His counterclaim was dismissed for failure to
      state a claim.

33.   Stark v. Evans – 2CC141000629
      Circuit Court Hawaii
      Date Filed: 11/05/2014
      Date Terminated: 08/09/2018

      This complaint was brought by Lani Stark against Evans and others. Evans filed a
      counterclaim. In the case, Evans filed a motion in limine to exclude evidence or testimony
      of Evans' prior convictions. Stark prevailed in the case and there was a stipulation to vacate
      the final judgment.

34.   Evans v. Marvin et al. – 1577CV00569
      Massachusetts Trial Court N3
      Date Filed: 04/13/2015
      Date Terminated: Closed

      Evans brought a wrongful death case as the Administrator of his mother's estate. He was
      represented by Philip J. Crowe of Crowe and Mulvey. The suit was filed against Ronald A.
      Marvin, M.D., Orthopedics Northeast, P.C., Sridhar R. Ganda, D.O., Kristin A. Dasilva,
      R.N., Anne Marie Mede, R.N., Holy Family Hospital, Steward Medical Group, Inc., and

| NBR | DESCRIPTION OF CASE: |
|-----|----------------------|

Steward Health Care System, L.L.C. Doctor Sridhar Ganda settled. The case went to a jury. The hospital and Steward Health Care moved for and won a directed verdict. The jury rendered a verdict on behalf of the rest of the defendants.

35.   Evans v. Crowe & Mulvey et al. – 3:19-cv-00068-CAR
      U.S. District Court of Georgia
      Date Filed: 07/31/2019
      Date Terminated: 09/27/2019

      Suit for copyright violation and witness intimidation of Evans to stop Evans from filing a malpractice case. The case was dismissed for failure to state a claim.

36.   Evans v. Fidelity Brokerage Services LLC – 3:19-cv-00070-CDL
      U.S. District Court of Georgia
      Date Filed: 08/05/2019
      Date Terminated: 09/20/2019

      Evans alleged that Fidelity employees provided false and misleading investment advice that caused losses exceeding $570,000. Evans claimed these representations were recorded in phone calls and later contradicted, resulting in substantial financial losses and unsuccessful attempts to resolve the matter through FINRA. The case was dismissed on Evans' motion.

37.   Evans v. Crowe & Mulvey, LLP et al. – 1:20-cv-00082-JMS-KJM
      U.S. District Court of Hawaii
      Date Filed: 02/19/2020
      Date Terminated: 08/27/2020

      Evans sued his former attorneys, Crowe & Mulvey, LLP, alleging that after being notified of his intent to sue them for legal malpractice, the defendants removed a video of Evans from his personal website and posted it on their YouTube page without his consent. Evans claimed the video falsely implied that he was satisfied with their legal services. The complaint was dismissed for failure to state a claim.

38.   Evans v. Fidelity Brokerage Services LLC – 1:20-cv-00111-JAO-RT
      U.S. District Court of Hawaii
      Date Filed: 03/09/2020
      Date Terminated: 04/28/2020

      Evans alleged Fidelity Brokerage Services, and its employee, negligently misrepresented key information regarding his brokerage account, resulting in the loss of over $325,000— his entire inheritance from his mother's wrongful death settlement. He claimed Fidelity admitted mishandling the account, and entered into a FINRA-mediated settlement that was later breached. Evans' complaint was dismissed for lack of subject matter jurisdiction.

| NBR | DESCRIPTION OF CASE: |
|---|---|

39.  Evans & Blitz v. Clark et al. – 1:20-cv-00119-LEK-RT
U.S. District Court of Hawaii
Date Filed: 03/17/2020
Date Terminated: 04/16/2020

Evans and Mark Blitz sued Kevin Clark and associates for breach of contract and related misconduct based on a 2014 agreement concerning funding a patent later known as "Point Motion Control." Evans and Blitz alleged that the defendants misused invested funds for personal expenses, i.e., rent, drugs, parties, and the recording of music, and entered into new agreements without plaintiffs' consent. A week after the defendants filed a motion to dismiss, Evans filed a motion to voluntarily dismiss, which was granted.

