# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:26-cv-20389-LFL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Church of Scientology International** was recieved by me on **1/27/2026**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jane Doe**, who is designated by law to accept service of process on behalf of **Church of Scientology International** at 3500 W Olive Ave Ste 300, Burbank, CA 91505 on 01/28/2026 at 10:52 AM; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 02/26/2026

*Server's signature*

**Armen Avoyan**
*Printed name and title*

**8106 matilija ave**
**Panorama City, CA 91402**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to an individual who refused to give their name who identified themselves as the Person Authorized to Accept, employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**




Tracking #: 0210856077

# EXHIBIT B

 

The Church of Scientology Celebrity Centre International
*The Oasis of Creative Freedom*

Brian Evans
2080 S Ocean Drive
Apt 1050
Hallandale Beach Fl. 33009

5930 Franklin Avenue Hollywood, California 90028
323-960-3100    Fax 323-960-3232

November 14, 2025

Dear Brian,

Hello to you good sir!!! And thank you so much for writing to me. Your response was very much appreciated. I don't have a phone number or email for you so I had no choice but to respond via snail mail.

You validated my perseverance. And you are correct. I've been helping people using Scientology principles for 50 years. I started when I was 18. And when you have the understanding of the profoundly workable truths Mr. Hubbard was somehow able to discover, I just want to share it with everyone.

You are correct in remembering Sky Dayton and Earthlink. He was the one who introduced you to Celebrity Centre and Scientology.

I will admit to a possible errors in filing. We have 3-4 Brian Evans in our files and it is possible, information about their interests or progress have been misfiled into your file. Your ID No., you gave is your correct number.

It appears you purchased a 5 hour block of Dianetics auditing, but I can't discern if you ever received the auditing.

Then is also appears like you possibly signed up for the Purification Program (a cleansing program to get rid of toxins in the body – see brochure), but I can't tell if you ever actually did the program.

Here's what I like to propose. Tell me what you think.

I am including a brochure on the Purification Program for your perusal. I would like to invite you to come out and do this program with us. It is a $2500 program and takes an average of 21-26 days.

Website: www.scientology.cc
E-mail: ccint@scientology.net




The Church of Scientology Celebrity Centre International
The Oasis of Creative Freedom

5930 Franklin Avenue Hollywood, California 90028
323-960-3100     Fax 323-960-3232

You will find it quite beneficial in many ways. Physically, emotionally and spiritually.

And while you are here I can show you the rest of what Mr. Hubbard organized to take one to higher states of being.

Please call me as I've no number for you, and we can converse about what might be best for you.

Best,

Scott

Scott Weigand
Bridge Consultant
213-693-0280

Website: www.scientology.cc
E-mail: ccint@scientology.net



The Church of Scientology Celebrity Centre International
The Oasis of Creative Freedom

5930 Franklin Avenue Hollywood, California 90028
323-960-3100    Fax 323-960-3232

BRIAN EVANS
2080 S. OCEAN DR.
# 1505
HALLANDALE BCH, FL 33009

24 JAN

HELLO BRIAN —

IF YOU HAD ANYTHING LESS THAN STELLAR RESULTS WITH YOUR DIANETICS AUDITING YEARS AGO, I WOULD LIKE TO HEAR FROM YOU!

BY THE WAY, IT'S THE 75TH ANNIVERSARY OF THE DIANETICS BOOK — A GREAT TIME TO READ (OR PERHAPS RE-READ) THIS AMAZING BODY OF KNOWLEDGE! SERIOUSLY!

THIS KNOWLEDGE OF THE MIND IS TO YOUR ADVANTAGE!

