AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-20389-LFL**

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

FILED BY_____D.C.
Susan Shra
MAR - 6 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

This summons for **Church of Scientology International** was recieved by me on **1/27/2026**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jane Doe**, who is designated by law to accept service of process on behalf of **Church of Scientology International** at **3500 W Olive Ave Ste 300, Burbank, CA 91505** on **01/28/2026** at **10:52 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 02/26/2026

_____
Server's signature

**Armen Avoyan**
Printed name and title

8106 matilija ave
Panorama City, CA 91402

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to an individual who refused to give their name who identified themselves as the Person Authorized to Accept, employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**




Tracking #: 0210856077



REC'D BY _____ D.C.
MAR 0 6 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

BRIAN EVANS
(954) 214-3076
APT 1505
2080 S OCEAN DR
HALLANDALE BEAC   FL 33009-6683

1 LBS              1 OF 1
SHP WT: 1 LBS
DATE: 27 FEB 2026

SHIP TO:
 ATTN  CLERK OF THE COURT
 US DISTRICT COURT
 RM 8N09
 400 N MIAMI AVE

 MIAMI   FL 33128-1805

FL 330 9-03



UPS GROUND
TRACKING #:  1Z 361 E83 03 4915 4578

1Z361E8303 4915 4578   Tracking #



MMG6X5F4K5C0K ISH 13.00C ZZD230 EP 07.5V 02/2026

UPS Terms and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and the US shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration law is prohibited.