UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No.: 1:26-cv-20389-BB

FILED BY _____ D.C.

MAR 09 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

BRIAN EVANS,

Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL,

SKY DAYTON, and

DOES 1-10,

Defendants.

**PLAINTIFF'S MOTION TO SUBSTITUTE CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL FOR DOE DEFENDANT NO. 1**

Plaintiff Brian Evans, appearing pro se, respectfully moves pursuant to Federal Rule of Civil Procedure 15 and Rule 21 for an order substituting Church of Scientology Celebrity Centre International for Doe Defendant No. 1 and states as follows:

BACKGROUND

1

Plaintiff's Complaint names "DOES 1-10" as defendants whose identities were not known at the time of filing but who were alleged to have participated in the conduct described in the Complaint.

Subsequent to filing the Complaint, Plaintiff obtained documentary communications showing that certain Scientology-related correspondence and materials referenced in the Complaint were sent by Church of Scientology Celebrity Centre International.

Those communications are already part of the record and confirm that this entity may have been directly involved in the communications and conduct alleged in the Complaint.

## SUBSTITUTION OF DOE DEFENDANT

Because Plaintiff's Complaint already includes Doe defendants, substitution of the proper entity is appropriate once the identity of a Doe defendant becomes known. Courts routinely allow substitution of a Doe defendant where the plaintiff later discovers the identity of the previously unidentified party.

Substitution here will not alter the substance of the claims already pleaded but will simply identify one of the previously unknown defendants referenced in the Complaint.

## **LEAVE TO SUBSTITUTE IS FREELY GRANTED**

Federal Rule of Civil Procedure 15(a)(2) provides that courts should freely grant leave to amend when justice so requires. Additionally, Rule 21 permits the Court to add or substitute parties at any time on just terms. This case is in its early stages, no discovery has yet occurred, and no prejudice will result from identifying the proper defendant corresponding to a previously pleaded

2

Doe defendant. Allowing substitution promotes resolution of the dispute on the merits rather than on technical pleading issues.

SERVICE

If the Court grants this motion, Plaintiff will promptly effect service of process on Church of Scientology Celebrity Centre International in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

1. Substituting Church of Scientology Celebrity Centre International for Doe Defendant No. 1 in this action;

2. Directing the Clerk to update the caption of the case to reflect this substitution; and

3. Granting such other and further relief as the Court deems just and proper.

Plaintiff is proceeding pro se and this motion concerns substitution of a Dfoe defendant; therefore Local Rule 7.1(a)(3) conferral is not required.

This motion does not seek to dismiss any Defendants currently named. It seeks only to add a Defendant.

Respectfully submitted,

_____

Brian Evans

Plaintiff, Pro Se

2080 South Ocean Drive, Suite 1505

Hallandale Beach, Florida 33009

Telephone: 954-214-3076

Dated: March 9, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 9, 2026, I served a true and correct copy of the foregoing Plaintiff's Motion to Substitute

Church of Scientology Celebrity Centre International for Doe Defendant No. 1 by U.S. Mail, first-class postage prepaid, as I am proceeding pro se and do not file electronically, upon:

Alan J. Perlman, Esq. (Fla. Bar No. 826006)

DICKINSON WRIGHT PLLC

350 East Las Olas Boulevard, Suite 1750

Fort Lauderdale, Florida 33301,

Jennifer J. Vaquerano, Esq. (Fla. Bar No. 1039694)

DICKINSON WRIGHT PLLC

350 East Las Olas Boulevard, Suite 1750

Fort Lauderdale, Florida 33301,

4

Attorneys for Defendant Church of Scientology International.

Justin B. Elegant

Berger Singerman LLP

1450 Brickell Avenue, Ste. 1900

Miami, FL 33131

305-755-9500

Fax: 305-714-4340

Email: jelegant@bergersingerman.com,

LEAD ATTORNEY

ATTORNEY TO BE NOTICED

Michael H. Strub , Jr.

Jeffer Mangels & Mitchell LLP

3 Park Plaza Ste 1100

Irvine, CA 92614

(949) 623-7200

Email: MStrub@jmbm.com

PRO HAC VICE

ATTORNEY TO BE NOTICED, Attorneys for Sky Dayton

_____

Brian Evans

2080 South Ocean Drive, Suite 1505

Hallandale Beach, Florida 33009

Telephone: 954-214-3076