UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:26-cv-20389-BLOOM/Elfenbein

BRIAN EVANS;

      Plaintiffs,
v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1-10

      Defendants.
_____/

## DECLARATION OF KELLY LOBOS

I, Kelly Lobos, hereby declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the facts stated below and if called upon to do so, could and would competently testify thereto.

2. I am a receptionist at Barrister Executive Suites, 3500 West Olive Avenue, Burbank, CA 91505.

3. On or about January 28, 2026, a man came to the reception desk. I asked if I could help him, and he said had a summons for the Church of Scientology International at this address. I informed him there was no such tenant at the office. He walked out into the elevator lobby, spoke on the phone and came back to my desk. He said he was told to leave the summons. I informed the man that I could not accept it. He said he was leaving it anyway, and dropped some papers on my desk and he left. I saw the papers were a summons and some legal papers.

4.  I am not an agent for anyone or any entity for service of process.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2026, in Los Angeles, California.

_____
Kelly Lobos