UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

    Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1-10

    Defendants.

_____/

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S
CORPORATE DISCLOSURE STATEMENT**

    Defendant Church of Scientology International ("CSI"), pursuant to Federal Rule of Civil Procedure 7.1, by and through undersigned Counsel, hereby submits its Disclosure Statement and states as follows:

    1.    Pursuant to Fed. R. Civ. P. 7.1(a)(1), CSI does not have a parent corporation, and no publicly held corporation owns ten percent or more of CSI's stock.

    2.    Defendant reserves its right to modify or supplement these disclosures upon discovering any ground for amendment.

Dated: March 12, 2026                    Respectfully submitted,

                                              **DICKINSON WRIGHT PLLC**

                                              */s/ Alan J. Perlman*
                                              Alan J. Perlman, Esq.
                                              Florida Bar No. 826006
                                              aperlman@dickinson-wright.com

                                              Jennifer J. Vaquerano, Esq.

1

>Florida Bar No. 1039694
>jvaquerano@dickinson-wright.com
>
>*Counsel for Defendant*
>*Church of Scientology International*

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on March 12, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System and/or U.S. mail to the parties listed below.

>*/s/ Alan J. Perlman*
> Alan J. Perlman, Esq.