UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-20389-BB

BRIAN EVANS,

    Plaintiff, pro se,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
an individual, and DOES 1-10,

    Defendants.
_____/

## NOTICE OF STRIKING DOCKET ENTRY #40

Defendant, CHURCH OF SCIENTOLOGY INTERNATIONAL ("CSI"), by and through its undersigned counsel, hereby files this Notice of Striking of CSI's Reply Memorandum of Law in Support of its Motion to Dismiss Complaint for Lack of Personal Jurisdiction Insufficient Service and Failure to State a Claim [DE #40], *without prejudice*. The document was inadvertently filed using an incorrect CM/ECF Login. The document will be re-filed using the correct CM/ECF Login as directed by the Clerk.

Dated: March 13, 2026.    Respectfully Submitted,

                                         **DICKINSON WRIGHT PLLC**
                                         350 Las Olas Blvd., Suite 1750
                                         Fort Lauderdale, Florida 33301
                                         Tel.: (954) 991-5420
                                         Fax.: (844) 670-6009

                                         */s/ Jennifer J. Vaquerano*
                                         Alan J. Perlman, Esq.
                                         Florida Bar No. 826006
                                         Email: aperlman@dickinson-wright.com

Jennifer J. Vaquerano, Esq.<br>
Florida Bar No. 1039694<br>
Email: jvaquerano@dickinson-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission generated by CM/ECF.

<i>/s/ Jennifer J. Vaquerano</i><br>
Jennifer J. Vaquerano, Esq.