UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-20389-BB

BRIAN EVANS,

    Plaintiff, pro se,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
an individual, and DOES 1-10,

    Defendants.
_____/

## NOTICE OF STRIKING DOCKET ENTRY #41

Defendant, CHURCH OF SCIENTOLOGY INTERNATIONAL ("CSI"), by and through its undersigned counsel, hereby files this Notice of Striking of CSI's Corporate Disclosure Statement [DE#41] *without prejudice*.

The document was inadvertently filed using an incorrect CM/ECF Login. The document will be re-filed using the correct CM/ECF Login as directed by the Clerk.

Dated:  March 13, 2026.                     Respectfully Submitted,

                                                         **DICKINSON WRIGHT PLLC**
                                                         350 Las Olas Blvd., Suite 1750
                                                         Fort Lauderdale, Florida 33301
                                                         Tel.: (954) 991-5420
                                                         Fax.: (844) 670-6009

                                                         */s/ Jennifer J. Vaquerano*
                                                         Alan J. Perlman, Esq.
                                                         Florida Bar No. 826006
                                                         Email: aperlman@dickinson-wright.com
                                                         Jennifer J. Vaquerano, Esq.
                                                         Florida Bar No. 1039694
                                                         Email: jvaquerano@dickinson-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record via transmission generated by CM/ECF.

*/s/ Jennifer J. Vaquerano*
Jennifer J. Vaquerano, Esq.