# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-20389-LFL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Church of Scientology International**
was recieved by me on **1/27/2026**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jane Doe**, who is designated by law to accept service of process on behalf of **Church of Scientology International** at **3500 W Olive Ave Ste 300, Burbank, CA 91505** on **01/28/2026** at **10:52 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 02/26/2026

_____
Server's signature

**Armen Avoyan**
Printed name and title

8106 matilija ave
Panorama City, CA 91402

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to an individual who refused to give their name who identified themselves as the Person Authorized to Accept, employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**



Tracking #: 0210856077

# EXHIBIT B



The Church of Scientology Celebrity Centre International
The Oasis of Creative Freedom

Brian Evans
2080 S Ocean Drive
Apt 1050
Hallandale Beach Fl. 33009

5930 Franklin Avenue Hollywood, California 90028
323-960-3100    Fax 323-960-3232

November 14, 2025

Dear Brian,

Hello to you good sir!!! And thank you so much for writing to me. Your response was very much appreciated. I don't have a phone number or email for you so I had no choice but to respond via snail mail.

You validated my perseverance. And you are correct. I've been helping people using Scientology principles for 50 years. I started when I was 18. And when you have the understanding of the profoundly workable truths Mr. Hubbard was somehow able to discover, I just want to share it with everyone.

You are correct in remembering Sky Dayton and Earthlink. He was the one who introduced you to Celebrity Centre and Scientology.

I will admit to a possible errors in filing. We have 3-4 Brian Evans in our files and it is possible, information about their interests or progress have been misfiled into your file. Your ID No., you gave is your correct number.

It appears you purchased a 5 hour block of Dianetics auditing, but I can't discern if you ever received the auditing.

Then is also appears like you possibly signed up for the Purification Program (a cleansing program to get rid of toxins in the body – see brochure), but I can't tell if you ever actually did the program.

Here's what I like to propose. Tell me what you think.

I am including a brochure on the Purification Program for your perusal. I would like to invite you to come out and do this program with us. It is a $2500 program and takes an average of 21-26 days.

Website: www.scientology.cc
E-mail: ccint@scientology.net



The Church of Scientology Celebrity Centre International
The Oasis of Creative Freedom

5930 Franklin Avenue Hollywood, California 90028
323-960-3100    Fax 323-960-3232

You will find it quite beneficial in many ways. Physically, emotionally and spiritually.

And while you are here I can show you the rest of what Mr. Hubbard organized to take one to higher states of being.

Please call me as I've no number for you, and we can converse about what might be best for you.

Best,

Scott

Scott Weigand
Bridge Consultant
213-693-0280

Website: www.scientology.cc
E-mail: ccint@scientology.net



The Church of Scientology Celebrity Centre International
The Oasis of Creative Freedom

5930 Franklin Avenue Hollywood, California 90028
323-960-3100   Fax 323-960-3232

BRIAN EVANS
2080 S. OCEAN DR.
#1505
HALLANDALE BCH, FL 33009

24 JAN

HELLO BRIAN —

IF YOU HAD ANYTHING LESS THAN STELLAR RESULTS WITH YOUR DIANETICS AUDITING YEARS AGO, I WOULD LIKE TO HEAR FROM YOU!

BY THE WAY, IT'S THE 75TH ANNIVERSARY OF THE DIANETICS BOOK — A GREAT TIME TO READ (OR PERHAPS RE-READ) THIS AMAZING BODY OF KNOWLEDGE! SERIOUSLY! THIS KNOWLEDGE OF THE MIND IS TO YOUR ADVANTAGE!

