AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| BRIAN EVANS | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26 - CV - 20389-BB |
| | ) | |
| Church of Scientology International, et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
c/o Registered Agent
JEANNE REYNOLDS
3500 WEST OLIVE AVENUE SUITE 300
BURBANK, CA  91505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRIAN EVANS
2080 S. Ocean Drive
Apt. 1505
Hallandale Beach, FL 33009
(954) 214-3076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Mar 23, 2026



**SUMMONS**

*s/ C.Davis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court