**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-20389-BB**

BRIAN EVANS,

   Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
CHURCH OF SCIENTOLOGY CELEBRITY
CENTRE INTERNATIONAL,

   Defendants.

**NOTICE OF APPEARANCE**

  Daniel R. Lazaro, Esq., of the law firm of Buchanan Ingersoll & Rooney PC, files this

Notice of Appearance as counsel for Defendant, Church of Scientology International, and requests

that he be served copies of all pleadings, notices, motions and orders.

Date: March 23, 2026.

      Respectfully submitted,

      /s/ *Daniel R. Lazaro*
      Daniel R. Lazaro, Florida Bar No. 99021
      BUCHANAN INGERSOLL & ROONEY PC
      One Biscayne Tower
      2 S. Biscayne Blvd, Ste. 1500
      Miami, FL 33131-1822
      T: 305-347-4080
      F: 305-347-4089
      dan.lazaro@bipc.com
      soraya.hamilton@bipc.com
      eservice@bipc.com