**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-20389-BB**

BRIAN EVANS,

      Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
CHURCH OF SCIENTOLOGY CELEBRITY
CENTRE INTERNATIONAL,

      Defendants.

---

**<u>DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S PARTIALLY
UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a), Defendant, Church of Scientology International (the "Church"), respectfully moves for an extension of time to file the Church's responses to Plaintiff's First Amended Complaint and to Plaintiff's Motion to Strike, Seal and for Sanctions as to Defamatory Statements Mischaracterizing Plaintiff as a "Convicted Felon" ("Motion to Strike"), and in support thereof, the Church respectfully states as follows:

1.      On March 13, 2026, Plaintiff filed his First Amended Complaint [D.E. 49], and on March 16, 2026, Plaintiff filed his Motion to Strike [D.E. 51].

2.      The current deadline for the Church to respond to Plaintiff's Amended Complaint is March 27, 2026, and the deadline to respond to Plaintiff's Motion to Strike is March 30, 2026.

3.      The Church recently retained the undersigned counsel, and, on March 23, 2026, the undersigned filed his Notice of Appearance as counsel for the Church. [D.E. 56].

4.     Due in part to the Church's recent retention of undersigned counsel, additional time is needed to evaluate the claims and potential defenses to Plaintiff's Amended Complaint, as well as the arguments set forth in Plaintiff's Motion to Strike, for the Church to prepare its respective responses. The Church therefore respectfully requests additional time to respond to Plaintiff's Amended Complaint and to respond to Plaintiff's Motion to Strike, through and including, April 6, 2026.

5.     Plaintiff does not oppose the Church's requested extension of time to respond to Plaintiff's Amended Complaint through April 6, 2026. However, Plaintiff indicated he is opposed to any requested extension of time for the Church to respond to Plaintiff's Motion to Strike.

6.     The Church's requested extensions are not being made for the purposes of delay, but rather, are solely to allow undersigned counsel additional time to properly evaluate and to fully respond to all issues, claims and arguments alleged in both the Plaintiff's Amended Complaint and the Plaintiff's Motion to Strike.

7.     The Church's requested extensions will not prejudice the parties or the proceedings.

8.     Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must be done within a specified time if a request is made before the original time expires. Fed. R. Civ. P. 6(b). The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. *See Chrysler Int'l. Corp. v. Chemaly*, 280 F. 3d 1358, 1360 (11th Cir. 2002) (*citing Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F. 3d 1234, 1269 (11th Cir. 2001)).

9.     As the Church's Motion for Extension of Time sets forth good cause for the relief sought, and, as stated above, neither the parties nor these proceedings would be prejudiced, the

granting of the Church's requested extensions would be an appropriate exercise of this Court's discretion.

WHEREFORE, Defendant, Church of Scientology International, respectfully requests that this Court enter an Order granting the Church's extensions of time, through and including April 6, 2026, within which to file the Church's respective responses to Plaintiff's Amended Complaint and Plaintiff's Motion to Strike, together with such other and further relief in the Church's favor that this Court deems just and proper.

### LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Undersigned counsel certifies he has conferred with the Plaintiff on March 24, 2026. Plaintiff does not oppose the relief requested regarding Plaintiff's Amended Complaint, and objects to the relief requested regarding Plaintiff's Motion to Strike.

Dated: March 25, 2026.

Respectfully submitted,

/s/ *Daniel R. Lazaro*
Daniel R. Lazaro, Esq.
Fla. Bar No.: 99021
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 1500
Miami, FL 33131-1822
T: 305-347-4080
F: 305-347-4089
dan.lazaro@bipc.com
soraya.hamilton@bipc.com
eservice@bipc.com
*Counsel for Defendant, Church of Scientology International*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 25, 2026, I caused the foregoing to be filed with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to all parties of record,

and a true and correct copy of the above has been sent via email and U.S. First Class Mail to the

following:

**Brian Evans**
2080 South Ocean Drive #1505
Hallandale Beach, FL 33009
belasvegas@yahoo.com
*Pro se Plaintiff*

/s/ *Daniel R. Lazaro*
Daniel R. Lazaro (FBN 99021)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-20389-BB**

BRIAN EVANS,

      Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
CHURCH OF SCIENTOLOGY CELEBRITY
CENTRE INTERNATIONAL,

      Defendants.

                                 /

## [PROPOSED] ORDER GRANTING DEFENDANT, CHURCH OF SCIENTOLOGY INTERNATIONAL'S MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Defendant, Church of Scientology International's Partially Unopposed Motion for Extension of Time to respond to Plaintiff's First Amended Complaint and to Plaintiff's Motion to Strike, and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that:

1.     Defendant, Church of Scientology International's Motion for Extension of Time is GRANTED;

2.     The Church shall have up until and through April 6, 2026, to respond to Plaintiff's First Amended Complaint, and Plaintiff's Motion to Strike.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this _____, day of March 2026.

_____
**HON. BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: