Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-20389 BLOOM/Elfenbein

BRIAN EVANS,

               Plaintiff, pro se,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL; SKY DAYTON, an
individual; CHURCH OF SCIENTOLOGY
CELEBRITY CENTRE INTERNATIONAL,
and DOES 1-10,

               Defendants.

**DECLARATION OF SKY DAYTON IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS OF THE SUMMONS AND COMPLAINT, TO DISMISS THE AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, AND IMPROPER VENUE, AND TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

I, Sky Dayton, pursuant to 28 U.S.C § 1746, hereby declare and state as follows:

1.     I am a defendant in this action.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would testify competently to those facts.

2.     I was not aware of the Internet in 1991, when Plaintiff Brian Evans ("Plaintiff") alleges that I communicated with him.  I first learned of the Internet two years later, in 1993.

3.     Corporation Service Company ("CSC") never sent Plaintiff's Summons or Complaint to me, and I never otherwise received it from CSC.

1

80374855

4.      A copy of the Summons and Complaint was never delivered to my residence nor given to my spouse.

5.      I do not have an agent for service of process for me personally, so no service was ever made on such an agent for me.

6.      The events to which Plaintiff refers in his First Amended Complaint occurred 35 years ago, and I have no memory of ever meeting, speaking, or personally interacting with Plaintiff while either of us was in Florida.

7.      I met Plaintiff briefly in early 1991 when Plaintiff was a patron at Cafe Mocha on Melrose Avenue in Los Angeles, California, which I co-owned.   I do not recall ever communicating with or interacting with Plaintiff since 1991.

8.      I am not a resident of Florida.   I have never lived in Florida nor have I ever owned any property or business in Florida.

9.      Plaintiff never served his First Amended Complaint on me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 26, 2026

*/s/ Sky Dayton*
Sky Dayton

2

80374855