Exhibit 3

**null**
**Transmittal Number: 33206265**



# Rejection of Service of Process

**Return to Sender Information:**

Brian Evans null
Brian Evans
2080 S Ocean Drive
Suite 1505
Hallandale Beach, FL 33009

| | |
|---|---|
| **Date:** | 01/30/2026 |
| **Party Served:** | Sky Dayton c/o Age of Learning Inc. |
| **Jurisdiction Served:** | DE |
| **Method Served:** | Personal Service |
| **Title of Action:** | Brian Evans vs. Church of Scientology International |
| **Case/Reference No:** | 26-CV-20389 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent -** According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name -** Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation -** CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|  |  |  |
|---|---|---|
| BRIAN EVANS | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, SKY DAYTON, an Individual | ) ) ) ) | 26-CV-20389 |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sky Dayton, individually
c/o Age of Learning, Inc.
101 N. Brand Blvd. Suite 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Evans
2080 S. Ocean Drive
Ste. 1505
Hallandale Beach, FL 33009
Email: belasvegas@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 22, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| BRIAN EVANS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, | ) | 26-CV-20389 |
| SKY DAYTON, an Individual | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sky Dayton, individually
c/o Age of Learning, Inc.
101 N. Brand Blvd. Suite 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Evans
2080 S. Ocean Drive
Ste. 1505
Hallandale Beach, FL 33009
Email: belasvegas@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 22, 2026

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Board Member of Age of Learning, Inc. - If acceptance is not wanted, just serve it. As a board member they cannot deny the service even if they try under the law.

CUSTOMER **Brian Evans <belasvegas@yahoo.com>**
REF **REF-23994710**
COURT **US District Court, Florida, Southern District, Miami Divi...**
CASE# **26-CV-20389**
TITLE **Brian Evans vs. Church of Scientology International, Sky Dayton, an Individual**

**Need help?**
abclegal.
com/partnerresources



01/27/2026