**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-cv-20389 BLOOM/Elfenbein**

BRIAN EVANS,

     Plaintiff, pro se,

  v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL; SKY DAYTON, an
individual; CHURCH OF SCIENTOLOGY
CELEBRITY CENTRE INTERNATIONAL,

     Defendants.

**DEFENDANT SKY DAYTON'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE, SEAL AND FOR SANCTIONS AS TO DEFAMATORY STATEMENTS MISCHARACTERIZING PLAINTIFF AS A "CONVICTED FELON"**

Defendant Sky Dayton respectfully submits this Opposition to pro se plaintiff Brian Evans's Motion to Strike, Seal and for Sanctions as to Defamatory Statements Mischaracterizing Plaintiff as a "Convicted Felon" (the "Motion"). ECF No. [51]. Plaintiff Brian Evans seeks relief against "Defendants" even though Mr. Dayton did not file any papers accusing Plaintiff of being a convicted felon. Mr. Dayton's counsel explained this to Plaintiff in correspondence sent to him on March 15, 2026, when Plaintiff attempted to meet and confer with Mr. Dayton about his Motion.

While the Motion is seemingly not directed at Mr. Dayton nor any statement made by Mr. Dayton, as a precaution, Mr. Dayton hereby opposes any relief sought against him and/or his counsel for statements they never made and over which they had no control.

1

Dated: March 27, 2026.

**BERGER SINGERMAN LLP**
*Co-Counsel for Defendant Sky Dayton*
1450 Brickell Avenue
Suite 1900
Miami, Florida 33131
Tel.: (305) 755-9500


By: /s/  *Justin B. Elegant*
Justin B. Elegant
Florida Bar No. 0134597
jelegant@bergersingerman.com
drt@bergersingerman.com
aromig@bergersingerman.com


**JEFFER MANGELS & MITCHELL LLP**
*Co-Counsel for Defendant Sky Dayton*
3 Park Plaza
Suite 1100
Irvine, California  92614
Tel.: (949) 623-7200


By: /s/  *Michael H. Strub, Jr.*
(*admitted pro hac vice*)
mstrub@jmbm.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, a true and correct copy of the foregoing was served by U.S. Mail on pro se Plaintiff Brian Evans (at 2080 South Ocean Drive, Apt. 1505, Hallandale Beach, Florida 33009) and upon all other registered parties and counsel via the Court's CM/ECF System.


*/s/ Justin B. Elegant*
Justin B. Elegant

2

80377999v1