UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-20389-BLOOM/Elfenbein

BRIAN EVANS,

      Plaintiff, pro se,

  v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL; SKY DAYTON, an
individual; CHURCH OF SCIENTOLOGY
CELEBRITY CENTRE INTERNATIONAL,

      Defendants.

**DEFENDANT SKY DAYTON'S CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and the Court's Order dated February 4, 2026, ECF No. [13], Defendant Sky Dayton by and through undersigned counsel, submits his Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

1.    Brian Evans, Plaintiff, pro se;

2.    Sky Dayton, Defendant;

3.    Church of Scientology International, Defendant;

4.    Church of Scientology Celebrity Centre International, Defendant;

5.    Alan J. Perlman, Esq., Counsel for Defendant Church of Scientology International;

6.    Daniel R. Lazaro, Esq., Counsel for Defendant Church of Scientology International;

1

7.      Jennifer Julia Vaquerano, Esq., Counsel for Defendant Church of Scientology International;

8.      Justin B. Elegant, Esq., Counsel for Defendant Sky Dayton;

9.      Michael H. Strub, Jr., Esq., Counsel for Defendant Sky Dayton.

## CORPORATE DISCLOSURE STATEMENT

Defendant Sky Dayton is an individual. There is no corporate parent or corporate ownership or interest to disclose.

Dated: March 31, 2026

Respectfully submitted,

**BERGER SINGERMAN LLP**
*Co-Counsel for Defendant Sky Dayton*
1450 Brickell Avenue
Suite 1900
Miami, Florida 33131
Tel.: (305) 755-9500

By: */s/ Justin B. Elegant*
Justin B. Elegant
Florida Bar No. 0134597
jelegant@bergersingerman.com
drt@bergersingerman.com
aromig@bergersingerman.com

**JEFFER MANGELS & MITCHELL LLP**
*Co-Counsel for Defendant Sky Dayton*
3 Park Plaza
Suite 1100
Irvine, California 92614
Tel.: (949) 623-7200

By: */s/ Michael H. Strub, Jr.*
(*admitted pro hac vice*)
mstrub@jeffer.com

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on March 31, 2026, a true and correct copy of the foregoing was served by U.S. Mail on pro se Plaintiff Brian Evans (at 2080 South Ocean Drive, Apt. 1505, Hallandale Beach, Florida 33009) and upon all other registered parties and counsel via the Court's CM/ECF System.

*/s/ Justin B. Elegant*
Justin B. Elegant

3