# EXHIBIT A



□ Found in Yahoo! Inbox

**SW** **Scott Weigand** 11/17/25
To: Brian Evans >  📎

# Introduction from Scott

Hello Brian,

Sorry I caught you during the hockey game.

I have received your replies to my letter and our promotion. And your request for more information. There are so many things I could send you.

I have sent you a snail mail letter, as until now I did not have a phone number or email for you.

I would like to talk to you on the phone to sort of bring you up to date regarding Scientology as your last dealings with us was 30 years ago when Sky brought you to see us. And I would like to see what are your needs and interests in the present.

Please call me when you have some time and we can talk. 213-693-0280 cell

--



Scott Weigand, Registrar
Celebrity Centre International

scott@celebritycentre.org | 323-960-3100







The Church of Scientology Celebrity Centre International
*The Oasis of Creative Freedom*

Brian Evans
2080 S Ocean Drive
Apt 1050
Hallandale Beach Fl. 33009

5930 Franklin Avenue Hollywood, California 90028
323-960-3100    Fax 323-960-3232

November 14, 2025

Dear Brian,

    Hello to you good sir!!! And thank you so much for writing to me. Your response was very much appreciated. I don't have a phone number or email for you so I had no choice but to respond via snail mail.

    You validated my perseverance. And you are correct. I've been helping people using Scientology principles for 50 years. I started when I was 18. And when you have the understanding of the profoundly workable truths Mr. Hubbard was somehow able to discover, I just want to share it with everyone.

    You are correct in remembering Sky Dayton and Earthlink. He was the one who introduced you to Celebrity Centre and Scientology.

    I will admit to a possible errors in filing. We have 3-4 Brian Evans in our files and it is possible, information about their interests or progress have been misfiled into your file. Your ID No., you gave is your correct number.

    It appears you purchased a 5 hour block of Dianetics auditing, but I can't discern if you ever received the auditing.

    Then is also appears like you possibly signed up for the Purification Program (a cleansing program to get rid of toxins in the body – see brochure), but I can't tell if you ever actually did the program.

    Here's what I like to propose. Tell me what you think.

    I am including a brochure on the Purification Program for your perusal. I would like to invite you to come out and do this program with us. It is a $2500 program and takes an average of 21-26 days.

*Website: www.scientology.cc*
*E-mail: ccint@scientology.net*



The Church of Scientology Celebrity Centre International
The Oasis of Creative Freedom

5930 Franklin Avenue Hollywood, California 90028
323-960-3100        Fax 323-960-3232

You will find it quite beneficial in many ways. Physically, emotionally and spiritually.

And while you are here I can show you the rest of what Mr. Hubbard organized to take one to higher states of being.

Please call me as I've no number for you, and we can converse about what might be best for you.

Best,

*Scott*

Scott Weigand
Bridge Consultant
213-693-0280



Michael H. Strub
(949) 623-7233
MStrub@jmbm.com

3 Park Plaza, Suite 1100
Irvine, California 92614-2592
(949) 623-7200 (949) 623-7202 Fax
www.jmbm.com

February 5, 2026

<u>**VIA OVERNIGHT DELIVERY**</u>
<u>**FEDERAL EXPRESS TRACKING NO.: 888533229640**</u>

Brian Evans
2080 South Ocean Drive, #1505
Hallandale Beach, Florida  33009

Re:   <u>False Claims Against Sky Dayton</u>

Dear Mr. Evans:

We represent Sky Dayton and are writing in response to your complaint against him and the letter you sent in October of last year, which he received recently.

First of all, Mr. Dayton wants you to know he harbors no ill will against you. Until your email of May 28, 2023, which he also only found recently (more on that below), he had not heard from you in decades. He is sad to hear about the tragic passing of your mother and that you have fallen on hard times. He hopes you find the help you need and peace.

All that said, the claims in your letter and complaint are entirely false, and your threats to make a "public spectacle" by filing a complaint if he does not pay you are clearly an attempt at extortion.

