UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-20389-BLOOM/Louis

BRIAN EVANS,

        Plaintiff, pro se,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL; SKY DAYTON, an
individual; CHURCH OF SCIENTOLOGY
CELEBRITY CENTRE INTERNATIONAL,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pro se Plaintiff Brian Evans ("Plaintiff") and Defendants Church of Scientology International, Church of Scientology Celebrity Centre International, and Sky Dayton (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims and causes of action asserted by Plaintiff against Defendants in this case.

**WHEREFORE**, the parties respectfully request that this Court enter an order dismissing with prejudice all claims and causes of action asserted by Plaintiff against Defendants, with each such party to bear his own attorneys' fees and costs as to the claims dismissed herein.

Respectfully submitted,

For Plaintiff

**BRIAN EVANS**
2080 South Ocean Drive, Suite 1505
Hallandale Beach, Florida 33009

80394208v1



By: _____

Brian Evans
Plaintiff, Pro Se
belasvegas@yahoo.com

For Defendant Sky Dayton

**BERGER SINGERMAN LLP**
*Co-Counsel for Defendant Sky Dayton*
1450 Brickell Avenue
Suite 1900
Miami, Florida 33131
Tel.: (305) 755-9500

By: /s/ *Justin B. Elegant*
Justin B. Elegant
Florida Bar No. 0134597
jelegant@bergersingerman.com
drt@bergersingerman.com
aromig@bergersingerman.com

**JEFFER MANGELS & MITCHELL LLP**
*Co-Counsel for Defendant Sky Dayton*
3 Park Plaza
Suite 1100
Irvine, California  92614
Tel.: (949) 623-7200

By: /s/  *Michael H. Strub, Jr.*
(*admitted pro hac vice*)
mstrub@jeffer.com

For Defendants Church of Scientology International and Church of Scientology Celebrity Centre International

**BUCHANAN INGERSOLL & ROONEY PC**
*Counsel for Defendant Church of Scientology International and Church of Scientology Celebrity Centre International*
2 South Biscayne Blvd
Suite 1500
Miami, FL 33131
305-347-4081

By: /s/ *Daniel R. Lazaro*
dan.lazaro@bipc.com

80394208v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2026, a true and correct copy of the foregoing was served by U.S. Mail on pro se Plaintiff Brian Evans (at 2080 South Ocean Drive, Apt. 1505, Hallandale Beach, Florida 33009) and upon all other registered parties and counsel via the Court's CM/ECF System.

/s/ Justin B. Elegant
Justin B. Elegant

80394208v1