# EXHIBIT INTRODUCTION

Contrary to what the Defendants have filed, the following exhibits are the side of the Plaintiff they'd prefer the Court not see. It is Plaintiff's life following 1991.

Each Exhibit speaks for itself. These exhibits are the life of the Plaintiff, not what the Defendants have portrayed.

# EXHIBIT A

# Advocacy for Sleep Apnea Awareness



# The Easy Blog
### by easybreathe.com

Search...

## Speak To A CPAP Expert
### 866-564-2252

---

# The Role Of Sleep Apnea In Hawaii's Senate Race

🗓 October 14, 2014   📁 Fun CPAP Facts

    



What have you done for your mom

Brian Evans with his mother, Helen Bousquet, who passed

## CPAP SUPPLIES COULD BE YOURS FOR $0! CHECK INSURANCE HERE



## MOST POPULAR



away
as a result of sleep apnea.

lately? There is a good chance that whatever you have done – it doesn't come close to what Las Vegas crooner Brian Evans has done for his mother. In a bid not to win political favor, but to raise awareness of his mom's untimely death as a result of sleep apnea, Evans threw the wrench – à la Ralph Nader – into Hawaii's senate race by running as an unknown third candidate in the Democratic primary. The race caused quite a kerfuffle and put obstructive sleep apnea in the spotlight, for once.

Brian Evans' campaign to raise the public's awareness of sleep apnea started after his mom, Helen Bousquet, passed away in her hospital bed while recovering from a relatively routine knee surgery. After the procedure, she was given morphine to kill the pain. As a sleep apnea sufferer, his mother should have been monitored more carefully, but she wasn't. Morphine – an opiate – can slow down an already impaired respiratory system. One underline particularly study shows that opiate-based pain medication can actually cause obstructive sleep apnea. Regardless, the lesson to be learned is that sleep apnea can be a killer.

Brian Evans was raised by his mother. She supported his talents and ability to entertain. She would even move to Los Angeles to help him develop an acting career. He starred in commercials and the pilot episodes of Full House and 90210. Later, Evans started singing. Dubbed "The Croonerman," his first



Shop ResMed CPAP Machines and Supplies Online

---



$350 Off: Our Largest Discount on ResMed's Newest CPAP

---



Exclusive Offer: Save $150 on World's Tiniest CPAP

---



Lose Weight

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 5 of 123

album – *Quite Frankly* –became the number one best selling self-released album in Canadian history. Also, he has opened for Jay Leno and the late Joan Rivers. As you can imagine, his mother's death hit him hard – she was his closest confidant – and like she was there for him, Evans decided that he needed to be there for her.

Evans' crusade against sleep apnea gained full chug when he entered the Hawaii senate race. With no political fundraising, fancy balloon dropping events, or "yes we can" campaign slogan, Evans took a shocking 4,842 votes. The race was already tense – Brian Schatz was elected interim senator after the passing of Daniel Inouye and was largely a favorite to win next to opposing democratic candidate Colleen Hanabusa. Without Evans in the race, Brian Shatz would have taken a slam-dunk win. With Evans in the race, however, votes had to been scrounged from two small districts in Puna on the Big Island.

Behind it all, though, Evans' personal crusade has gained real political steam among real politicians – not Vegas lounge singers posing as politicians. "Awareness is key," he says on his website. He has reached out to fifty Governors in office with a request to issue a Proclamation of awareness of sleep apnea. So far, fourteen have replied with proclamations and official declarations of Sleep Apnea Awareness Day – including Rick Scott of Florida and Tennessee governor Bill Haslam. Evans is posting updates and incoming proclamations from governors on <u>his</u>

with Ozempic or Other GLP-1 Medications

---

## FOLLOW US

  

website. His website – HelenBousquet.com – also features more details about his campaign.

In the end, there is no denying that obstructive sleep apnea is a potentially deadly disorder. Not taking it seriously could mean the difference between waking up in the morning and not waking up in the morning. Even though Brian Evans has taken elevated means to raise awareness of the sleep disorder – his tragic and heartbreaking story is the same for many people that have lost a loved one as a result of the disorder. This is why you want to urge others to get tested and to start undergoing CPAP treatment right away. You also want to do the same for yourself. Your life or someone else's life may be hanging in the balance.

## Learn More About the Home Sleep Test Package

« Tongue Size May Predict Sleep Apnea Risk in Obese Adults

The Innovative Nuance Mask System $20 Off + FREE Mask Wipes! »

## MORE FROM THE EASY BREATHE BLOG



CPAP Supplies Could Be Yours For $0! Check Insurance Here



$350 Off: $350 Off ResMed's AirSense 11 - Limited Time Only!



Save $150 on ResMed's Tiniest CPAP Today

## SLEEP APNEA STORE SPECIALS



**AirFit N30i Mask with Headgear**

$118.00

Learn more



**AirSense 11 AutoSet with Humidifier**

$1,349.00

Learn more



**AirSense 10 AutoSet with HumidAir**

$999.00

Learn more



**AirFit F30i Full Face Mask with Headgear**

$164.00

Learn more

Terms of Service     Privacy Policy

# EXHIBIT B

## Advocacy for Sleep Apnea Awareness

## Jeff Bridges/Brian Evans



Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 12 of 123

# NEWSWIRE



# Singer and Author Brian Evans Will Run for U.S. Congress in 2018

**PRESS RELEASE · UPDATED: MAY 3, 2017**

Entertainer will focus on healthcare and hospital rating organizations

   

**Wailea, Hawaii, May 3, 2017 (Newswire.com) -** Brian Evans, known for his historically significant music videos such as "At Fenway" (which co-starred William Shatner and was produced by multiple Grammy Award winner Narada Michael Walden) and "Creature at The Bates Motel" (he remains the only singer ever to film a music video at The Bates Motel, which co-starred comedian Carrot Top), has announced that he will run for the United States Congress in 2018. "At Fenway" was added to The National Baseball Hall of Fame. He is also an investor in Point Motion, a technology that provides the hearing impaired with the ability to be provided a voice using infrared technology.



Evans, whose career has been as a headliner in Las Vegas, as well as the opening act for such stars as Joan Rivers, Jay Leno, Erasure, Lou Rawls, David Spade, Citizen Cope, and Social Distortion, to name a few, decided to run following the passing of his mother, Helen Marie Bousquet, at 62 in 2012.

> *"If you can't join 'em, beat 'em."*
>
> *Brian Evans, Candidate for the US Congress in 2018*

Helen Bousquet passed away following knee surgery when placed in an un-monitored recovery room in Massachusetts, despite the hospital knowing she had a

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 13 of 123

condition known as Sleep Apnea. Following her passing, Evans has approached all fifty governors in the United States, seeking Sleep Apnea Proclamations (many of which mention his mother by name, despite her never visiting those states during her lifetime). Evans set up a website for his mother, helenbousquet.com, which both Academy Award winner Jeff Bridges and Tom Hanks introduce. Evans recently provided copies of the Proclamations to Dr. Oz on Maui, and hopes to appear on the show soon. The website he set up for his mother provides links about the condition known as Sleep Apnea, which an astonishing percentage don't even realize they have. Rather, sufferers appear to be merely snoring. Evans intends to write a book about what happened to his mother, and the events that took place at the hospital she was being treated in.

"You must get a sleep test if your loved one continuously snores. They could be dying," says Evans. "Don't nudge them; bring them to the doctor before it's too late."

Brian Evans, whose music is used on shows such as Netflix's "BoJack Horseman," among others, has also authored several books including "Horrorscope," and "The Funny Robbers," both of which will be major motion pictures. "The Funny Robbers" is being produced by Evans and comedian Carrot Top, and Carrot Top manager Dan O'Leary. They are also developing a TV series entitled "Creature." His latest fictional novel will be out later in the year, as well as the completion of the "Horrorscope" series.

"If I win, many people won't like me. If you can't join 'em, beat 'em," says Evans.

According to a recent article in The Washington Post, medical negligence is now the third leading cause of death in the United States, and yet has managed to not be listed as an official cause of death by the Centers For Disease Control and Prevention. Evans is also outspoken about hospital rating organizations that rate hospitals they never walk into.

"You have these companies that give hospitals these 'A ratings,' but what you don't know is, they have never even walked into the hospital that they rate. Instead, they send the hospital a questionnaire, that the hospital answers themselves, they mail it back with a check ... and there's their A rating. It gives older people the false impression that the hospital is safer than it is, and their flashy website gives it credibility they don't deserve. Ask them to post their salaries at the non-profits. These organizations are in the business of appearing to care about what happens in

Case 1:26-cv-20389-RB   Document 72-1   Entered on FLSD Docket 04/24/2026   Page 14 of 123

these hospitals. If they don't walk into them, they don't care. It's that simple," says Evans. "Do not go into any hospital because of a rating that means nothing." The judicial system also needs to be filled with qualified individuals who rule on the law, and not personal relationships."

Evans has seen policies begin to change for Sleep Apnea patients, who are now given wristbands the moment they are identified as Sleep Apnea patients.

"You can thank Helen Bousquet for that," says Evans. "The letters I've received mean the world to me, but remember, my mother did the hard part. All I've done is put stamps on envelopes. My mother gets the credit for that, and she has saved lives."

Fourteen states have yet to issue the Proclamations, and Evans says that if they don't, he and some of his celebrity friends intend on showing up on state capitol doorsteps, and he has a few of them. Big ones.

Evans will continue to write books, and is partnering with his entertainment friends on a soon-to-be-announced vineyard in France.

"I had a terrible few years. I was unrecognizable to myself, but I have my wits back, and it's time for me to do what my mother would want me to do, and that's to keep on going and making sure that what happened to her, doesn't happen to you. I am slowly finding joy again, and my job will be to make sure I deliver that to others. The best way to do that is to make sure that people who have this condition stay alive. We all need to begin holding these nameless, faceless people accountable for the destruction they perpetrate while getting paid a hefty salary to do it under the guise of being a 501(c)," says Evans. "Some are honorable, but many are not."

"Lifestyles of The Rich & Famous" star Robin Leach first broke the story of Evans' intention to run. Brian will release a new album this year as well.

"There is nothing that says you can't do it all, and when I do it all, I intend to use the attention to make sure that what happened to my mother doesn't happen to yours," he says. "We live in a world where corporations own both hospitals and gun manufacturing companies. They make the guns and treat the wounds. It's absurd and we allow it."

His autobiography will be released in 2018, with a foreword by one of his friends.

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 15 of 123

"When you see who it is, it's a book you'll pick up," says Evans.

Evans will run as a Republican.

"The Republicans need people like me more than the people they already have. I think that's pretty obvious," he concludes.

Evans will perform several concerts this year as well. Over 30 million people have viewed his music videos on YouTube. His latest video, "Here You Come Again," features Dog The Bounty Hunter, Beth Chapman, Leland Chapman, William Shatner, and comedian Paul Rodriguez.

"I'm getting better," says Evans. "I'm ready now."

## MEDIA CONTACT:

Cameron Walker
Cameron@brianevans.com
(808) 276-1734

Source: Brian Evans for US Congress

**RELATED MEDIA**



Case 1:26-cv-20389-RB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 16 of 123









## TAGS

brian evans    congress    las vegas    politician    politics    republicans    white house

## ADDITIONAL LINKS

🔗 Brian Evans Twitter    🔗 The American Sleep Apnea Association

## BRIAN EVANS NEWS

## MORE PRESS RELEASES

### Crooner Brian Evans Novel 'Horrorscope' Adapted as Graphic Novel, to Executive Produce New Artist Charlie Mitchell Under Narada Michael Walden

4 YEARS AGO

Singer Brian Evans, produced by Narada Michael Walden, wrote a novel entitled "Horrorscope." It has just been adapted into a graphic novel by Westwind Comics. Evans also engaged his multi-Grammy Award winning producer Walden to produce up and coming

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 17 of 123

singer Charlie Mitchell, a 15 year old from Australia.

## Lou Diamond Phillips, Brian Evans, ICE-T Celebrate Soccer in New Big Band Music Video

5 YEARS AGO

Lou Diamond Phillips, ICE-T, Brian Evans, Carrot Top, and "Breaking Bad" star RJ Mitte all participate in new soccer music video to be distributed throughout the futbol community.

## Angelina Jolie and Brian Evans Subject of New Reelz Channel TV Show

7 YEARS AGO

The singer and actress are portrayed in an episode of the networks "Price of Fame," show, directed by Brad Osborne.

