FILED BY MP D.C.

MAY - 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA (MIAMI DIVISION)

CASE NO.: 1:26-cv-20389-BB

BRIAN EVANS,
Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,
Defendants.

_____/

PLAINTIFF'S NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF D.E. 69

Plaintiff, Brian Evans, proceeding pro se, hereby files this Notice of Supplemental Filing in further support of Plaintiff's Post-Dismissal Motion to Strike, Seal, or Redact Defamatory and Scandalous Matter (D.E. 69), and states as follows:

1. This Notice is filed in further support of Plaintiff's Post-Dismissal Motion to Strike, Seal, or Redact Defamatory and Scandalous Matter (D.E. 69), and Plaintiff's Reply (D.E. 74), in response to Defendants' Opposition (D.E. 70) and Request for Judicial Notice (D.E. 71).

2. Defendants have attempted to justify the continued presence of defamatory and scandalous material in the record, including the characterization of Plaintiff as a "convicted felon," through filings that do not serve any legitimate adjudicative purpose.

1

3. Plaintiff submits as Exhibit A a filing from the Seventeenth Judicial Circuit in and for Broward County, Florida, styled Brian Evans v. Dickinson Wright PLLC, et al., Case No. CACE-26-004830.

4. As reflected in Exhibit A, that litigation—arising from the same defamatory characterization at issue here—was resolved by agreement of the parties prior to adjudication on the merits.

5. This submission is not offered to establish liability or the truth of any underlying claims, but rather to demonstrate that the continued public dissemination of such statements serves no legitimate judicial purpose and imposes ongoing reputational harm.

6. Under these circumstances, and in light of Defendants' continued efforts to expand the record with such material (see D.E. 71), sealing, striking, or redacting the challenged statements is appropriate to prevent abuse of the judicial record.

WHEREFORE, Plaintiff respectfully submits this Notice in support of D.E. 69 and requests that the Court grant the relief sought therein.

Dated: April 30, 2026

2

Brian Evans

2080 South Ocean Drive, #1505

Hallandale Beach, FL 33009

Phone: 954-214-3076

Brian Evans, Pro Se Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2026, I served the foregoing document by first-class U.S. Mail, postage prepaid, upon all counsel of record listed below:

Alan J. Perlman

Dickinson Wright PLLC

350 East Las Olas Blvd, Suite 1750

Fort Lauderdale, FL 33301

apearlman@dickinsonwright.com

Daniel R. Lazaro

Buchanan Ingersoll & Rooney PC

2 South Biscayne Blvd, Suite 1500

Miami, FL 33131

dan.lazaro@bipc.com

Jennifer Julia Vaquerano

Dickinson Wright PLLC

350 E Las Olas Blvd #1750

Fort Lauderdale, FL 33301

jvaquerano@dickinson-wright.com

Justin B. Elegant

Berger Singerman LLP

1450 Brickell Avenue, Suite 1900

4

Miami, FL 33131

jelegant@bergersingerman.com


Michael H. Strub, Jr.

Jeffer Mangels & Mitchell LLP

3 Park Plaza, Suite 1100

Irvine, CA 92614

MStrub@jmbm.com


Brian Evans

2080 South Ocean Drive, #1505

Hallandale Beach, FL 33009

Phone: 954-214-3076

Brian Evans

6

EXHIBIT A

6



350 EAST LAS OLAS BLVD., SUITE 1750
FT. LAUDERDALE, FL 33301-4275
TELEPHONE: (954) 991-5427
FACSIMILE: (844) 670-009
http://www.dickinsonwright.com

ALAN J. PERLMAN
APerlman@dickinsonwright.com
(954) 991-5427

April 30, 2026

**VIA CMS AND EMAIL**
**Div04@17th.flcourts.org and kstonom@17th.flcourts.org**

Judge William W. Haury, Jr.
Broward 17th Judicial Circuit
201 SE 6th Street
Fort Lauderdale, FL 33301

Re:  **Brian Evans v. Dickinson Wright PLLC, et al.**
     **Case No. CACE-26-004830**

Dear Honorable Judge Haury,

Undersigned counsel represents Defendants, Dickinson Wright PLLC, Alan J. Perlman and Jennifer J. Vaquerano (collectively, "Defendants"), in regards to the above referenced matter.

Attached please find a courtesy copy of Defendants' Motion to Dismiss Complaint for Failure to State a Claim (the "Motion"). The parties have a reached a settlement and enclose herewith an Agreed Order Granting Defendants' Pending Motion to Dismiss. If the proposed Agreed Order is satisfactory to the Court, we would greatly appreciate the Court's entry of same, which has been approved by Pro Se Plaintiff, Brian Evans. Upon entry, the hearings currently set for June 16, 2026 at 9:15 a.m., should be cancelled.

Thank you for your consideration.

Respectfully submitted,

*/s/ Alan J. Perlman*

Alan J. Perlman

Enclosure
cc:  Brian Evans

---

ARIZONA        FLORIDA        KENTUCKY        MICHIGAN
NEVADA        OHIO        TENNESSEE        TORONTO        WASHINGTON DC





BRIAN EVANS
(954) 214-3076
APT 1505
2000 S OCEAN DR
HALLANDALE BEAC   FL 33009-6803

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 30 APR 2026

SHIP TO:
WILKIE D FERGUSON JR US COURTHOUSE
CLERK OF THE COURT
RM 8N08
400 N MIAMI AVE

MIAMI   FL 33128-1805

FL 330 9-03

UPS GROUND
TRACKING #:   1Z 361 E83 03 7077 8935

BILLING: P/P        REC'D BY_____D.C.

MAY - 1 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REF #1: SP

MNGBX6FHVU9BT  ISH 13.00C ZZP 450 16.5U 04/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the U.S. shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

The UPS Store Sh

Tracking :

1Z361E83037077

BAER