40.  Evans v. Gilead Sciences Inc. – 1:20-cv-00123-DKW-KJM
U.S. District Court of Hawaii
Date Filed: 03/18/2020
Date Terminated: 09/15/2020

Evans alleged that Gilead's HIV drug caused him severe bone and joint injuries, including diffuse arthralgia, due to kidney and bone toxicity, risks that were inadequately disclosed. He claimed permanent injuries and resulting loss of ability to work as a performer. The case was dismissed for failure to state a claim.

41.  Evans v. Kahele – SCEC-20-0000507
Circuit Court Hawaii
Date Filed 08/11/2020
Date Terminated: 12/18/2020

This complaint concerned the 2020 election and whose name should go on the ballot. Evans was running in the primary and got 8.1% of the votes. The complaint was dismissed.

42.  Evans v. Crowe & Mulvey LLC – 2184cv01883
Massachusetts Trial Court
Date Filed: 08/18/2021
Date Terminated: 12/31/2024

Evans sued Crowe & Mulvey, his attorneys in his mother's wrongful death case. Evans alleged that the firm mishandled the trial. The parties stipulated to dismissal.

43.  Evans v. Hyatt Corporation – 1:24-cv-03119-SAB
Eastern District of Washington
Date Filed: 08/05/2024
Date Terminated: 10/10/2024

| NBR | DESCRIPTION OF CASE: |
|---|---|

Evans alleged that while dining at the Andaz Wailea Resort in Maui, a hotel employee made defamatory and discriminatory remarks while he was retrieving Evans' valet-parked vehicle, advising Evans' business associate to stay away from him. The complaint claimed sexual harassment, sexual discrimination under Title VII of the Civil Rights Act of 1964, discrimination, negligence, slander/defamation, and intentional infliction of emotional distress, and asked $5 million in compensatory and punitive damages. Evans dismissed the case.

44.    Evans v. StubHub, Inc. – 0:25-cv-61708-RS
       U.S. District Court SD of Florida
       Date Filed: 08/25/2025
       Date Terminated: Open

       Evans alleged that StubHub falsely advertised and sold him tickets labeled as "S 11" "Ste 11" suite seats for an Inter Miami CF match at DRV PNK Stadium, when in fact the tickets provided were for inferior non-suite seating. The complaint asserts claims for fraud, negligent misrepresentation, intentional infliction of emotional distress, and violation of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA). It sought damages exceeding $75,000, punitive damages, and injunctive relief. The case was ordered to arbitration which was appealed by Evans. Appeal pending.

45.    Evans v. Cerberus Capital Management L.P. et al. – 0:25-cv-62282-AHS
       U.S. District Court SD of Florida
       Date Filed: 11/10/2025
       Date Terminated: Open

       Evans alleged that Cerberus Capital Management, former Steward Health Care CEO Ralph de la Torre, and Medical Properties Trust engaged in a coordinated scheme of asset-stripping, dividend extraction, and undercapitalization that financially crippled Steward hospitals, including Holy Family Hospital in Massachusetts, where his mother died. Evans made claims for negligence, gross negligence /willful and wanton misconduct, wrongful death, negligent infliction of emotional distress, and intentional infliction of emotional distress, seeking damages as well as equitable relief including disgorgement and a constructive trust. There is a pending motion to dismiss for failure to state a claim.

46.    Evans v. Creative Artist Agency – 1:25-cv-25484-DPG
       U.S. District Court SD of Florida
       Date Filed: 11/21/2025
       Date Terminated: Open

       Evans alleged that CAA and its agent Steve Levine retaliated against him after he reported receiving explicit videos from a CAA-represented client, withdrew promised performance and career opportunities, and then coerced him into signing a "Second Settlement

| NBR | DESCRIPTION OF CASE: |
|-----|----------------------|

Agreement" designed to silence him and shield the agency from liability. The complaint asserted claims for fraudulent inducement, intentional infliction of emotional distress, fraudulent concealment, breach of the covenant of good faith and fair dealing, tortious interference with prospective economic advantage, and sought rescission of the agreement, declaratory and injunctive relief, and compensatory and punitive damages. The case is pending.