BEST WISHES
for 2026!
CARL at CC

Website: www.scientology.cc
E-mail: ccint@scientology.net

Non-Profit Org.
U.S. Postage
**PAID**
Los Angeles, CA
Permit No. 28636

CHURCH OF SCIENTOLOGY
CELEBRITY CENTRE INTERNATIONAL
5930 FRANKLIN AVENUE
HOLLYWOOD, CA 90028

(323) 960-3100

31615
BRIAN EVANS
2080 S OCEAN DR APT 1505
HALLANDALE BEACH, FL 33009-6683



# JOIN THE SEA ORGANIZATION

ELLARY SAVAGE
SEA ORG RECRUITMENT OFFICER CC INT
(323) 960-3100 • SORO@CELEBRITYCENTRE.ORG

**SCAN HERE** FOR A FREE INFORMATION PACKET



© 2026 CSCCI. All Rights Reserved. The Sea Org Symbol is a trademark and service mark owned by Religious Technology Center and is used with its permission. The Sea Org is an elite fraternal religious order; it is not an entity of any kind.  20260122

# TAKE YOUR NEXT STEP FULL TIME THIS FALL AT CELEBRITY CENTRE

Non-Profit Org
U.S. Postage
**PAID**
Los Angeles, CA
Permit No. 28636

Church of Scientology
Celebrity Centre International
5930 Franklin Avenue
Hollywood, CA 90028

(323) 960-3100

31615
BRIAN EVANS
2080 S OCEAN DR APT 1505
HALLANDLE BCH, FL 33009-6683



## THE FOUNDATION OF YOUR BRIDGE

**The Books and Lectures** are the breakthrough discoveries on the developmental track of Dianetics and Scientology.

The answers to the mysteries of the mind, spirit and life — revealed.

**Buy and Do the BASICS** at Celebrity Centre International
**CALL (323) 960-3100 TODAY**

© 2023 CSCCI. All Rights Reserved. HUBBARD, SCIENTOLOGY, ARC STRAIGHTWIRE, DIANETICS, NEW ERA DIANETICS, THE BRIDGE TO TOTAL FREEDOM and other marks used in this work are trademarks and service marks owned by Religious Technology Center and are used with its permission. Proc NL No 34 - 20251016

US POSTAGE $001.03
90028
7303658 JAN 26 2026

LOS ANGELES CA 900
25 JAN 2025 PM 11

Celebrity Centre Int'l
5930 Franklin Ave
Hollywood, CA 90028

BRIAN EVANS
2080 S. OCEAN DR
# 1505
HALLANDALE BCH, FL 33009

ACHIEVE SELF-CONFIDENCE AND REALIZE YOUR FULL POTENTIAL

005-657




Permit No. 28636, [illegible], CA

Church of Scientology
Celebrity Centre International
5930 Franklin Avenue
Hollywood, CA 90028

(323) 960-3100

31615
BRIAN EVANS
2080 S OCEAN DR APT 1505
HALLANDALE BEACH, FL 33009-6683

A religious retreat of the Church of Scientology serving Scientologists coming to Los Angeles for spiritual training and processing and who want stellar accommodations and outstanding service.

© 2026 CSCCI. All Rights Reserved. THE MANOR LOGO, HCO, THE BRIDGE, OT and other marks used in this work are trademarks and service marks owned by Religious Technology Center and are used with its permission. Scientologist is a collective membership mark designating members of the affiliated Scientology churches and missions. 20260108



May 4 2013

billboard

| NEW | 24 | THE ~~ ~~~~~~ ~~~ ~~~~ VICTORY | | |
|---|---|---|---|---|
| NEW | 25 | **KRYSTAL KEITH** SHOW DOG-UNIVERSAL | Krystal Keith (EP) | 25 | 1 |