BEST WISHES FOR 2026.
CARL at CC

Website: www.scientology.cc
E-mail: ccint@scientology.net

Non-Profit Org.
U.S. Postage
**PAID**
Los Angeles, CA
Permit No. 28636

CHURCH OF SCIENTOLOGY
CELEBRITY CENTRE INTERNATIONAL
5930 FRANKLIN AVENUE
HOLLYWOOD, CA 90028
(323) 960-3100

31615
BRIAN EVANS
2080 S OCEAN DR APT 1505
HALLANDALE BEACH, FL 33009-6683

# JOIN THE SEA ORGANIZATION

SCAN HERE FOR A FREE INFORMATION PACKET




**ELLARY SAVAGE**
SEA ORG RECRUITMENT OFFICER CC INT
(323) 960-3100 • SORO@CELEBRITYCENTRE.ORG

© 2026 CSCCI. All Rights Reserved. The Sea Org Symbols is a trademark and service mark owned by Religious Technology Center and is used with its permission. The Sea Org is an elite fraternal religious order; it is not an entity of any kind. 20260122

# TAKE YOUR NEXT STEP FULL TIME THIS FALL AT CELEBRITY CENTRE

Non-Profit Org
U.S. Postage
**PAID**
Los Angeles, CA
Permit No. 28636

Church of Scientology
Celebrity Centre International

5930 Franklin Avenue
Hollywood, CA 90028

(323) 960-3100

31615
BRIAN EVANS
2080 S OCEAN DR APT 1505
HALLANDLE BCH, FL 33009-6683



THE FOUNDATION
OF YOUR BRIDGE

**The Books and Lectures** are the breakthrough discoveries on the developmental track of Dianetics and Scientology.

The answers to the mysteries of the mind, spirit and life — revealed.

**Buy and Do the BASICS** at Celebrity Centre International

CALL (323) 960-3100 TODAY

© 2023 CSCCI. All Rights Reserved. HUBBARD, SCIENTOLOGY, ARC STRAIGHTWIRE, DIANETICS, NEW ERA DIANETICS, THE BRIDGE TO TOTAL FREEDOM and other marks used in this work are trademarks and service marks owned by Religious Technology Center and are used with its permission. Proc NL No-34 - 20251016

US POSTAGE $001.03
LOS ANGELES CA 900
26 JAN 2026 PM 11

Celebrity Centre Int'l
5930 Franklin Ave
Hollywood, CA 90028

BRIAN EVANS
2080 S. OCEAN DR
#1505
HALLANDALE BCH, FL 33009

ACHIEVE SELF-CONFIDENCE AND REALIZE YOUR FULL POTENTIAL

Church of Scientology
Celebrity Centre International
5930 Franklin Avenue
Hollywood, CA 90028

(323) 960-3100

31615
BRIAN EVANS
2080 S OCEAN DR APT 1505
HALLANDALE BEACH, FL 33009-6683



A religious retreat of the Church of Scientology serving Scientologists coming to Los Angeles for spiritual training and processing and who want stellar accommodations and outstanding service.

© 2026 CSCCI. All Rights Reserved. THE MANOR LOGO, HCO, THE BRIDGE, OT and other marks used in this work are trademarks and service marks owned by Religious Technology Center and are used with its permission. Scientologist is a collective membership mark designating members of the affiliated Scientology churches and missions. 20260109

# Exhibit C

Shown to this Honorable Court only to defend Plaintiff's character

(One of 15 chart examples)