Mr. Dayton knew you briefly in 1991 when you were a patron at Café Mocha, the coffee shop he co-owned. He barely knew you then, and he hasn't spoken to you since. His only notable interaction with you during that period was when you proposed to rent Mr. Dayton's silver BMW 633cai for $50 per day. He agreed, and you took the car, drove it for six weeks and refused to pay him. Mr. Dayton found the location of your apartment, went there, met your mother (the one and only time), got the keys and repossessed his car. That is the only time he was at your home, and it lasted less than an hour. You never paid him, and he didn't speak with you again. That was almost 35 years ago.

The assertion that Mr. Dayton made false representations to you that if you lent him money, housing or other support then you would be involved in or receive benefit from EarthLink is preposterous. You did not lend Mr. Dayton money or provide housing or other support and Mr. Dayton never lived with you or had any other meaningful interaction with you. None of this is true in any form and is easy to disprove.

A Limited Liability Law Partnership Including Corporations / Los Angeles • San Francisco • Orange County

Brian Evans
February 5, 2026
Page 2

Mr. Dayton never had a discussion with you about EarthLink or the concept of EarthLink or any technology, you had no role in it, and you made no contribution to that company. In fact, Mr. Dayton's first awareness of the Internet was in 1993, two years after he last spoke to you, and EarthLink was not founded until 1994.

You also allege that Mr. Dayton asked you to allow a friend of his to borrow a 1952 Topps Mickey Mantle rookie card, and the friend never returned it. Mr. Dayton has absolutely no knowledge about a Mickey Mantle rookie card, and he never asked that you lend anything to anyone. This allegation is not consistent with your complaint against City National Bank in which you allege that you brought your Mickey Mantle card to the bank, and the bank failed to return it.

As noted, Mr. Dayton has neither seen nor communicated with you in decades. On May 28, 2023, you sent him an unsolicited email in which you admitted "I know you don't owe me anything," and asked him for help in a way that any reasonable person would interpret as a request for money. This message was sent to a company mailbox Mr. Dayton rarely checks, he didn't see it at the time, and he didn't reply. You knew then that any claim against Mr. Dayton would be a fabrication, and you know it now.

Your obvious motive is not to seek redress for any legitimate grievance but to try to extract money from someone whom you perceive to be a deep pocket. If you continue to pursue this litigation, we believe that the Court will promptly dismiss your claims and order you to reimburse Mr. Dayton for his legal fees and costs. We will have no choice but to seek relief to the maximum extent of the law.

In addition to made-up facts, your complaint suffers from fatal legal flaws. It is barred by the four-year statutes of limitations that apply to each of your causes of action. You clearly are aware of this problem, because you assert several reasons that the statutes should be tolled including "informational asymmetry" and PTSD. None of these arguments is going to convince a court to revive (completely fabricated) claims that expired decades ago.

You are a serial litigant who has filed a multitude of *pro se* actions against defendants in numerous states across the country, including eight complaints in the last year in the Southern District of Florida. In your various complaints, you are all over the map regarding the basis for your PTSD. In your complaint against Creative Artists Agency, you allege you suffered PTSD from "surviving the Maui wildfires." You also make this assertion in the complaint you filed against Hawaiian Electronic Industries. But in your complaint against City National Bank, you assert that you suffered PTSD as a consequence of your mother's death, and in your complaint against Hampton Beach Casino Ballroom, Inc., you allege that your PTSD was caused from an assault at the casino. These conflicting allegations will all be brought before the Court, destroying your credibility.

Moreover, the Court lacks personal jurisdiction over Mr. Dayton. Again, it appears that you are aware of this issue because you try to fabricate some connection between your imaginary



80222994

Brian Evans
February 5, 2026
Page 3

claims and Florida. Even at the pleading stage, Mr. Dayton would introduce evidence to debunk your assertions. Mr. Dayton has never resided in Florida. These undisputed facts are easily provable.

You should be aware that a Court can order a plaintiff who harasses someone by pursuing a false and vexatious complaint and making frivolous arguments to pay that person's attorney's fees and costs. That authority extends to *pro se* litigants as well. Many courts have sanctioned litigants based on circumstances that are far less egregious than those here.

If you do not promptly withdraw your complaint, and Mr. Dayton is forced to incur further fees and costs in connection with defending this scurrilous and meritless lawsuit, we will ask the Court to order you to reimburse those fees and expenses to the maximum extent allowable under the law.