# NEWSWIRE

**Free PR Guide**

Products

Press Release Distribution

Financial Distribution

Media Suite

Media Database

Media Pitching

Media Monitoring

Analytics

Media Room

Press Release Templates

Press Release Optimizer

Company

About Us

Blog

Customer Stories

Our Media Room

Resources

Resource Center

For Journalists

Newsroom

PR and Earned Media Planner

RSS Feeds

Media Outlets

Support

Contact Us

Email Support

© 2005 - 2026 Newswire

Terms of Service   •   Privacy   •   Uptime



### Academy Award winner Jeff Bridges and crooner Brian Evans on stage

 **Brian Evans** ✓
4.21K subscribers

👍 14    👎    ↪ Share    🔖 Save    •••

798 views  10 years ago
Oscar winner Jeff Bridges joins crooner Brian Evans, who lost his mother in 2012 to Sleep Apnea, to join in his support of The American Sleep Apnea Association. Learn more at sleepapnea.org today. The "chaos" Jeff hilariously mentions was Brian spilling coffee on his shirt just ten minutes before showtime, and having to run and buy a new shirt. ...more

# EXHIBIT C

# Brian Evans

# "Full House"



# EXHIBIT D

Brian Evans

Billboard Charts

(one of 15 times)



# EXHIBIT E

Sleep Apnea Proclamations personally obtained by Brian Evans which resulted in hospital policy change for Sleep Apnea patients and how they are monitored post-op.

Acknowledgements have included President Barack Obama and Prince William, and many mention Plaintiff's mother by name despite her never having visited those states in her lifetime (See "Oregon" proclamation for example)

T-Mobile · 1:56 AM

🔒 reviewjournal.com

# LAS VEGAS REVIEW-JOURNAL

🔍

## LAS VEGAS SHOOTING UPDATES

## THE FALLEN: THOSE WHO DIED

Tell us about the heroes we've missed and share your story >
<u>Click Here</u>

# Tom Hanks, Jeff Bridges, William Shatner, Dr. Oz assist Brian Evans in fight against sleep apnea



Mike Huckabee and Brian Evans. (Getty Images)

By ROBIN LEACH NICHE DIVISION OF
LAS VEGAS REVIEW-JOURNAL

  

 American
Sleep Apnea
Association

March 15, 2016

The Honorable Charlie Baker
Governor, State of Massachusetts
Massachusetts State House
Office of the Governor
Room 280
Boston, MA 02133

Dear Governor Baker:

I am writing in support of Mr. Brian Evans' request to have the State of Massachusetts join 30 other states in issuing a proclamation recognizing the impact that obstructive sleep apnea has on over a million of your constituents by creating a Sleep Awareness Day or Month to help raise awareness and get the great people of the State the treatment they need and deserve.

Obstructive sleep apnea (OSA) is a prevalent chronic medical condition where the affected person repeatedly stops or nearly stops breathing during sleep due to collapse of the tissues in the throat. These episodes last 10 seconds or more, and cause repetitive sleep disruptions and oxygen desaturations that lead to important health consequences. OSA affects 17% of adults and 1-4% of children, with rates increasing in association with the obesity epidemic. Sleep apnea aggregates in families; affects all age groups; and disproportionately affects minorities and those from poor neighborhoods. Sleep apnea requires treatment, particularly as it lowers blood-oxygen levels, and is associated with hypertension, myocardial infarction, stroke, atrial fibrillation, and early mortality and results in an increase of depression, anxiety, cognitive issues, erectile dysfunction, irritability, daytime sleepiness and motor vehicle crashes.

The American Sleep Apnea Association, founded in 1990, is a patient-led 501(c)(3) nonprofit organization dedicated to the promotion of sleep health through research, advocacy and education. The ASAA engages patients in many ways including a national patient network called A.W.A.K.E. that provides free peer-to-peer support through local hospitals and dentist offices; an active website that provides education to 200,000 unique visitors a month; and through dynamic social media communities and discussion forums. Its CPAP Assistance Program (CAP) has provided over 4,000 medical equipment packages to sleep apnea patients over the last two years. Most recently, ASAA launched Sleeptember®, a new initiative to create fun and engaging online and community events in order to raise awareness of the public health impact of sleep loss, connections to comorbid health conditions, and raise funds for medical research.

Additionally, we join Mr. Evans and celebrities such as Jeff Bridges and William Shatner who have called to have a street named after Brian's mother, Helen Bousquet, who was dedicated to raising awareness of sleep apnea and who died tragically as a result of her untreated sleep apnea following knee surgery in 2012.

We hope that you will honor this modest request and work to help raise awareness of sleep apnea to honor Ms. Bousquet and help the people of Massachusetts in need.

Should you need any additional information or have questions, I can be reached at (202) 903-6292 or ddrobnich@sleepapnea.org.

Thank you for your attention

Sincerely,

Darrel Drobnich
President



## UNITED STATES OF AMERICA
## State of Louisiana

### John Bel Edwards
GOVERNOR

# Proclamation

**WHEREAS,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing occurs during sleep; and

**WHEREAS,** the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men. Sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS,** most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleep seems difficult; and

**WHEREAS,** physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS,** Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with sleep apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition.

**NOW, THEREFORE,** **I, John Bel Edwards,** Governor of the State of Louisiana, do hereby proclaim August 13, 2016 as

**SLEEP APNEA AWARENESS DAY**
in the State of Louisiana.

*In Witness Whereof, I have hereunto set my hand officially and caused to be affixed the Great Seal of the State of Louisiana, at the Capitol, in the City of Baton Rouge, on this* __11th__ *day of* __April__ *A.D.* __2016__ .



_____
*Governor of Louisiana*

**STATE OF ARKANSAS**

**EXECUTIVE DEPARTMENT**

# PROCLAMATION

TO ALL TO WHOM THESE PRESENTS COME – GREETINGS:

WHEREAS: Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS: Sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

WHEREAS: Sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

WHEREAS: Depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

WHEREAS: Sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS: Sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well and individual sleeps and how the body responds to sleep problems;

NOW, THEREFORE, I, ASA HUTCHINSON, Governor of the State of Arkansas, by virtue of the authority vested in me by the laws of the State of Arkansas, do hereby proclaim October 5th 2015, as

SLEEP APNEA AWARENESS DAY

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Arkansas to be affixed this 22nd day of September, in the year of our Lord 2015.

Asa Hutchinson, Governor





# State of Connecticut

## By His Excellency Dannel P. Malloy, Governor: an

# Official Statement

$\mathcal{W}$HEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing patterns occur during sleep; and

$\mathcal{W}$HEREAS, the New England Journal of Medicine estimates that sleep apnea affects approximately 18 million men and women in the US. It results in poor sleep, and is the leading cause of excessive daytime fatigue; and

$\mathcal{W}$HEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their medical disorder, as anesthesia and certain medications can create dangerous conditions when administered to a patient with sleep apnea; and

$\mathcal{W}$HEREAS, many people afflicted with sleep apnea are unaware of their condition, and anesthesiologists and clinicians are well-advised to screen their patients for sleep apnea before administering treatments; and

$\mathcal{W}$HEREAS, among other treatments, Continuous Positive Airway Pressure devices, or CPAPs, can be utilized to supply air to the lungs to help treat sleep apnea; and

$\mathcal{W}$HEREAS, nonprofit associations, dedicated volunteers, and the medical community all play an important role in promoting awareness of this disorder, on the principle that a well-informed public will lead to healthier citizens; now

$\mathcal{T}$HEREFORE, I, Dannel P. Malloy, Governor of the State of Connecticut, do hereby proclaim December 1, 2017 to be

### SLEEP APNEA AWARENESS DAY
in the State of Connecticut.



_____

GOVERNOR

STATE OF OREGON

# PROCLAMATION

OFFICE OF THE GOVERNOR

**WHEREAS:**   Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS:**   The New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men. Sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS:**   Most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult; and

**WHEREAS:**   Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS:**   Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with sleep apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition.

**NOW, THEREFORE:**   I, John A. Kitzhaber, M.D., Governor of the State of Oregon, hereby proclaim **August 1, 2013,** to be

## SLEEP APNEA AWARENESS DAY

in Oregon and encourage all Oregonians to join in this observance.



IN WITNESS WHEREOF, I hereunto set my hand and cause the Great Seal of the State of Oregon to be affixed. Done at the Capitol in the City of Salem in the State of Oregon on this day, July 23, 2013.

John A. Kitzhaber, M.D., Governor

Kate Brown, Secretary of State



# STATE *of* MINNESOTA

**WHEREAS:**   Sleep Apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS:**   Sleep Apnea is estimated by the New England Journal of Medicine to affect at least nine percent of women and twenty-four percent of men; and

**WHEREAS:**   Sleep Apnea often afflicts people who do not know they have it, and if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes, and other life-shortening conditions; and

**WHEREAS:**   Physicians and caregivers of individuals diagnosed with Sleep Apnea should be notified of their condition as anesthesia and certain medication can create a dangerous situation when administered; and

**WHEREAS:**   Sleep Apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergoing PAP Therapy bring their own equipment; and

**WHEREAS:**   Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with Sleep Apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition.

NOW, THEREFORE, I, MARK DAYTON, Governor of Minnesota, do hereby proclaim Saturday, August 8, 2015, as:

# SLEEP APNEA AWARENESS DAY

in the State of Minnesota.



IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Minnesota to be affixed at the State Capitol this 16th day of June.

_____
**GOVERNOR**

_____
**SECRETARY OF STATE**



## State of Rhode Island and Providence Plantations
### GUBERNATORIAL PROCLAMATION

## Sleep Apnea Awareness Day

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS**, *The New England Journal of Medicine* estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men, and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS**, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS**, many people afflicted by sleep apnea do not know they have it: and

**WHEREAS**, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

**WHEREAS**, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition; and

**NOW, THEREFORE, I, Gina M. Raimondo**, Governor of the State of Rhode Island, do hereby proclaim August 24, 2015, as: *Sleep Apnea Awareness Day* in the state and encourage all residents to join me in recognizing the importance of this day.



Given under my hand and the great seal of the State of Rhode Island and Providence Plantations, this 5ᵗ day of August, 2015

**Gina M. Raimondo**
**Governor**

**Nellie M. Gorbea**
**Secretary of State**



# Proclamation
## By the Governor of Alabama

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

WHEREAS, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

WHEREAS, depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease, and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

WHEREAS, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems:

NOW, THEREFORE, I, Robert Bentley, Governor of Alabama, do hereby proclaim October 5, 2015, as

## Sleep Apnea Awareness Day

in the State of Alabama.



Given Under My Hand and the Great Seal of the Office of the Governor at the State Capitol in the City of Montgomery on the 18th day of September 2015.

Robert Bentley

Robert Bentley, Governor

*by Governor Earl Ray Tomblin*

Whereas,

Whereas,

Whereas,

Whereas,

Whereas,

Now, Therefore, ... *April 18, 2014* ...

# Sleep Apnea Awareness Day

In Witness Whereof,

Done



Earl Ray Tomblin
Governor

*By the Governor*

Natalie E. Tennant
Secretary of State



# State of Colorado

# Proclamation

*WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing of shallow breathing occurs during sleep; and*

*WHEREAS, the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and 24 percent of men. Sleep apnea results in poor sleep, and is the leading cause of excessive daytime sleepiness; and*

*WHEREAS, most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult; and*

*WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and*

*WHEREAS, Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with sleep apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition;*

*Therefore, I, John W. Hickenlooper, Governor of the State of Colorado, do hereby proclaim November 20, 2013*

## SLEEP APNEA AWARENESS DAY

*In the State of Colorado.*

GIVEN under my hand and the
Executive Seal of the State of
Colorado, this twentieth day of
November, 2013

John W. Hickenlooper
Governor



# RICK SCOTT
## GOVERNOR

### SLEEP AWARENESS WEEK

WHEREAS, according to the National Center on Sleep Disorders Research, about 70 million Americans suffer from sleep problems, and among them nearly 60 percent have a chronic disorder; and

WHEREAS, untreated sleep disorders have a profound impact nationally in terms of reduced quality of life, lower productivity in school and the workplace, increased morbidity and mortality, and the loss of life due to accidents associated with excessive sleepiness; and

WHEREAS, sleep loss and sleep disorders are among the most common health problems, yet they are frequently overlooked and readily treatable; and

WHEREAS, according to the International Classification of Sleep Disorders, there are around 90 distinct sleep disorders; and

WHEREAS, some of the common sleep disorders are narcolepsy, restless leg syndrome, insomnia, and sleep apnea, which can be potentially life-threatening because of the brief interruptions of breathing during sleep; and

WHEREAS, the cumulative effects of sleep loss and sleep disorders have been associated with a wide range of harmful health consequences, including an increased risk of hypertension, diabetes, obesity, depression, heart attack, and stroke; and

WHEREAS, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the individual's body responds to sleep problems, as well as determine appropriate treatments; and

WHEREAS, the National Sleep Foundation is promoting National Sleep Awareness Week, which is an annual public education and awareness campaign to promote the importance of sleep;

NOW, THEREFORE, I, Rick Scott, Governor of the State of Florida, do hereby extend greetings and best wishes to all observing March 2-9, 2014, as Sleep Awareness Week.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed at Tallahassee, the Capital, this 7th day of March, in the year two thousand fourteen.

Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399 • (850) 488-2272



*State of Nevada*

**Executive Department**

# A Proclamation by the Governor

**WHEREAS,** Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS,** *The New England Journal of Medicine* estimates that sleep apnea affects at least nine percent of women and twenty four percent of men and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness, and

**WHEREAS,** Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS,** Many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

**WHEREAS,** A continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition, and

**NOW, THEREFORE, I, BRIAN SANDOVAL, GOVERNOR OF THE STATE OF NEVADA,** do hereby proclaim October 5th as

### SLEEP APNEA AWARENESS DAY

*In Witness Whereof* set my hand and caused the Great Seal of the State of Nevada to be affixed



# State of Iowa

## Executive Department

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF IOWA

# PROCLAMATION

**WHEREAS,**   sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS,**   *The New England Journal of Medicine* estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men; sleep apnea may result in poor sleep and is the leading cause of excessive daytime sleepiness; and

**WHEREAS,**   physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS,**   many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

**WHEREAS,**   a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition:

NOW, THEREFORE, I, Terry E. Branstad, Governor of the State of Iowa, do hereby proclaim October 5, 2015, as

## SLEEP APNEA AWARENESS DAY

IN TESTIMONY WHEREOF, I HAVE HERE-UNTO SUBSCRIBED MY NAME AND CAUSED THE GREAT SEAL OF THE STATE OF IOWA TO BE AFFIXED. DONE AT DES MOINES THIS 14th DAY OF APRIL IN THE YEAR OF OUR LORD TWO THOUSAND FIFTEEN.

TERRY E. BRANSTAD
GOVERNOR OF IOWA

ATTEST:

PAUL D. PATE
SECRETARY OF STATE

## BY THE GOVERNOR OF THE STATE OF GEORGIA

# A PROCLAMATION

# SLEEP APNEA AWARENESS DAY

WHEREAS: Sleep apnea is a sleep disorder in which breathing continuously stops and starts, and is often indicated by loud snoring. In many cases, individuals are unaware that they have sleep apnea. Individuals with untreated sleep apnea may have one or more pauses in breathing or shallow breathing during sleep; and

WHEREAS: There are three types of sleep apnea: obstructive, central, and mixed; and

WHEREAS: For mild cases of sleep apnea, physicians may recommend lifestyle changes including losing weight and quitting smoking; and

WHEREAS: Moderate and severe sleep apnea may be treated with positive airway pressure which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS: Individuals diagnosed with sleep apnea should consult their physicians and inform caregivers of their condition as anesthesia and certain medications may be dangerous; now

THEREFORE: I, NATHAN DEAL, Governor of the State of Georgia, do hereby proclaim August 20, 2016 as SLEEP APNEA AWARENESS DAY in Georgia.

In witness thereof, I have hereunto set my hand and caused the Seal of the Executive Department to be affixed this 12th day of May in the year of our Lord two thousand sixteen.



_____
GOVERNOR

ATTEST:

_____
CHIEF OF STAFF

# STATE OF MISSISSIPPI

### Office of the Governor

## PROCLAMATION

WHEREAS, Sleep Apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, The New England Journal of Medicine estimates that Sleep Apnea affects at least nine percent of women and twenty four percent of men; and

WHEREAS, Sleep Apnea results in poor sleep and is a leading cause of daytime sleepiness; and

WHEREAS, physicians and caregivers of individuals diagnosed with Sleep Apnea should be notified of their condition, as anesthesia and certain medications can create a dangerous situation when administered to someone with Sleep Apnea; and

WHEREAS, since many people afflicted by Sleep Apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for Sleep Apnea prior to administering treatment; and

WHEREAS, a continuous positive airway pressure device (CPAP) can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition;

NOW, THEREFORE, I, Phil Bryant, Governor of the State of Mississippi do hereby proclaim March 2-8, 2015, as

## Sleep Apnea Awareness Week

in the State of Mississippi.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed.

DONE in the City of Jackson, on the nineteenth day of February in the year of our Lord, two thousand and fifteen, and of the Independence of the United States of America, the two hundred and thirty-ninth.

PHIL BRYANT
GOVERNOR



Office of the Governor
State of Missouri

# Proclamation

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

**WHEREAS**, the New England Journal of Medicine estimates that sleep apnea affects at least 9 percent of women and 24 percent of men, resulting in poor sleep, and is a leading cause of daytime sleepiness; and

**WHEREAS**, if left untreated, sleep apnea could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes and other life-threatening conditions and circumstances; and

**WHEREAS**, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS**, sleep apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergo PAP therapy position, and patients are monitored until they are no longer at risk.

**NOW THEREFORE**, I, Jeremiah W. (Jay) Nixon, GOVERNOR OF THE STATE OF MISSOURI, do hereby proclaim October 2013 to be

### SLEEP APNEA AWARENESS MONTH IN MISSOURI

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Missouri, in the City of Jefferson, this 25th day of October, 2013



Nixon

# The Commonwealth of Massachusetts

## A Proclamation

Whereas Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

Whereas Sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

Whereas Sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

Whereas Depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

Whereas Sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

Whereas Sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems,

Now, Therefore, I, Charles D. Baker, Governor of the Commonwealth of Massachusetts, do hereby proclaim April 18th, 2016 to be,

## SLEEP APNEA AWARENESS DAY

And urge all the citizens of the Commonwealth to take cognizance of this event and participate fittingly in its observance.

Given at the Executive Chamber in Boston, this first day of April, in the year two thousand and sixteen, and of the Independence of the United States of America, the two hundred and thirty-ninth.

BY HIS EXCELLENCY

CHARLES D. BAKER
GOVERNOR OF THE COMMONWEALTH

KARYN E. POLITO
LT. GOVERNOR OF THE COMMONWEALTH

WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH

God Save the Commonwealth of Massachusetts

### The Office of the Governor

**Executive Department**
**State of Idaho**

# Proclamation

**State Capital**
**Boise**

WHEREAS, sleep apnea is a common disorder characterized by repeated episodes of interrupted or shallow breathing during sleep; and

WHEREAS, it is estimated that millions of American adults are affected by sleep apnea, yet the majority remain undiagnosed; and

WHEREAS, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

WHEREAS, healthcare providers utilize sleep studies and the information they generate to diagnose sleep apnea and other sleep disorders; and

WHEREAS, while positive airway pressure machines are the most common treatment for sleep apnea, other treatment protocols are available for individuals affected by the disorder;

NOW, THEREFORE, I, C.L. "BUTCH" OTTER, Governor of the State of Idaho, do hereby proclaim October 5, 2017 to be

# SLEEP APNEA AWARENESS DAY

in Idaho.



IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Idaho at the Capitol in Boise on this 5th day of October, in the year of our Lord two thousand and seventeen and of the Independence of the United States of America the two hundred forty-second and of the Statehood of Idaho the one hundred twenty-eighth.

**C.L. "BUTCH" OTTER**
**GOVERNOR**



# CERTIFICATE of RECOGNITION

*By virtue of the authority vested by the Constitution of Virginia in the Governor of the Commonwealth of Virginia, there is hereby officially recognized:*

## SLEEP APNEA AWARENESS DAY

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS**, sleep apnea is thought to affect at least nine percent of women and 24 percent of men in the United States; and

**WHEREAS**, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS**, depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease, and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

**WHEREAS**, sleep apnea can be treated with continuous positive airway pressure therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS**, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

**NOW, THEREFORE,** I, Terence R. McAuliffe, do hereby recognize March 10, 2017, as **SLEEP APNEA AWARENESS DAY** in our **COMMONWEALTH OF VIRGINIA**, and I call this observance to the attention of all our citizens.



# STATE OF MICHIGAN

## CERTIFICATE OF PROCLAMATION

### ON BEHALF OF THE PEOPLE OF MICHIGAN
I, Rick Snyder, governor of Michigan, do hereby proclaim
April 2, 2014

# SLEEP APNEA AWARENESS DAY

WHEREAS, Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, The New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men and sleep apnea results in poor sleep and is a leading cause of daytime sleepiness; and

WHEREAS, Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, Many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

WHEREAS, A continuous positive airway pressure device, or CPAP can be utilized to continually supply pressurized air to an individuals lungs and airway to help treat this condition.

NOW, THEREFORE, I, Rick Snyder, governor of Michigan do herby proclaim April 2, 2014 as Sleep Apnea Awareness Day.



**Rick Snyder**
Governor





## Proclamation

*Presented*

## In Recognition of Sleep Apnea Awareness

WHEREAS, Sleep Apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

WHEREAS, Sleep Apnea is estimated by The New England Journal of Medicine to affect at least nine percent of women and twenty-four percent of men, resulting in poor sleep; Sleep Apnea is the leading cause of excessive, daytime sleepiness; and

WHEREAS, Sleep Apnea often afflicts people who do not know they have it, and if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes, and other life-shortening conditions; and

WHEREAS, Sleep Apnea can be treated with Positive Airway Pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS, Sleep Apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital, if possible, recovery is carried out in a semi-upright or lateral position, and patients are monitored until they are no longer at risk;

NOW, THEREFORE, I, NEIL ABERCROMBIE, Governor, and I, SHAN S. TSUTSUI, Lieutenant Governor of the State of Hawai'i, do hereby proclaim August 31, 2013, as

## "SLEEP APNEA AWARENESS DAY"

in Hawai'i and urge the citizens of the Aloha State to join us in paying tribute to Helen M. Bousquet, whose passing from complications of Sleep Apnea brought attention to the need for sleep apnea awareness.

DONE, at the State Capitol, in Executive Chambers, Honolulu, State of Hawai'i, this twenty-seventh day of August, 2013.

**NEIL ABERCROMBIE**
Governor, State of Hawai'i

**SHAN TSUTSUI**
Lt. Governor, State of Hawai'i



## Proclamation

WHEREAS, sleep apnea is a serious sleep disorder that occurs when a person's breathing is interrupted during sleep; and,

WHEREAS, there are two types of sleep apnea: Obstructive sleep apnea and Central sleep apnea; and,

WHEREAS, the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men; and,

WHEREAS, sleep apnea can result in a growing number of health problems including high blood pressure, stroke, heart failure, diabetes, depression, and worsening of ADHD; and,

WHEREAS, as a result of many people afflicted by sleep apnea not knowing that they have it, otorhinolaryngologists and pain clinicians are well advised to screen their patients for sleep apnea prior to treatment; and,

WHEREAS, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airways to help treat this condition; and.

THEREFORE, I, Pat Quinn, Governor of the State of Illinois, do hereby proclaim March 25, 2013 as SLEEP APNEA AWARENESS DAY in Illinois.

In Witness Whereof, I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this TWENTY FIFTH day of MARCH , in the Year of Our Lord two thousand and THIRTEEN , and of the State of Illinois, the one hundred and SIXTY FIFTH



*Jesse White*

SECRETARY OF STATE

*Pat Quinn*

GOVERNOR

# OFFICE OF THE GOVERNOR

## STATEMENT
## IN OBSERVANCE OF
## SLEEP APNEA AWARENESS DAY

**Whereas**, sleep apnea is a common chronic disorder in which one or more pauses in breathing occurs during sleep, and

**Whereas**, the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men. Sleep apnea results in poor sleep and is the leading cause of excessive daytime sleepiness, and

**Whereas**, most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult, and

**Whereas**, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition, and

**Whereas**, sleep apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications are used, such as when sedation is required for a medical procedure. The risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital, if possible, and recovery is carried out in a semi upright or lateral position, and patients are monitored until they are no longer at risk.