47.    Evans v. Hampton Beach Casino Ballroom – 1:25-cv-25491-EGT
       U.S. District Court SD of Florida
       Date Filed: 11/24/2025
       Date Terminated: Open

       Evans sued Hampton Beach Casino claiming that when he was a young performer, during one engagement at the Casino, he was violently attacked with an electrical stun device while performing. He blamed Hampton Beach for incompetent security and claimed that they were hostile and defamed him by spreading the rumor that Evans "sued the venue." He claimed accumulated PTSD and is seeking damages.

48.    Evans v. City National Bank – 0:25-cv-62656-WPD
       U.S. District Court SD of Florida
       Date Filed: 12/23/2025
       Date Terminated: Open

       Evans sued City National Bank as it took over from Business Bank of Nevada, Las Vegas, where Evans had a corporate business account between 1996 and 2000. Evans alleged that he deposited his valuable baseball cards collection there at the advice of a bank manager. There were so many cards that these had to be loaded on a dolly but the bank did not give a receipt and these cards have disappeared. When Evans contacted the bank on November 24, 2025, he did not get a response.

49.    Evans v. Hawaiian Electric Industries – 1:26-cv-20024-EAL
       U.S. District Court SD of Florida
       Date Filed: 01/05/2026
       Date Terminated: Open

       Evans sued for gross negligence and wrongful conduct that caused the Maui fires of August 2023. Evans claimed he was physically present at the time of the fires and was forced to run for his life to escape advancing flames and smoke.  Evans claimed he was "a nationally recognized concert producer and founder of the Maui Celebrity Series, a long-standing cultural and economic enterprise dependent on Maui's safety and accessibility" and that the fires destroyed his business as he can't resume concert production, in addition to his PTSD. He asked $5,000,0000 in damages.

| NBR | DESCRIPTION OF CASE: |
|-----|----------------------|

50.    Evans v. Fitzgerald – 1:26-cv-20342-LFL
       U.S. District Court SD of Florida
       Date Filed: 01/20/2026
       Date Terminated: Open

       Evans sued attorney Chad Fitzgerald, alleging that Fitzgerald made false representations to
       arbitrators on January 7, 2026, on behalf of CAA and Steve Levine, in a federal lawsuit
       filed by Evans on November 25, 2025. There is a pending motion to dismiss for lack of
       jurisdiction – the defendants are not in Florida and cannot demonstrate good faith for the
       $75,000 he is claiming.

# Exhibit 2

BA20231411351



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CA NONPROFIT CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231411351

Date Filed: 9/6/2023

### Entity Details

| | |
|---|---|
| Corporation Name | CHURCH OF SCIENTOLOGY INTERNATIONAL |
| Entity No. | 1060183 |
| Formed In | CALIFORNIA |

### Street Address of California Principal Office of Corporation

| | |
|---|---|
| Street Address of California Office | 6331 HOLLYWOOD BLVD. LOS ANGELES, CA 90028 |

### Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 6331 HOLLYWOOD BLVD. LOS ANGELES, CA 90028 |
| Attention | |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| HEBER JENTZSCH | 6331 HOLLYWOOD BLVD. LOS ANGELES, CA 90028 | Chief Executive Officer |
| Lynn R Farny | 6331 Hollywood Blvd. Los Angeles, CA 90028 | Secretary |
| Ellen Reynolds | 6331 Hollywood Blvd. Los Angeles, CA 90028 | Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

### Agent for Service of Process

| | |
|---|---|
| Agent Name | JEANNE M REYNOLDS |
| Agent Address | 3500 WEST OLIVE AVENUE, SUITE 300 BURBANK, CA 91505 |

### Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

### Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*cfe*                                          *09/06/2023*

Signature                                      Date