| NEW | 50 | ANCI  SEASON C |

## HEATSEEKERS SONGS™

| LAST WEEK | THIS WEEK | TITLE IMPRINT PROMOTION LABEL | Artist | WKS ON CHART |
|---|---|---|---|---|
| 5 | 1 | #1 1 WK ~~~~~~ ~~~~~~~ WHEN I'M GONE | Anna Kendrick | 18 |
| 3 | 2 | **CLARITY** INTERSCOPE | Zedd Featuring Foxes | 9 |
| 2 | 3 | **LOVE AND WAR** STREAMLINE/EPIC | Tamar Braxton | 20 |
| 4 | 4 | **LEVITATE** SURFACE NOISE | Hadouken! | 9 |
| 8 | 5 | **U.O.E.N.O.** ROCKY ROAD | Rocko Feat. Future & Rick Ross | 3 |
| 6 | 6 | **WINGS** SYCO/COLUMBIA | Little Mix | 6 |
| 10 | 7 | **I COULD BE THE ONE** LE7ELS/CASABLANCA/REPUBLIC | Avicii vs Nicky Romero | 7 |
| 13 | 8 | **CRICKETS** EXIT 8/A&M/OCTONE/INTERSCOPE | Drop City Yacht Club Feat. Jeremih | 4 |
| 12 | 9 | **TAKE ME TO THE KING** TILLYMANN | Tamela Mann | 8 |
| NEW | 10 | **CHLOE (YOU'RE THE ONE I WANT)** SYCO/COLUMBIA | Emblem3 | 1 |
| 18 | 11 | **SAFE AND SOUND** LAZY HOOKS/CAPITOL | Capital Cities | 4 |
| 15 | 12 | **AMERICAN BEAUTIFUL** ARISTA NASHVILLE | The Henningsens | 5 |
| 14 | 13 | **WOP** STEREOFAME | J. Dash | 7 |
| NEW | 14 | **GANGSTA** VESTED IN CULTURE/EPIC | Kat Dahlia | 1 |
| NEW | 15 | **AT FENWAY** BRIAN EVANS | Brian Evans | 1 |
| 16 | 16 | **SWEATER WEATHER** [R]EVOLVE/COLUMBIA | The Neighbourhood | 6 |
| 17 | 17 | **GOLD** SPARROW/CAPITOL CMG/CAPITOL | Britt Nicole | 11 |
| 20 | 18 | **WHOM SHALL I FEAR (GOD OF ANGEL ARMIES)** SIXSTEPS/SPARROW/CAPITOL CMG | Chris Tomlin | 14 |
| NEW | 19 | **DON'T YA** ATLANTIC/WMN | Brett Eldredge | 1 |
| 23 | 20 | **LEGGO** MOTOWN/IDJMG | B. Smyth Featuring 2 Chainz | 2 |
| 21 | 21 | **10,000 REASONS (BLESS THE LORD)** SIXSTEPS/SPARROW/CAPITOL CMG | Matt Redman | 37 |
| NEW | 22 | **EN LA OBSCURIDAD** CAPITOL LATIN/UMLE | Belinda | 1 |
| NEW | 23 | **I LIKE IT** CBE/ATLANTIC | Sevyn Streeter | 1 |
| NEW | 24 | **BREEZEBLOCKS** INFECTIOUS/CANVASBACK/ATLANTIC | alt-J | 1 |
| RE | 25 | **ZUMBA** ORFANATO/MACHETE/UMLE | Don Omar | 4 |

## REGIONAL HEATSEEKERS #1 ALBU

PACIFIC
**DESPERATE GROUND**
THE THERMALS

MOUNTAIN
**STARS IN STEREO**
STARS IN STEREO

EAST NO
**CYCLES OF**

BROOKROYAL

After her mainstream breakthrough as the featured artist on **Icona Pop's** hit "I Love It," **Charli XCX's** debut album, *True Romance*, bows at No. 5 on Billboard's Heatseekers Albums chart (2,000 copies sold, according to Nielsen SoundScan).

The British singer/songwriter wraps a European tour on May 4 and then travels to San Francisco on May 6 for a U.S./Canadian trek that runs through July 20. In addition to those headlining dates, Charli XCX will open for **Marina & the Diamonds** and play Bonnaroo (June 13-16). —*Keith Caulfield*

### MID ATLANTIC

| 1 | THE THERMALS |
|---|---|
| 2 | ICONA POP |
| 3 | CARLA BRUNI |
| 4 | KREWELLA |
| 5 | CHARLI XCX |
| 6 | MY BLOODY VALI |
| 7 | TURNOVER |
| 8 | SLAINE  Slaine Prese |
| 9 | LAURA MVULA |
| 10 | HALF MILE HOME  C |

nielsen SoundScan

nielsen BDS

# Exhibit C

Shown to this Honorable Court only to defend Plaintiff's character

(One of 15 chart examples)