May 4 2013

**billboard**

| | | | KRYSTAL KEITH SHOW DOG-UNIVERSAL | Krystal Keith (EP) | 25 | 1 |

## HEATSEEKERS SONGS

| | | TITLE | ARTIST | WKS |
|---|---|---|---|---|
| 5 | 1 | #1 | | |
| 3 | 2 | CLARITY INTERSCOPE | Zedd Featuring Foxes | 9 |
| 2 | 3 | LOVE AND WAR STREAMLINE/EPIC | Tamar Braxton | 20 |
| 4 | 4 | LEVITATE SURFACE NOISE | Hadouken! | 9 |
| 8 | 5 | U.O.E.N.O. ROCKY ROAD | Rocko Feat. Future & Rick Ross | 3 |
| 6 | 6 | WINGS SYCO/COLUMBIA | Little Mix | 6 |
| 10 | 7 | I COULD BE THE ONE LEVELS/CASABLANCA/REPUBLIC | Avicii vs Nicky Romero | 7 |
| 13 | 8 | CRICKETS DGT R/A&M/OCTONE/INTERSCOPE | Drop City Yacht Club Feat. Jeremih | 4 |
| 12 | 9 | TAKE ME TO THE KING TILLYMANN | Tamela Mann | 8 |
| NEW | 10 | CHLOE (YOU'RE THE ONE I WANT) SYCO/COLUMBIA | Emblem3 | 1 |
| 18 | 11 | SAFE AND SOUND LAZY HOOKS/CAPITOL | Capital Cities | 4 |
| 15 | 12 | AMERICAN BEAUTIFUL ARISTA NASHVILLE | The Henningsens | 5 |
| 14 | 13 | WOP STEREOFAME | J. Dash | 7 |
| NEW | 14 | GANGSTA VESTED IN CULTURE/EPIC | Kat Dahlia | 1 |
| NEW | 15 | AT FENWAY BRIAN EVANS | Brian Evans | 1 |
| 16 | 16 | SWEATER WEATHER [R]EVOLVE/COLUMBIA | The Neighbourhood | 6 |
| 17 | 17 | GOLD SPARROW/CAPITOL CMG/CAPITOL | Britt Nicole | 11 |
| 20 | 18 | WHOM SHALL I FEAR (GOD OF ANGEL ARMIES) SIXSTEPS/SPARROW/CAPITOL CMG | Chris Tomlin | 14 |
| NEW | 19 | DON'T YA ATLANTIC/WMN | Brett Eldredge | 1 |
| 23 | 20 | LEGGO MOTOWN/IDJMG | B. Smyth Featuring 2 Chainz | 2 |
| 21 | 21 | 10,000 REASONS (BLESS THE LORD) SIXSTEPS/SPARROW/CAPITOL CMG | Matt Redman | 37 |
| NEW | 22 | EN LA OBSCURIDAD CAPITOL LATIN/UMLE | Belinda | 1 |
| NEW | 23 | I LIKE IT CBE/ATLANTIC | Sevyn Streeter | 1 |
| NEW | 24 | BREEZEBLOCKS INFECTIOUS/CANVASBACK/ATLANTIC | alt-J | 1 |
| RE | 25 | ZUMBA ORFANATO/MACHETE/UMLE | Don Omar | 4 |

## REGIONAL HEATSEEKERS #1 ALBUMS



After her mainstream breakthrough as the featured artist on **Icona Pop's** hit "I Love It," **Charli XCX's** debut album, *True Romance*, bows at No. 5 on Billboard's Heatseekers Albums chart (2,000 copies sold, according to Nielsen SoundScan).

The British singer/songwriter wraps a European tour on May 4 and then travels to San Francisco on May 6 for a U.S./Canadian trek that runs through July 20. In addition to those headlining dates, Charli XCX will open for **Marina & the Diamonds** and play Bonnaroo (June 13-16). —*Keith Caulfield*

### MID ATLANTIC

| 1 | THE THERMALS |
| 2 | ICONA POP |
| 3 | CARLA BRUNI |
| 4 | KREWELLA |
| 5 | CHARLI XCX |
| 6 | MY BLOODY VALE |
| 7 | TURNOVER |
| 8 | SLAINE Slaine Prese |
| 9 | LAURA MVULA |
| 10 | HALF MILE HOME |

nielsen SoundScan

nielsen BDS

Data for week of 05.04.2013 | For chart reprints call 212.493.4023

# EXHIBIT D

For reference.

## Cases Involving Allegations of Aggressive Litigation Tactics or Misconduct by the Church of Scientology

This document summarizes several well-known legal disputes in which the Church of Scientology or its
associated entities were accused in court proceedings, investigations, or journalistic reports of
aggressive litigation tactics against plaintiffs or critics. Allegations in these matters have included
harassment of litigants, attempts to intimidate critics, discovery abuse, evidence manipulation, or
false accusations made against adversaries.