Even though Mr. Dayton barely knew you, he is sorry to hear of your current circumstances and wishes you the best. Your life will not be improved through false claims and attempts at extortion.

The foregoing is not intended to be a complete statement of Mr. Dayton's rights and remedies, all of which are expressly reserved.

Very truly yours,

MICHAEL H. STRUB, JR. of
Jeffer Mangels & Mitchell LLP



# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION


Case No. 26-cv-20389-BB


BRIAN EVANS,

Plaintiff, pro se,


v.


CHURCH OF SCIENTOLOGY INTERNATIONAL,

SKY DAYTON, an individual,

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL,

Defendants.


DECLARATION OF BRIAN EVANS IN SUPPORT OF OPPOSITION


I, Brian Evans, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:


1. I am the Plaintiff in this action and submit this declaration based upon my personal knowledge.

2. I have filed an Opposition to Defendant Sky Dayton's Motion to Quash Service of Process and Motion to Dismiss First Amended Complaint.

3. The factual statements made by me in that Opposition concerning my relationship, interactions, communications, and history with Defendant Sky Dayton are true and correct to the best of my personal knowledge and recollection.

4. The factual statements made by me in that Opposition concerning the circumstances under which Defendant Sky Dayton introduced me to Celebrity Centre and Scientology, as well as the surrounding facts and events described therein, are accurately stated to the best of my personal knowledge and recollection.

5. I have also attached various exhibits in support of my Opposition.

6. Each exhibit attached thereto is a true and correct copy of the document, image, correspondence, filing, publication, screenshot, or other item it purports to be.

7. To the extent any exhibit consists of correspondence, screenshots, photographs, filings, or records received or maintained by me, those exhibits are true and correct copies of the originals or of records kept in my possession, custody, or control.

8. To the extent any exhibit consists of publicly filed court records, publicly available publications, emails or communications to Plaintiff in Florida or other publicly accessible materials, those exhibits are true and correct copies of the materials as obtained and maintained by me. There are other Exhibits that will be provided through Discovery which will contradict the Exhibit by Defendant Dayton as this case proceeds.

9. I submit this declaration in support of my Opposition and for purposes of authenticating the exhibits attached thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2026, in Hallandale Beach, Florida.

Brian Evans

2080 South Ocean Drive, Apt. 1505

Hallandale Beach, Florida 33009

(954) 214-3076

belasvegas@yahoo.com

Plaintiff, pro se

# EXHIBIT D

Sky Dayton's Sworn Affidavit that he has no recollection of me.

Exhibit A contradicts this falsity.

*Photo's of Plaintiff and Defendant are also being obtained for the Court – and not in a coffee shop as, again, falsely stated by the Defendant.

Case 1:26-cv-20389-BB Document 66-1 Entered on FLSD Docket 03/31/2026 Page 13 of 14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-20389-LFL**

BRIAN EVANS,

        Plaintiff, pro se,

    v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL; SKY DAYTON, an
individual; and DOES 1-10,

        Defendants.

---

## DECLARATION OF SKY DAYTON

I, Sky Dayton, pursuant to 28 U.S.C § 1746, hereby declare and state as follows:

1.    I am a defendant in this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would testify competently to those facts.

2.    I was not aware of the Internet in 1991, when Plaintiff Brian Evans ("Plaintiff") alleges that I communicated with him. I first learned of the Internet two years later, in 1993.

3.    Corporation Service Company ("CSC") never sent Plaintiff's Summons or Complaint to me, and I never received it from CSC.

4.    A copy of the Summons and Complaint was never delivered to my residence nor given to my spouse.

5.    I do not have an agent for service of process for me personally, so no service was ever made on an agent for service of process for me.

1

6.     The events to which Plaintiff refers in his Complaint occurred 35 years ago, and I have no recollection of ever meeting, speaking, or personally interacting with Plaintiff while either of us was in Florida.

7.     I met Plaintiff briefly in early 1991 when Plaintiff was a patron at Cafe Mocha on Melrose Avenue in Los Angeles, California, which I co-owned. I do not have any recollection of ever communicating with or interacting with Plaintiff since 1991.

8.     I am not a resident of Florida. I have never lived in Florida nor have I ever owned any property or business in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 24, 2026

_/s/ Sky Dayton_
Sky Dayton

2

80284861v3