*Now, Therefore, We, Jack A. Markell, Governor,*
*and Matthew Denn, Lieutenant Governor,*
do hereby declare May 3rd, 2011

## SLEEP APNEA AWARENESS DAY

in the State of Delaware, and urge all Delawareans to recognize this observance.

Jack A. Markell
Governor

Matthew Denn
Lieutenant Governor

# State of South Carolina

## Governor's Proclamation

**WHEREAS,** sleep apnea is a common disorder characterized by repeated episodes of interrupted or shallow breathing during sleep; and

**WHEREAS,** it is estimated that millions of adult Americans are affected by sleep apnea, yet the majority remain undiagnosed; and

**WHEREAS,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS,** healthcare providers utilize sleep studies and the information they generate to diagnose sleep apnea and other sleep disorders; and

**WHEREAS,** while positive airway pressure machines are the most common treatment for sleep apnea, other treatment protocols are available for individuals affected by the disorder.

**NOW, THEREFORE, I,** Nikki R. Haley, Governor of the great State of South Carolina, do hereby proclaim October 1-7, 2016, as

## SLEEP APNEA AWARENESS WEEK

throughout the state and encourage all South Carolinians to learn more about sleep apnea and the treatments available.



**NIKKI R. HALEY**
**GOVERNOR**
**STATE OF SOUTH CAROLINA**

# STATE OF INDIANA
## EXECUTIVE DEPARTMENT
### INDIANAPOLIS

# PROCLAMATION

Executive Order

### TO ALL TO WHOM THESE PRESENTS MAY COME, GREETINGS:

**WHEREAS,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS,** sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

**WHEREAS,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS,** depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

**WHEREAS,** sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS,** sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well and individual sleeps and how the body responds to sleep problems;

**NOW, THEREFORE, I, Eric J. Holcomb,** Governor of the State of Indiana, do hereby proclaim May 1st, 2017 as

### SLEEP APNEA AWARE

in the State of Indiana, and invite all citizens t



# The State of Maryland

# Proclamation

*From the Governor of the State of Maryland*

## SLEEP APNEA MONTH
## SEPTEMBER 2014

**WHEREAS,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS,** The New England Journal of Medicine estimates that sleep apnea affect at least nine percent of women and four percent of men, and sleep apnea results in poor sleep. It is the leading cause of excessive, daytime sleepiness; and

**WHEREAS,** physicians and care-givers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administrating treatment; and

**WHEREAS,** a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individuals longs and airway to help treat this condition.

**NOW, THEREFORE, I, MARTIN O'MALLEY, GOVERNOR OF THE STATE OF MARYLAND,** do hereby proclaim **SEPTEMBER 2014** as **SLEEP APNEA MONTH** in Maryland, and do call upon the people of our Great State to learn about sleep apnea, where to get treatment and live healthier lives.

**Given** Under My Hand and the Great Seal of the State of Maryland the 1st. day of September Two thousand and fourteen

*Governor*

*Lt. Governor*

*Secretary of State*

**Douglas A. Ducey**
Governor

# Office of the Governor

* SLEEP APNEA AWARENESS MONTH *

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS**, the number of people affected isn't known because many people afflicted by sleep apnea do not know they have it; and

**WHEREAS**, sleep apnea results in poor sleep and is a cause of excessive daytime sleepiness; and

**WHEREAS**, insufficient sleep has been linked to the development and management of a number of chronic diseases and conditions, including diabetes, cardiovascular disease, obesity, and depression; and

**WHEREAS**, a continuous positive airway pressure device (CPAP) can be used to continually supply pressurized air to an individual's lungs and airway to help treat this condition; and

**WHEREAS**, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their conditions as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea.

**NOW, THEREFORE, I,** Douglas A. Ducey, Governor of the State of Arizona, do hereby proclaim August 2015 as

## * SLEEP APNEA AWARENESS MONTH *

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Arizona

*GOVERNOR*

DONE at the Capitol in Phoenix on this first day of July in the year Two Thousand and Fifteen, and of the Independence of the United States of America the Two Hundred and Thirty-ninth.

ATTEST:

Secretary of State



# Gary Richard Herbert
## Governor
## Declaration

Whereas, sleep apnea is a potentially dangerous disorder characterized by prolonged pauses in breath or shallow breathing during sleep;

Whereas, sleep apnea can manifest in numerous variations with unique or common signs and symptoms, including, but not limited to, excessive daytime sleepiness, vision problems, sleep paralysis, insomnia, high blood pressure, narcolepsy, depression, and even death;

Whereas, sleep apnea creates numerous lifestyle complications and often requires unique and cumbersome treatment methodologies and even surgery;

Whereas, sleep apnea can present dire complications during the administration of general anesthesia prior to and throughout surgical proceedings;

Whereas, this disease most prevalently afflicts men over the age of forty, however it is important all Utahns showing signs of sleep disorder consider receiving a formal sleep study and diagnosis; and,

Whereas, we advocate for further research, awareness, and educational opportunities surrounding sleep apnea, and commend those living with this disorder as well as the medical professionals who diagnose, treat, and research sleep apnea;

Now, therefore, I, Gary R. Herbert, Governor of the great State of Utah, do hereby declare April 17, 2017, as

# Sleep Apnea Awareness Day

Gary R. Herbert
Governor

# The State of Washington



# Proclamation

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS**, sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

**WHEREAS**, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS**, depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

**WHEREAS**, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS**, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

**NOW THEREFORE**, I, Jay Inslee, Governor of the state of Washington, do hereby proclaim October 2015 as

## Sleep Apnea Awareness Month

in Washington, and I urge all people in our state to join me in this special observance.

Signed this 7th day of August, 2015

Governor Jay Inslee



# Commonwealth of Pennsylvania

## Governor's Office

### PROCLAMATION

#### SLEEP APNEA AWARENESS WEEK
#### October 1 – 7, 2016

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men; and

WHEREAS, sleep apnea often afflicts people who do not know they have it, results in poor sleep, is the leading cause of excessive, daytime sleepiness and, if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes, and other life-threatening conditions; and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their patients' condition, as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, moderate and severe sleep apnea may be treated with positive airway pressure which supplies pressurized air through a breathing mask that prevents the airway from collapsing.

THEREFORE, I, Tom Wolf, Governor of the Commonwealth of Pennsylvania, do hereby proclaim October 1-7, 2016, as SLEEP APNEA AWARENESS WEEK. I offer my support to all those who work to raise awareness of those living with sleep apnea in Pennsylvania.

GIVEN under my hand and the Seal of the Governor, at the City of Harrisburg, this first day of October two thousand sixteen, the year of the commonwealth the two hundred forty-first.



TOM WOLF
Governor



State of Maine

*Proclamation*

**WHEREAS,** sleep apnea is a sleep disorder in which a person's breathing is interrupted during sleep, resulting in poor sleep, and

**WHEREAS,** sleep apnea can contribute to a number of other problems including high blood pressure, stroke, diabetes, depression, heart failure, excessive daytime sleepiness and automobile accidents, and nightmares among veterans suffering from PTSD; and

**WHEREAS,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery, and

**WHEREAS,** physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia can create a complicated situation when administered to someone with sleep apnea; and

**WHEREAS,** a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition, as well as to lessen the other negative effects of poor sleep and associated conditions.

**NOW, THEREFORE, I, PAUL R. LEPAGE,** Governor of the State of Maine, do hereby proclaim October 1, 2013 as

## SLEEP APNEA AWARENESS DAY

throughout the State of Maine, and urge all citizens to recognize this observance

In testimony whereof I have caused the Great Seal of the State to be hereunto affixed GIVEN under my hand at Augusta this Eighth day of August Two Thousand Thirteen

Paul R. LePage
Governor

Matthew Dunlap
Secretary of State
TRUE ATTESTED COPY



## STATE OF NEBRASKA

# Proclamation

**WHEREAS,** Sleep Apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

**WHEREAS,** Sleep Apnea is estimated by The New England Journal of Medicine to affect at least nine percent of women and 24 percent of men, resulting in poor sleep. Sleep Apnea is the leading cause of excessive daytime sleepiness; and

**WHEREAS,** Sleep Apnea often afflicts people who do not know why they have it, and if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes and other life-shortening conditions; and

**WHEREAS,** Sleep Apnea can be treated with Positive Airway Pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS,** Sleep Apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications. If sedation is required, risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital. If possible, recovery is carried out in a semi-upright or lateral position and patients are monitored until they are no longer at risk.

**NOW, THEREFORE,** I, Dave Heineman, Governor of the State of Nebraska, DO HEREBY PROCLAIM the 1st day of February, 2014 as

## SLEEP APNEA AWARENESS DAY

in Nebraska, and I do hereby urge all citizens to take due note of the observance.

**IN WITNESS WHEREOF,** I have hereunto set my hand, and cause the Great Seal of the State of Nebraska to be affixed this Eighth day of January, in the year of our Lord Two Thousand Fourteen.

State of Vermont
Executive Department
A Proclamation

**WHEREAS,** sleep apnea is a sleep disorder in which breathing repeatedly stops and starts, and is often indicated by loud snoring; and

**WHEREAS,** there are three types of sleep apnea: obstructive sleep apnea, central sleep apnea, and mixed; and

**WHEREAS,** individuals with untreated sleep apnea may have one or more pauses in breathing or shallow breathing during sleep; and

**WHEREAS,** in many cases individuals are unaware that they sleep apnea; and

**WHEREAS,** for mild cases of sleep apnea, physicians may recommend lifestyle changes including losing weight and quitting smoking; and

**WHEREAS,** moderate and severe sleep apnea may be treated with positive airway pressure which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS,** individuals diagnosed with sleep apnea should consult their physicians and inform caregivers of their condition as anesthesia and certain medications may be dangerous; and

**NOW, THEREFORE,** I, Peter Shumlin, Governor, do hereby proclaim August 20, 2015 as



### SLEEP APNEA AWARENESS DAY

in Vermont.

Given under my hand and the Great Seal of the State of Vermont on this 14th day of August, A.D. 2015

Peter Shumlin
Governor

# STATE OF TENNESSEE

# PROCLAMATION

## BY THE GOVERNOR

**WHEREAS,** sleep apnea is a common, chronic disorder with frequent pauses in breathing or shallow breathing occurring during sleep, leading to disturbed sleep patterns including frequent snoring and daytime sleepiness; and

**WHEREAS,** the sleep apnea is common, occurring in approximately 9 percent of men and 4 percent of women; and

**WHEREAS,** effective treatments are available, such as a continuous positive airway pressure device, or CPAP, as well as several other treatments; and

**WHEREAS,** physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS,** because many people afflicted by sleep apnea do not know they have it, anesthesiologists and practitioners should consider screening their patients for sleep apnea prior to administering treatment; and

**NOW, THEREFORE,** I, Bill Haslam, Governor of the State of Tennessee, do hereby proclaim February 21, 2013 as

*Sleep Apnea Awareness Day*

in Tennessee and encourage all citizens to join me in this worthy observance.



**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the official seal of the State of Tennessee to be affixed at Nashville on this fifteenth day of February, 2013.

_____

Governor

_____

Secretary of State



# STATE OF OKLAHOMA

## EXECUTIVE DEPARTMENT

# Proclamation

**Whereas,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep;

**Whereas,** sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

**Whereas,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**Whereas,** depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

**Whereas,** sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**Whereas,** sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

**Now, therefore, I, Mary Fallin, Governor,** do hereby proclaim October 5, 2015, as

## "Sleep Apnea Awareness Day"

in the state of Oklahoma.

**In Witness Whereof,** I have hereunto set my hand and caused the Great Seal of the State of Oklahoma to be affixed.

Done at the Capitol, in the City of Oklahoma City, this 20th day of July, in the Year of Our Lord two thousand and fifteen, and of the State of Oklahoma in the one hundred and seventh year.