The summaries below are based on publicly reported cases and court records. In many of these matters,
the Church of Scientology has denied wrongdoing and argued that its actions were legitimate legal
efforts to defend the organization and its members.

### Paulette Cooper / Operation Freakout (1970s)

Journalist Paulette Cooper, author of the book "The Scandal of Scientology," became the target of a
covert campaign later uncovered by the FBI known as "Operation Freakout." Court records and federal
prosecutions revealed that operatives connected with Scientology planned efforts to discredit Cooper,
including allegedly framing her for bomb threats and attempting to have her imprisoned or committed
to a mental institution. Documents uncovered during federal raids in 1977 described plans to forge
letters and create false evidence linking Cooper to threats against the organization.

The scandal became part of the broader Operation Snow White prosecutions that resulted in criminal
convictions of several high-ranking Scientology officials.

### Wollersheim v. Church of Scientology (California)

Former Scientologist Lawrence Wollersheim sued the Church alleging psychological abuse and coercion.
A California jury awarded substantial damages. The Church fought the judgment through years of appeals
and post-trial litigation.

During the prolonged proceedings, courts criticized aspects of the Church's litigation tactics. At
various stages, courts described the strategy as involving extensive procedural attacks and efforts
that effectively overwhelmed the plaintiff with litigation. The case became widely cited in discussions
of Scientology's aggressive legal defense strategies.

### Church of Scientology v. Gerald Armstrong (1980s)

Gerald Armstrong, a former Scientology archivist, became involved in litigation with the Church after
he provided internal documents about founder L. Ron Hubbard during a lawsuit. During the proceedings,
a California judge issued a decision sharply critical of Scientology's internal practices and credibility.

Armstrong later alleged that the organization continued to pursue litigation against him for decades,
including attempts to enforce judgments and pursue additional claims. The case has often been cited by
critics as an example of long-running legal conflict between the Church and former members.

### Religious Technology Center v. Lerma (Virginia, 1995)

This case arose when critic Dennis Erlich and journalist Washington Post reporter Richard Leiby
became involved in disputes over Scientology documents posted online. During litigation involving
Arnie Lerma, federal courts criticized the Church's discovery tactics and conduct related to evidence
handling.

At one point the court imposed monetary sanctions on Scientology's legal team for discovery abuse and
misrepresentations about evidence during the litigation process.

### Fishman and Geertz Litigation (1990s)

In litigation involving former Scientology member Steven Fishman and his attorney, Kendrick Moxon
(along with the Church), disputes arose over internal Scientology documents filed in court. Critics
alleged the Church attempted to suppress evidence through aggressive legal action.

The case became notable in early internet law because the disputed documents circulated online and
prompted extensive litigation over copyright claims and public access to court filings.

### Monique Rathbun v. Church of Scientology (Texas)

Monique Rathbun sued the Church alleging that it conducted a campaign of harassment against her and
her husband, former Scientology executive Mark Rathbun. The lawsuit alleged surveillance, intimidation,
and other forms of harassment.

The litigation produced extensive testimony about the Church's intelligence and investigation
operations. The case was ultimately dismissed on jurisdictional grounds, but the proceedings generated
significant public discussion about alleged harassment tactics.

### Debbie Cook v. Church of Scientology (Texas)

Debbie Cook, a former high-ranking Scientology executive, sued the Church after it attempted to enforce
a nondisclosure agreement. During court proceedings she made detailed allegations about internal
management practices and pressure exerted on former members.

The case ended quickly after filing when the parties reached a confidential settlement.

### Conclusion

Across several decades, critics and former members have accused Scientology of responding aggressively to lawsuits and criticism through extensive litigation, investigations of opponents, accusing them of utilizing "AI" in their pleadings, and other tactics. Some allegations have been supported by court findings or criminal prosecutions, while others remain contested claims made in civil litigation or journalistic reporting.