ATTEST:

Chris Morris
Assistant SECRETARY OF STATE

Mary Fallin
GOVERNOR



# State of North Carolina

## PAT McCRORY

### GOVERNOR

SLEEP APNEA AWARENESS MONTH

2013

BY THE GOVERNOR OF THE STATE OF NORTH CAROLINA

A PROCLAMATION

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

WHEREAS, The New England Journal of Medicine estimates that sleep apnea affects at least 9 percent of women and 24 percent of men, resulting in poor sleep, and is a leading cause of daytime sleepiness; and

WHEREAS, if left untreated, sleep apnea could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes and other life-shortening conditions and circumstances; and

WHEREAS, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS, sleep apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital, if possible, recovery is carried out in a semi-upright or lateral position and patients are monitored until they are no longer at risk,

NOW, THEREFORE, I, Pat McCrory, Governor of the State of North Carolina, do hereby proclaim October 2013, as "SLEEP APNEA AWARENESS MONTH" in North Carolina, and commend its observance to all citizens.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of North Carolina at the Capitol in Raleigh this first day of October in the year of our Lord two thousand and thirteen, and of the Independence of the United States of America the two hundred and thirty-eighth.



PAT McCRORY
Governor

# Proclamation

**WHEREAS,** SLEEP APNEA IS A COMMON, CHRONIC DISORDER IN WHICH ONE OR MORE PAUSES IN BREATHING OR SHALLOW BREATHING OCCURS DURING SLEEP, MOST OFTEN INDICATED BY LOUD SNORING; AND

**WHEREAS,** SLEEP APNEA IS ESTIMATED BY THE NEW ENGLAND JOURNAL OF MEDICINE TO AFFECT AT LEAST NINE PERCENT OF WOMEN AND TWENTY-FOUR PERCENT OF MEN, RESULTING IN POOR SLEEP; AND

**WHEREAS,** SLEEP APNEA IS THE LEADING CAUSE OF EXCESSIVE DAYTIME SLEEPINESS; AND

**WHEREAS,** SLEEP APNEA OFTEN AFFLICTS PEOPLE WHO DO NOT KNOW THEY HAVE IT, AND IF LEFT UNTREATED, COULD LEAD TO DEPRESSION, HIGH BLOOD PRESSURE, HEART DISEASE, DIABETES, FATAL CAR CRASHES, AND OTHER LIFE-SHORTENING CONDITIONS; AND

**WHEREAS,** PHYSICIANS AND CAREGIVERS OF INDIVIDUALS DIAGNOSED WITH SLEEP APNEA SHOULD BE NOTIFIED OF THEIR CONDITION AS ANESTHESIA AND CERTAIN MEDICATIONS CAN CREATE A DANGEROUS SITUATION WHEN ADMINISTERED TO SOMEONE WITH SLEEP APNEA; AND

**WHEREAS,** SLEEP APNEA CAN BE TREATED WITH POSITIVE AIRWAY PRESSURE (PAP) THERAPY, WHICH SUPPLIES PRESSURIZED AIR THROUGH A BREATHING MASK THAT PREVENTS THE AIRWAY FROM COLLAPSING; AND

**WHEREAS,** SLEEP APNEA CAN CREATE A DANGEROUS SITUATION WHEN DIAGNOSED INDIVIDUALS ARE ADMINISTERED ANESTHESIA AND CERTAIN MEDICATIONS, IF SEDATION IS REQUIRED; RISKS ARE REDUCED IF PATIENTS UNDERGOING PAP THERAPY BRING THEIR OWN EQUIPMENT TO THE HOSPITAL, IF POSSIBLE, RECOVERY IS CARRIED OUT IN A SEMI-UPRIGHT OR LATERAL POSITION, AND PATIENTS ARE MONITORED UNTIL THEY ARE NO LONGER AT RISK; AND

**WHEREAS,** HELEN MARIE BOUSQUET HAS BROUGHT NATIONAL ATTENTION TO THE DANGERS OF LEAVING A PATIENT WITH SLEEP APNEA IN AN UNMONITORED RECOVERY ROOM FOLLOWING ANY SURGERY WHILE MEDICATED POST OP ON DRUGS SUCH AS MORPHINE, WHICH IS KNOWN TO SLOW DOWN THE RESPIRATORY SYSTEM EVEN IN PATIENTS WHO DO NOT HAVE THIS CONDITION;

**NOW, THEREFORE, I** SUSANA MARTINEZ, GOVERNOR OF THE STATE OF NEW MEXICO, DO HEREBY PROCLAIM JANUARY 21ST, 2014 AS

## "SLEEP APNEA AWARENESS DAY"

THROUGHOUT THE STATE OF NEW MEXICO.

SIGNED AT THE EXECUTIVE OFFICE THIS 17TH DAY OF JANUARY 2014.

ATTEST:

WITNESS MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO.

DIANNA J. DURAN
SECRETARY OF STATE

# The State of New Hampshire
## By Her Excellency
## Margaret Wood Hassan, Governor

# A Proclamation

## SLEEP APNEA AWARENESS DAY
## FEBRUARY 21, 2013

WHEREAS, Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, The New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

WHEREAS, Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, Many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

WHEREAS, A continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individuals lungs and airway to help treat this condition; and

WHEREAS, Helen Bousquet, a resident of the State of New Hampshire, recently passed away from complications of sleep apnea and may her passing bring attention to the need for sleep apnea awareness;

NOW, THEREFORE, I, MARGARET WOOD HASSAN, GOVERNOR of the State of New Hampshire, do hereby proclaim FEBRUARY 21, 2013 as SLEEP APNEA AWARENESS DAY in the State of New Hampshire.



Given this 21ˢᵗ day of February, in the year of Our Lord two thousand and thirteen, and the independence of the United States of America, two hundred and thirty-seven.

*Maggie Hassan*

Margaret Wood Hassan
Governor



### STATE OF NEW JERSEY
### EXECUTIVE DEPARTMENT

# Proclamation

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, resulting in poor sleep and often indicated by loud snoring; and

WHEREAS, the New England Journal of Medicine estimates that sleep apnea affects nine percent of women and 24 percent of men and is the leading cause of excessive, daytime sleepiness; and

WHEREAS, most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult; and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing;

NOW, THEREFORE, I, CHRIS CHRISTIE, Governor of the State of New Jersey, do hereby proclaim:

## AUGUST 31, 2015
## AS
## SLEEP APNEA AWARENESS DAY

in New Jersey.



GIVEN, under my hand and the Great Seal of the State of New Jersey, this eighteenth day of August in the year two thousand fifteen, the two hundred fortieth year of the Independence of the United States.

Lt. GOVERNOR

GOVERNOR



# Canada
# Province of British Columbia
## A Proclamation

ELIZABETH THE SECOND, by the Grace of God, of the United Kingdom, Canada and Her other Realms and Territories, Queen, Head of the Commonwealth, Defender of the Faith

### To all to whom these presents shall come — Greeting

WHEREAS sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breath occurs during sleep, and

WHEREAS most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult, and

WHEREAS the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of middle-aged women and twenty-four percent of middle-aged men, and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness, and

NOW KNOW YE THAT, We do by these presents proclaim and declare that May 2018 shall be known as

#### "Sleep Apnea Awareness Month"

in the Province of British Columbia.

IN TESTIMONY WHEREOF, We have caused these Our Letters to be made Patent and the Great Seal of Our Province of British Columbia to be hereunto affixed.

WITNESS, The Honourable Judith Guichon, Lieutenant Governor of Our Province of British Columbia, in Our City of Victoria, in Our Province, this twenty-second day of March, two thousand eighteen and in the sixty-seventh year of Our Reign.

BY COMMAND.

Attorney General
(counter signature for the Great Seal)

Lieutenant Governor

# STATE *of* WISCONSIN



## OFFICE *of the* GOVERNOR

### Proclamation

*WHEREAS;* sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

*WHEREAS;* it is estimated that millions of Americans suffer from sleep apnea, yet 80 percent of cases with moderate to severe obstructed sleep apnea go undiagnosed; and

*WHEREAS;* when sleep apnea goes untreated, it may lead to high blood pressure, chronic heart failure, atrial fibrillation, stroke, type 2 diabetes, depression, and other cardiovascular problems; and

*WHEREAS;* sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

*WHEREAS;* for mild cases of sleep apnea, physicians may recommend lifestyle changes, including losing weight and quitting smoking; and

*WHEREAS;* one of the most widely used and most successful treatments for mild to severe sleep apnea is a positive airway pressure machine, or PAP; and

*WHEREAS;* sleep studies are used to help health care providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

*NOW, THEREFORE,* I, Scott Walker, Governor of the State of Wisconsin, do hereby proclaim Friday, May 11, 2018 as

## SLEEP APNEA AWARENESS DAY

throughout the State of Wisconsin and I commend this observance to all of our citizens.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Wisconsin to be affixed. Done at the Capitol in the City of Madison this 25th day of April 2018.

SCOTT WALKER
GOVERNOR

By the Governor:

DOUGLAS LA FOLLETTE
Secretary of State

# EXHIBIT F

## Commendations and Proclamations for Plaintiff's advocacy and entertainment career



*A Special Message from*
*Governor Josh Green, M.D.*
*In Recognition of*

# Brian Evans

On behalf of the people of Hawai'i, it is my honor to recognize Brian Evans for his commitment and dedication to Hawai'i's tourism industry and extend a warm Mahalo for sharing his artistic talents with our island community.

A multi-talented actor, singer, author and producer, Brian Evans created The Maui Celebrity Series in 2010 with the vision to bring big name entertainers to Maui to attract tourists to Hawai'i. He brought celebrities, including William Shatner, Jeff Bridges, comedian Bob Saget, and Cheech & Chong to perform in venues on Maui, providing audiences with an unforgettable experience.

Brian Evans began his entertainment career acting in Los Angeles landing his first national television commercial at the age of 16, several television roles followed. But it was his passion for music, in the "crooning" style and genre of Frank Sinatra that he started his singing career. His recording accomplishments include "At Fenway," "Creature at the Bates Motel," which movie video was filmed at the famed Bates Motel, and numerous other songs. He collaborated with artists and entertainers such as Ice-T, Carrot Top, and Lou Diamond Phillips. To honor his mother, he brought attention and awareness on a national level to the condition known as sleep apnea after she passed away from the condition.

I extend my warmest aloha to Brian Evans for his contributions to our Maui community, state, and nation. Congratulations on your novel, "Horrorscope," which has been adapted into a graphic novel and will be presented at Comic-Con 2023 in San Diego. May you enjoy continued success in all your future endeavors. Hawai'i is fortunate to have you.

*Josh Green*

Josh Green, M.D.
Governor, State of Hawai'i



## Commendation

*presented to*

# BRIAN EVANS

On behalf of the people of Hawai'i, we send our personal greetings of aloha and thank you for your contributions to our state.

Mr. Evans, as the creator and co-producer of The Maui Celebrity Series at The Hard Rock Café, you established a venue where audiences have the opportunity to watch you perform with a different star each month. Celebrities have included William Shatner and Roseanne Barr. Your work is particularly meaningful during these difficult economic times.

We are proud that for more than 20 years, you have enjoyed success in the motion picture, movie and music industries. You have opened for Jay Leno in Las Vegas and are recording your major label debut for Capitol Records.

As president of Wailea, you serve as an ambassador of Maui, and we commend you for coordinating efforts to entertain the visitors and the people of Maui and Hawai'i at large. Best wishes for continued success in your future endeavors.



## Commendation

Presented to

### Brian Evans

The Maui Celebrity Series

December 30, 2015

On behalf of the people of the State of Hawai'i, thank you for your dedication and commitment to Hawai'i's music industry and your service to our island community.

You began organizing The Maui Celebrity Series in 2010 with the vision to bring the best of Maui to attract tourists to Hawai'i. Beginning your career as a teen, performing classics and big band songs as the opening for various artists, you have utilized the relationships created to bring various celebrities, including William Shatner and Bob Saget, to Maui to provide local audiences an unforgettable experience.

Mahalo for your hard work and perseverance, and for sharing the Aloha Spirit with the entertainers you bring to Maui. It is time so you may be productive in your career, and may The Maui Celebrity Series enjoy continued success.

With warm regards,



DAVID Y. IGE

Governor, State of Hawai'i

# EXHIBIT G

Front page story about Brian Evans in The Boston Globe
(printed here is how it appeared on the internet and still
does)

# BOSTON.com

CULTURE    ARTS    ENTERTAINMENT    MOVIES    TV    STREAMING    CELEBS    MUSIC    SIGN UP FOR THE

🔔 Check the box to prioritize us on Google ☑

Case 1:26-cv-20389-BB   Document 72-1   Entered on FLSD Docket 04/24/2026   Page 75 of 123

MUSIC

# Brian Evans feels redemption in hit Red Sox song

Brian Evans – 'The Croonerman' – has followed his career from Haverhill to Hollywood to Hawaii, but 'At Fenway' has him sliding triumphantly into home



Boston musician Brian Evans outside Fenway Park. His song was selected to be Fenway's 100th anniversary song. *John Tlumacki/Globe Staff*

By James H. Burnett III
July 20, 2012
7 minutes to read



Brian Evans insists he's never been a get-the-last-laugh kind of guy.

"No anger in me, no sir," he says solemnly. But just before the first inning of a recent Red Sox home game — against the New York Yankees, no less — the in your face! ear-to-ear grin was unmistakable, as Evans, in the bleachers surrounded by friends, heard his own voice on the loudspeakers crooning "At Fenway," his tribute tune to Fenway Park in its 100th year.

The catchy melody that Frank Sinatra might have sung if he'd been a Sox fan, was offered by Evans to the Red Sox last fall. It was lost in the quagmire of administrative vetting and paperwork for months, but has been blasted by stadium workers during Red Sox home games for about a month now.

ADVERTISEMENT:

Case 1:26-cv-20389-RB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 76 of 123

But in spite of its long journey from studio to stereo, when "At Fenway" got to the plate, it hit in a big way.

The Sox love it. "It seems really fitting as we celebrate Fenway Park's centennial," says Zineb Curran, Red Sox director of corporate communications. "We appreciate the different ways all our fans try to honor the club. So it's a great year for the song."

The National Baseball Hall of Fame has added it to its library. And Major League Baseball licensed the song for game use — a first for the league.

"That part of it has been surreal," Evans says. "Them making it an 'official' song is really very cool, and c'mon, it would be for any Red Sox fan. I'd say it's one of the best things that's ever happened for my career."

ADVERTISEMENT:

That career? If you haven't guessed: big band singer. Think Sinatra, Tommy Dorsey, Benny Goodman, Duke Ellington. And if you get those voices, then you get the music that the 42-year-old Brian Evans makes.

But in order to get why Evans — whose biggest fans call "The Croonerman" — would declare a locally popular baseball tribute his best professional moment on the same day he released a full-length album that was a hit on two continents, you have to understand his roots.

The short of the story: Evans loves the Sox and has loved them since he was a kid, when only the most faithful loved the Sox and their then-losing ways. He loved the Sox, because like himself, he felt the team was sort of outcast. It was a perceived kinship that helped him get through a very tough childhood.

"Lots of people had tough childhoods," Evans says. "For me, mine was issues between my parents, who ended up divorcing when I was pretty young. But the upside — I guess there were a few, really — was that my mother and my grandmother who raised me always played big band music. And I fell in love with it pretty early. Also, even though I was definitely not a popular kid, I found comfort at school in a teacher who became a father figure to me."

ADVERTISEMENT:

That teacher was Frank Delaney, Evans's now-retired 6th-grade teacher at Nettle Middle School in Haverhill, where Evans grew up.

Delaney says that Evans was a bit of a loner in elementary school but found in big band a musical

Delaney says that Evans was a bit of a loner in elementary school but found in big band a musical match for his old soul.

"Brian was a lonely kid," Delaney says. "He had a lot of things on his mind. Other kids took comfort in light things — games, toys, pop junk, Brian loved good music. And he didn't love big band just because it involved loud instruments. He appreciated the quality of the music and the soulfulness of the singing. He fully embraced it. And he sang those songs. And many kids didn't like it. You know how kids can be."

But by 16, Evans had shed the sadness and moved to Hollywood, where he spent nearly a decade appearing on some of the most popular TV shows of the 1980s and '90s, including "Full House" and "Beverly Hills 90210." He costarred in "Book of Love," a feature film directed by Robert Shaye, founder of New Line Cinema. And according to best-selling author Andrew Morton's biography of Angelina Jolie, she and Evans dated during his Hollywood swing. A coy Evans will only say, "She's a great lady. And we were close for a short while."

ADVERTISEMENT:

"I've been proud no matter what he's done. But all the while though, Brian had his music on his mind," his mother, Helen Bousquet, says, adding that pining for his music forced Evans to a "sort of crossroads."

Evans says he attended a charity event featuring Frank Sinatra in 1991. And it was the first and only time he'd meet his childhood idol.

"I told him I was frustrated. I wanted to get back to my roots and pursue big band but that I'd never really been appreciated for it, not by my peers," Evans says. "You know what he told me? "'Kid, if everyone says you're crazy, then you're doing the right thing.' Stick with it. That's what he told me."

And so Evans began carving a niche not from acting but for singing as an opening act for musicians and comics, including Lou Rawls, Better Than Ezra, Dionne Warwick, and Jay Leno.

In the mid '90s, Evans spent time in Vancouver and took a Saturday gig singing standards at Babalu Lounge — which, days later, hired a young Canadian crooner, Michael Buble, to sing on Sundays. As Buble went on to make waves in the US, Evans quietly scored a hit in Canada with his album, "Quite Frankly," which sat atop Canada's album charts for several weeks — despite being made from instrumental karaoke tracks Evans had purchased for $30. "It's a humbling way to make a record," he says.

"Quite Frankly" did well and Evans was booked for a 377-show run at the old Desert Inn in Las Vegas.

ADVERTISEMENT:

Felix Rappaport, president and COO of The Mirage in Las Vegas, recalls Evans fondly.

"Brian is a hugely talented singer who really embodies the Boston spirit – loyal, feisty, a fighter, sports fan . . . whose faith, family, and friends come first," Rappaport says. "He's developed a loyal following across the USA, from coast to coast and all the way to Hawaii. Performing means more to him than simply making money. He is also a craftsman who is great at his craft."

When The Desert Inn was demolished and replaced with The Wynn, Evans briefly returned to Los Angeles and began making music for use in TV and film. And he was performing regularly across Southeast Asia, where big band and swing are popular.

With fingers crossed, Evans approached **producer**Narada Michael Walden, who has collaborated with Whitney Houston, Mariah Carey, Elton John, and Aretha Franklin.

Walden would be tied up on another album for a year.

So while he waited, Evans moved to Hawaii and produced the Maui Celebrity Series, serving as opening act for some of the same stars he'd worked with in Hollywood, and a few more, including William Shatner, Mick Fleetwood, Charlie Sheen, David Spade, and rapper/actor Mos Def.

"I made a lot of good friends," Evans says of the Maui concerts.

By the time he returned to Los Angeles in early 2011, he and Walden were ready to work.

"It is a great album," Walden says of "My Time," which he and Evans recently finished. "I think that's an appropriate title because Brian certainly put in his time . . . before making it to this point. But then that baseball song came up!"

ADVERTISEMENT:

Walden admits that when Evans approached him last summer and said he had a song — "At Fenway" — in mind to honor the park's centennial, he balked.

"I didn't want to make a song about a stadium, but Brian convinced me. I love his passion. He's passionate about everything and loyal to home. It was clear that the Red Sox really meant a lot to him. And he's earned his stripes, so we did it," Walden says.

"My Turn," original songs from Evans, debuted in Southeast Asia to rave reviews last week, Walden says.

Meanwhile, Evans, who moved back to Boston late last year, says he feels fulfilled.

He's postponed till December a concert at the Wilbur Theatre, featuring Walden and Red Sox legend Jim Rice, so he, Rice, and old friend William Shatner can shoot a music video at Fenway, for "At

Fenway."

"The thing is I'm thrilled with 'My Turn'," he says. "It's doing great. But 'At Fenway' is different, because it represents my hometown or home area accepting me finally. And you know what? I reached this point without ever compromising who I am. Like I say on my website, when I was singing 'My Way' at 21, no one believed it from a baby-faced kid. When I sing it today, they believe it."



**Want to leave a comment?**

**Create an Account**

**Or sign in to your account**

**Conversation**

This discussion has ended. Please join elsewhere on Boston.com

## In Related News



### With late mother as inspiration, Payton Tolle is finding himself



**BOSTON RED SOX**

**Red Sox swept by Yankees 4-2 as bullpen wastes Payton Tolle's season debut**



**NEW ENGLAND PATRIOTS**

**NFL Draft Live Updates: Patriots trade up and take offensive tackle Caleb Lomu at 28**

  

General Feedback    Customer Service    My Account

DO NOT SELL MY DATA      PRIVACY POLICY      YOUR PRIVACY CHOICES      ADVERTISE      TERMS OF SERVICE      TERMS OF PURCHASE

NEWSLETTERS      MEMBER AGREEMENT      CONTACT US      CAREERS      SITE MAP

©2026 BOSTON GLOBE MEDIA PARTNERS, LLC

4/24/2026, 12:18 AM

Case 1:26-cv-20389-RB   Document 72.1   Entered on FLSD Docket 04/24/2026   Page 82 of 123

Brian Evans

Home   Music & Videos   The Novels
The Songwriter & Producer   Licensing Requests   News   🅾  𝕏  f  🅢
Accolades   About   Contact

# Accolades

Brian has received dozens of awards throughout his career. His work in the entertainment industry and his advocacy for Sleep Apnea Awareness has brought him numerous accodales from politicians and the entertainment industry. Here are just a few.



Case 1:26-cv-20389-RB   Document 72-1   Entered on FLSD Docket 04/24/2026   Page 83 of 123



As Mayor of the City of Los Angeles, and on behalf of its residents,

*Commendation*

*Presented to*

**Brian Evans**
*The Maui Celebrity Series*
December 30, 2015

All Rights Reserved 2025 - Wailea Live, Inc.

# EXHIBIT H

# Brian Evans and Dr. Oz Advocacy Work

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 85 of 123

# Brian Evans Will Write Book on Hospital Negligence, Hospital Rating Companies, and Sleep Apnea

Singer who lost his mother in 2012 will write a book detailing the events that took place, and discuss Sleep Apnea and hospital negligence.

NEWS PROVIDED BY
**Brian Evans** ➡
Jul 10, 2017, 12:42 ET

BOSTON, July 10, 2017 /PRNewswire/ -- Brian Evans, the singer known for such classic music videos as "At Fenway" with William Shatner, and "Creature at The Bates Motel," with comedian Carrot Top, has decided that he will write a book about hospital negligence.

According to a recent article in The Washington Post, hospital negligence is now the third leading cause of death in the United States, killing hundreds of thousands of patients each year.

Continue Reading

∨



Brian Evans Will Write Book on the ... Residentialshire ... s.../brian-evans-will-write-...

Case 1:26-cv-20389-BB   Document 72.1   Entered on FLSD Docket 04/24/2026   Page 86 of 123



Brian Evans and Dr. Oz recently discussed Sleep Apnea on Maui. Evans provided him copies of the 35 Sleep Apnea Proclamations governors have given him so far. He awaits 15 more.

Further, Evans intends to discuss the hospital rating organizations, often heard of in hospital radio and TV advertising that give many hospital "A ratings." The problem is that the organizations never actually walk into the hospitals that they are rating. It has become customary that the rating companies merely send questionnaires to the hospitals, which they answer themselves, and then mail back with a payment.

"It's the best rating money can buy," says Evans.

Evans, who intends to run for Congress, believes that there is not one single political figure in American politics today who is discussing hospital negligence, hospital rating companies, and the recent passing of actress Carrie Fisher has brought even more worldwide attention to the condition known as Sleep Apnea (Evans is a friend of a Fisher family member). Evans mother passed away from the condition after being left in an unmonitored recovery room following knee surgery while being provided morphine, despite the hospital knowing she had the condition known as Sleep Apnea prior to even walking into the hospital.

Evans has approached all fifty United States governors seeking Sleep Apnea Awareness Proclamations following his mother's passing. Many of the states mention her by name, despite her never stepping foot into those states during her life. His mother, Helen Bousquet, was added to The National Baseball Hall of Fame Library in 2015 for her work on the music video "At Fenway," which has received over 11 million views on YouTube and actually features her in the music video, filmed just about one week prior to her passing.

"It is up to the public to speak out. If you do nothing, or say nothing, or let large corporations intimidate you, that's when you lose. To me, this fight has been about my mother's legacy and the lives she's saved," says Evans.

Evans says Canadian Prime Minister Justin Trudeau and Prince William have reached out to him regarding his plight for Sleep Apnea Awareness, and because of his mother, many hospitals now immediately place a "Sleep Apnea" bracelet on a patient who claims to have it upon entering a hospital. He will travel to Washington, DC later this year to speak with various members on the health committee.

Oscar-winning actor Tom Hanks introduces his mother's website, at **www.helenbousquet.com**, and Oscar

Brian Evans Will Write Book on Hospital Negligence; Hospital Rati...   https://www.prnewswire.com/news-releases/brian-evans-will-write-...

winner Jeff Bridges also has aided Evans in his plight to bring attention to Sleep Apnea, as has actor William Shatner, (who has Sleep Apnea) and comedians Carrot Top and other luminaries.

"I can't bring her back, but I believe I will see her again, and when I do, she will know I never sold her out. What happened to her is saving lives, and that's more than I'll ever achieve in my own life," says Evans.

"Sleep Apnea is the monster in the room. If someone next to you snores a lot, it's the first warning. Get them checked out or you may regret it. Never leave a patient alone in a recovery room and depend on no one but yourself to make sure your loved one is being watched. You have to be your loved one's advocate, and that's where I failed my mother, by trusting. Don't make the same mistake that I did."

Evans says remaining states that have ignored his requests for the Sleep Apnea Proclamation include New York, Ohio, California, Connecticut, among others. The remaining 15 states have just been sent requests, which include copies of the 35 governors who have now sent Evans the Proclamations sent to each one of the governors who have failed to issue the Proclamation.

"Their signature could save a life, shouldn't that be enough? What exactly do these governors do?" says Evans.

The book will be available in hardcover, paperback, and audiobook.

**MEDIA CONTACT**

Cameron Walker
BE Book Publishing
(808) 276-1734
Email: **belasvegas@yahoo.com**

**Related Images**

**image1.jpg**

**image2.jpg**

**image3.jpg**

**image4.jpg**

Case 1:26-cv-20389-BB    Document 72-1    Entered on FLSD Docket 04/24/2026    Page 88 of 123

**Related Links**

**American Sleep Apnea Association**

**Official Website of Helen Bousquet**

**Related Video**

**http://www.youtube.com/watch?v=2aFVy4pfdZE**

SOURCE Brian Evans



# EXHIBIT H

# Brian Evans and William Shatner Advocacy Work

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 90 of 123

# Seacoastonline

## HAMPTON UNION

# William Shatner supports renaming street for late Hampton Beach woman

**Patrick Cronin**

Nov. 30, 2012, 1:00 a.m. ET

HAMPTON — Sinatra-like crooner Brian Evans' request to memorialize his mom by putting a plaque on M Street at Hampton Beach recently received a boost from two celebrities, one a music producer and the other known for playing Captain Kirk on "Star Trek."

Actor William Shatner, who recently appeared in Evans' music video "At Fenway," has written a letter to the Board of Selectmen supporting the tribute to the late Helen Bousquet, who died at 62 on Oct. 5.

Evans' mother, who lived on M Street, was one of the producers of his latest song honoring the famed Boston Red Sox park. The song is set to debut on opening day of the 2013 Major League Baseball season.

Also writing a letter of support was Grammy Award-winning producer Narada Michael Walden, who produced Evans' latest album. Both letters were posted to Evans' Facebook page.

Evans went before selectmen last week, asking them to rename M Street in his mother's honor. The board took the request under advisement but noted a street name change may be a "tall order" and urged him to come up with a Plan B, possibly a memorial plaque. Evans is now following their suggestion and is pushing for a plaque to go beneath the M Street sign reading "Helen Bousquet Way."

"I am preparing a petition, accumulating letters from those who have worked with my mom, and then I intend to attend another selectmen meeting (to bring the new request forward)," Evans said.

Evans said he was happy to receive Shatner's support.

"Bill had great admiration for my mother, and he's supportive of everything I'm doing as it relates to her," Evans said. "My mother and I love Bill, and he's played a very significant part in our lives, and I will always appreciate him for what he did for her, before this happened, and after. She was truly inspired by him, and he gave her great joy, which gave me great joy."

Evans said he wants to honor his mother because she loved Hampton Beach.

"One day, I will see my mother again, and when I do, she will know that I left no stone unturned in honoring her," Evans said. "She left way too soon, and I'm doing the best I can to keep going myself. I absolutely loved my mom, and my life will never be the same without her."



**AT FENWAY - BRIAN EVANS & WILLIAM SHATNER - Red Sox**

Brian Evans
4.21K subscribers

Subscribe

Like   Share   Save

11M views  13 years ago

In Honor of my mother, Helen Marie Bousquet. I love you, mom. You are all watching this because of her. It is now a part of her legacy as much as it is mine.

# EXHIBIT I

Brian Evans songwriter work

("Even After - #1 – 28 countries)

Case 1:26-cv-20389-BB   Document 72-1   Entered on FLSD Docket 04/24/2026   Page 94 of 123

# Surpassing Mick Jagger and Billy Joel, Charlie Mitchell, the 16-year-old Australian produced by Narada Michael Walden, known for producing Whitney Houston, debuts at #1 on Adult Contemporary charts Français

NEWS PROVIDED BY
**ESW Management** →
May 08, 2022, 16:29 ET

LOS ANGELES, May 8, 2022 /CNW/ -- Charlie Mitchell, the 16-year old singer from the Gold Coast, has seen his debut single skyrocket to #1 on the Adult Contemporary charts. ESW Management can officially confirm that Narada Michael Walden's production of the original Brian Evans song "Even After," a song Evans wrote about his mother has topped the Adult Contemporary charts. Jesse Stenger and Evans, who executive produced the song with Charlie Mitchell creating the melody, were stunned at the news.

Continue Reading

ᐯ



Case 1:26-cv-20389-BB   Document 72-1   Entered on FLSD Docket 04/24/2026   Page 95 of 123



Charlie Mitchell is now the #1 Adult Contemporary artist in more than 28 countries through PlayMPE, the leading distributor of music to radio programmers, surpassing Mick Jagger and Billy Joel. Narada Michael Walden, the famed producer of Whitney Houston, George Michael, and a plethora of other superstars produced the song. Brian Evans and Jesse Stenger wrote the song, and Charlie Mitchell wrote the melody.

Charlie Mitchell, produced at Narada Michael Walden, debuts at #1 on the Adult Contemporary charts, surpassing Mick Jagger and Billy Joel. The song, "Even After," was written by Brian Evans, Jesse Stenger, with melody by Charlie Mitchell.

Surpassing Mick Jagger and Billy Joel on the PlayMPE charts, the leader in music distribution directly to radio programmers, Charlie Mitchell will appear for the first time nationally in Australia on the morning show Studio 10 on Wednesday, May 11th, 2022.

"We are being swarmed with requests at this point. This morning we awoke to an email inbox that was so full that people were calling us to tell us their emails were bouncing back," said Stenger.

"This is no surprise to me," said Evans. "I knew the moment I saw him."

The song, "Even After," was written by Evans in a unique way. The first verse conveys the words of a loved one who may have lost someone in some way, while the second verse and bridge is the one you lost speaking to you.

Surpassing Mick Jagger and Billy Joel Charlie Mitchell the 16-year-... https://www.newswire.ca/news-releases/surpassing-mick-jagger-and-...

"When I was writing it, and it took me years to be able to after my mothers tragic and untimely passing, I knew that even as a singer myself, I couldn't bring myself to sing it. I was just too attached to it. When I discovered Charlie on social media, I knew he had the vulnerability that would give the kid a shot. People will interpret it in their own way. Some think it's about a break-up, some think it's about when someone passes," says Evans. "What I didn't expect was how talented Charlie was, and his unique "old soul" ability to interpret a song so young. It's really extraordinary."

Narada Michael Walden's words were a lot simpler: "Charlie Mitchell is a superstar in the making. I'm glad Brian brought him to me and we have a lot more work to do together."

The song, "Even After," can be downloaded on Apple iTunes, Spotify, and anywhere else music can be downloaded. His official website is charliemitchellmusic.com, and his Facebook is Facebook.com/CharlieMitchellMusic where he had over 35,000 followers prior to Walden even producing him.

The chart can be seen at **https://daily.plaympe.com/adult-contemporary-weekly-top-20-downloads/**

SOURCE ESW Management

js@eswmgmt.com

# EXHIBIT J

The Governor of Massachusetts issues 32nd Proclamation

All proclamations were obtained by Brian Evans personally at each governor office nationwide.

40 to date (not including Canada and Europe by various leadership)

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 98 of 123

# NEWSWIRE

# Son of Helen Bousquet Announces Governor of Massachusetts Issues Proclamation for "Sleep Apnea Awareness Day"

**PRESS RELEASE · APR 7, 2016**

> Governor Charlie Baker becomes the 32nd Governor in the United States to issue a Proclamation to bring attention to the dangerous condition known as Sleep Apnea, which an astonishing 95% of patients don't even know they have.

   

**BOSTON, MA, April 7, 2016 (Newswire.com) -** When Haverhill native and current Maui resident Brian Evans lost his mother following sleep apnea, to say he didn't take it well would be an understatement.



Immediately, Evans wrote to every congressman in the United States, every U.S. Senator, and even the President. Evans complaint was simple. His mother, who had sleep apnea, was cleared for a routine knee surgery by the very doctors who diagnosed her with sleep apnea months earlier. She died following the knee surgery. Evans has initiated litigation against the Methuen hospital. Without her CPAP (a mask used by sleep apnea patients), she was placed on morphine and brought into an unmonitored recovery room to recuperate.

*Governor Charlie Baker proved himself to be a class act, and the kind of Governor that Massachusetts has*

Realizing how little he knew about Sleep Apnea, and realizing there was nothing he could do to bring her back, he

> *long needed. By this proclamation, he has proven to take even the lesser known conditions as very serious, especially when they actually are. People just don't know enough about Sleep Apnea, but he's made sure that those in Massachusetts now do.*
>
> *Brian Evans, Son of Helen Marie Bousquet*

began a campaign to have every governor in the United States issue a Sleep Apnea Proclamation. The first governor he approached, then-governor Deval Patrick, denied his request. Brian's mother, Helen Marie Bousquet, was born, and then died there in Massachusetts.

30 other states had a different opinion, issuing Sleep Apnea proclamations, many of which mentions Mrs. Bousquet by name. These were many states she'd never stepped foot in.

Then, Governor Charlie Baker of Massachusetts was elected.

"Everyone told me he'd be the governor to do it, and unlike Deval Patrick, he had the courage to go against the wind and he has now issued a Proclamation for April 18th, 2016," says Evans. All of the proclamations to date have been posted on his mothers website, helenbousquet.com. It took Evans up to two letters to receive a proclamation from all of the other state governors. It took Evans having to write 41 to finally have Massachusetts provide the proclamation. "The moment I tweeted the Governor, he let me know he'd look into it and he he stood up. Good on him."

"95% of American do not know they have sleep apnea. We have grown accustomed to just nudging a snoring loved one while we try to sleep...but they could be dying. If a loved one is snoring a lot, make them, drag them, to get a sleep apnea test. It could save their life," says Evans, her son.

Evans also asks that people visit sleepapnea.org. Academy Award Winner Jeff Bridges has already announced his support of Brian's mission in his most recent Twitter "tweet", and Oscar winner Tom Hanks introduces his mothers website.

Actor William Shatner has also written letters for Evans in support of his mother.

Prior to her passing, Helen co-produced the music video "At Fenway," which has received more than 11 million views and features Shatner as the home plate umpire. She also co-wrote songs for her son and was an avid writer herself.

Case 1:26-cv-20380-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 100 of 123

"It is my hope that the Governor somehow honors my mother in the future for the national attention she has brought to this condition. I receive letters daily from people all over the world stating that learning of my mother may have saved their lives after they got a Sleep Apnea test after reading about my mom. She once told me she hoped she made a difference with her life. Well, over 30 governors have now told her she did, as did the National Baseball Hall of Fame for her work on "At Fenway," says Evans. The National Baseball Hall of Fame added the song, written by Brian Evans, and the video, co-produced by his mother, to their library in 2013. Evans says he has been communicating with Haverhill mayor James Fiorentini of finding a way to honor his mother as well.

"This story is about her. Let us not forget who did the hard part. All I have done is write letters, which fails in comparison on every level. She's still my mother to this very day, the only one I'll ever have. She wasn't part of my family, she was my entire family."

"Everything I have ever done that is good is because of her, so thank you, Governor Baker, for letting it be known she was not forgotten," Evans concludes.

Evans says he intends to seek a meeting with the Governor when he next visits Boston, with a few of his celebrity friends, to discuss creating a law in Massachusetts where Sleep Apnea patients can never be placed in an unmonitored recovery room. State senator Bruce Tarr advised Evans he would seek to assist in that, a law that would be named for his mother.

"I thank everyone, but also apologize to anyone who felt my wrath in my grief," says Evans. "This is about her, not me. I am now her legacy, and I will do my best to make her proud of the dreams of her own that she gave up so that I could live mine."

Brian's Twitter page is twitter.com/croon1 for those interested in following his developments.

**RELATED MEDIA**

Case 1:26-cv-20389-BB   Document 72-1   Entered on FLSD Docket 04/24/2026   Page 101 of 123















**TAGS**

boston    charlie baker    deval patrick    governor charlie baker    helen bousquet    jeff bridges

sleep apnea

**ADDITIONAL LINKS**

⊘ Helen Bousquet Official Website    ⊘ Story about Brian Evans and his mother

**BRIAN EVANS NEWS**

---

**MORE PRESS RELEASES**

### Crooner Brian Evans Novel 'Horrorscope' Adapted as Graphic Novel, to Executive Produce New Artist Charlie Mitchell Under Narada Michael Walden

4 YEARS AGO

Singer Brian Evans, produced by Narada Michael Walden, wrote a novel entitled "Horrorscope." It has just been adapted into a graphic novel by Westwind Comics. Evans also engaged his multi-Grammy Award winning producer Walden to produce up and coming singer Charlie Mitchell, a 15 year old from Australia.

### Lou Diamond Phillips, Brian Evans, ICE-T Celebrate Soccer in New Big Band Music Video

5 YEARS AGO

Lou Diamond Phillips, ICE-T, Brian Evans, Carrot Top, and "Breaking Bad" star RJ Mitte all participate in new soccer music video to be distributed throughout the futbol community.

### Angelina Jolie and Brian Evans Subject of New Reelz Channel TV Show

7 YEARS AGO

The singer and actress are portrayed in an episode of the networks "Price of Fame," show, directed by Brad Osborne.

# NEWSWIRE

**Free PR Guide**

## Products

Press Release Distribution

Financial Distribution

Media Suite

Media Database

Media Pitching

Media Monitoring

Analytics

Media Room

Customer Success

Press Release Optimizer

## Company

About Us

Blog

Customer Stories

Our Media Room

## Resources

Resource Center

For Journalists

Newsroom

PR and Earned Media Planner

RSS Feeds

Media Outlets

## Support

Contact Us



# EXHIBIT K

# Brian Evans promotion on Times Square in NYC



# EXHIBIT L

# Brian Evans – Producer of The Maui Celebrity Series 2010-2020



1-800-SkyMall (1-800-759-6255)      www.SkyMall.com

# EXHIBIT M

# PTSD Diagnosis following The Maui Wildfires

# (Defendants tried to minimize this because Plaintiff was diagnosed with this for several other reasons as well)



**HERAMBA**
MENTAL HEALTHCARE
EMPOWERING THE MIND, MASTERING THE BODY

1314 Central Ave. S, Kent, WA 98032
Suite 203
Phone: 888 – 867 – 0204
Fax:    888 – 867 - 2165

July 2, 2025

To:
Nicholas George
Morgan & Morgan
2000 Town Center
Ste. 1900
Southfield, MI 48075

**RE: BRIAN EVANS DIAGNOSIS OF PTSD**

Dear Attorney George,

This letter shall serve as my diagnosis of Brian Evans. As the psychiatrist of Brian Evans, I have extensive knowledge of what occurred on Maui during the Maui Wildfire. Due to the catastrophic experience which Brian has convinced me did occur, I have diagnosed Mr. Evans with PTSD and believe he has suffered the condition of PTSD as a direct result of the Maui Wildfires.

Should you have any questions or require further information, please feel free to contact our office **at Heramba Mental Healthcare** at (888) 867-0204 or via email at info@herambamentalhc.com

Sincerely,

*tchidoyao*

**TCHIDO YAO, DNP, ARNP, PMHNP-BC**

Business Hours
Mon – Fri: 09:00 AM – 5:00 PM          Email us: info@herambamentalhc.com          Visit us at www.herambamentalhc.com

# EXHIBIT N

Defendants attempted to claim Plaintiff was lying about having cancer through counsel. Attached is a letter from his doctor. Plaintiff is still dealing with it.

Patient Visit Note
\* Final Report \*

EVANS, BRIAN K - 88419

## \* Final Report \*

2/5/25

To whom it may concern,

Mr. Evans is under my care and has required several procedures for treatment of a new diagnosis of cancer. His most recent operation was 10/7/24. He will require additional appointments for cancer surveillance and may require additional procedures in the future.

Please feel free to contact the office with any additional questions.

Regards,

Tyler Mittelstaedt, MD/MPH
Skyline Hospital General Surgery
211 NE Skyline Dr.
White Salmon, WA 98672
(509) 637-2810

Printed by:     ARMOUR, BRITTNEY
Printed on:    2/5/2025 13:44 PST

Page 1 of 2

# EXHIBIT O

Fox LA news story about Defendants

"Church of Scientology is 'criminal enterprise'" – News Article

Church of Scientology is 'criminal enterprise' that uses celebs to a...    https://www.foxla.com/news/04-24-2036 tology-criminal-enterp...

**Watch Live**

# Church of Scientology is 'criminal enterprise' tha uses celebs to advance mafia-like racketeering: lawsuit

By Chris Eberhart | Published January 4, 2024 5:06pm PST | Entertainment | FOX News |

**Danny Masterson sentenced for rapes of 2 women**

That '70s Show" actor Danny Masterson, who was convicted in May of rapin; women at his Hollywood Hills home roughly two decades ago, was sentence 30 years to life in prison.

The Church of Scientology is a "criminal enterprise" that uses celebrities, like Danny Masterson, to advance Mafia-like racketeering, a recently filed lawsui alleges.

4/24/2026, 1:08 AM

"Many of Scientology's criminal enterprise's money-making schemes are crir in nature," the lawsuit alleges. "It routinely and systematically engages in frau human trafficking, identity theft and money laundering to fill its coffers and e its leadership."

To protect high-profile members, Scientology leaders allegedly retaliate agai outspoken victims or witnesses with threats, extortion, identity theft, arson a different types of fraud, according to the complaint.

The Church of Scientology called the lawsuit's allegations against the church its leadership "outrageous" in an emailed statement to Fox News Digital anc they are "complete fabrications."

## SCIENTOLOGY SPOTLIGHT: DANNY MASTERSON, TOM CRUISE, LEAH REMINI ILLUMINATE HOLLYWOOD CHURCH DRAMA

In exchange for celebrities' support, Scientology leaders were accused of co up alleged crimes, like they allegedly did for "That '70's Show" star Mastersor while allowing the abuser to continue to torment victims, according to the lawsuit.

The Church of Scientology said in its emailed response that the lawsuit "is n but an attempted money grab."

## DANNY MASTERSON SENTENCED TO 30 YEARS IN PRISON FOR FORCII RAPE

"These statements are twisted, obscene and 100% the opposite of the truth

Case 1:26-cv-20389-BB Document 72-1 Entered on FLSD Docket 04/24/2026 Page 116 of

Church of Scientology said in an email. "To repeat the scandalous claims and headlines is malicious.

"The real story is that the Church is a worldwide force for good as can be se Scientology.tv and Scientology.org. ... Prejudicial and bigoted headlines foste animus and hate which have proven to be dangerous and put lives at risk."

The emailed statement is a sharp contrast to the bleak picture painted by an amended harassment lawsuit, which was filed in Los Angeles court on Dec. describes the use of a "fair game" policy to ruin Scientology's enemies, which include law enforcement, prosecutors, journalists and elected officials.

## RELATED: 'That '70s Show' actor Danny Masterson gets 30 years to li prison for rapes of 2 women

The "undisputed and unquestioned leader" of the alleged "criminal enterpri David Miscavige, who is the Chairman of the Board of the Religious Technolc Center (RTC).

Miscavige and other leaders of Scientology allegedly don't allow members to phones capable of dialing 911 or to make calls without using a code that all leaders to track the calls, according to the lawsuit.

The legal action details other disturbing allegations and uses Masterson's ca one example of the alleged rampant crime that's been covered up.

The accusers who brought the lawsuit implored the L.A. courts to pursue Racketeer Influenced and Corrupt Organizations Act, or RICO, charges used tear down the Mafia.

Church of Scientology is 'criminal enterprise' that uses celebs to a...    https://www.fox.com/news/church-of-scientology-criminal-enterp...

Enemies allegedly fall under Scientology's so-called "fair game" policy, althou
the term is not officially used anymore, which includes "haunting" enemies c
Scientology "through concrete action," the lawsuit says.

That includes surveillance, private investigators and releasing information "t
will damage the individual's professional and private reputation regardless c
truth of the information disseminated... procedures instruct followers to rui
individual utterly," according to the lawsuit.

"Defendants implement Fair Game in a variety of different ways, all with the
objective to harm and destroy anyone who they have deemed an enemy of
Scientology and with the ultimate goal of 'shudder[ing] [them] into silence,'
'"obliterate[ing] [them]' and 'ruin[ing] [them] utterly,'" the lawsuit alleges.

The "fair game" tactics didn't stop the judicial system from convicting Master
on two counts of rape and sentencing him to 30 years in prison.

That elicited applause from former members, like actress Leah Remini, who
escaped and blew the whistle on the Church of Scientology.

*Find more updates on this story at FOXNews.com.*

**Entertainment**    **Crime and Public Safety**



# EXHIBIT P

Kirkus Review of Brian Evans novel "Horrorscope" – recently created as a graphic novel.


QUEEN OF THE STYX
BY BUELL HOLLISTER

"A clever, entertaining fusion of world mythologies and the Old West."
—*Kirkus Reviews*

▶▶▶ ENTER TO WIN

# KIRKUS

🏠 > REVIEWS
> GRAPHIC NOVELS & COMICS (FICTION)



## Horrorscope

BY BRIAN EVANS , MARK A. BILTZ AND HELEN M. BOUSQUET ; FERRAN XALABARDER ILLUSTRATED BY FERRAN XALABARDER
RELEASE DATE: JUNE 1, 2021

*A distinctive horror tale with stark characters and radiant artwork.*

( + )

SHOP NOW ⌃



**Awards & Accolades**

OUR VERDICT
✓ GET IT

W hen the mob uses a fortuneteller's predictions for its criminal benefit, things quickly turn violent and macabre in this graphic novel.

Psychic Helen Wilson charges a meager $25 for a reading at her Naugatuck, Connecticut, home. Those who pay for her services witness her astonishing abilities to foresee future events and apparently speak with the dead. But Luigi Nicolo watches Helen guess plays during a baseball game. Once his mob boss uncle, AC Nicolo, gets wind of this and believes Helen is legit, he sends Luigi to intimidate her. After all, she can boost the gangsters' capital with predictions that make bank robberies a cinch. When

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. Learn more

Accept          Decline

an empathetic woman who uses her powers to help others, while police Detective Merton Howard succumbs to a growing fascination with the fortuneteller and her enigmatic table. The narrative's latter half, in which zodiac-inspired creatures take the narrative reins, bursts with bloody, graphic imagery. It's a fine display of Xalabarder's art, particularly the assorted colors; muted blues adorn night scenes and contrast with intermittent sepia-toned flashbacks. In a standout 1950-set sequence, the only color among black-and-white images is the glaring red of blood. The story's open ending as well as a few unknown character fates suggest that a sequel will follow.

A distinctive horror tale with stark characters and radiant artwork.



**Pub Date:** June 1, 2021

**ISBN:** N/A

**Page Count:** 81

**Publisher:** WestWinds Press

**Review Posted Online:** Sept. 8, 2021

**Kirkus Reviews Issue:** Oct. 15, 2021

**Review Program:** KIRKUS INDIE

**Categories:** MYSTERY & CRIME | GENERAL GRAPHIC NOVELS & COMICS | GENERAL FICTION

## SHARE YOUR OPINION OF THIS BOOK

## MORE BY BRIAN EVANS



BOOK REVIEW

HORRORSCOPE

BY BRIAN EVANS HELEN M. BOUSQUET MARK A. BILTZ

ADVERTISEMENT



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. Learn more

Accept          Decline

# EXHIBIT Q

Please take Judicial Notice of www.brianevans.com, which will contradict the posture the Defendants are attempting to create the Plaintiff as.

The Defendants may have destroyed other people, but they will not destroy me. I've worked far too long, and far too hard. There's no point cleaning up your life to get something expunged if it can be thrown in your face years later.

