**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-20389-BLOOM/Elfenbein

BRIAN EVANS,

     Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON,
and DOES 1-10

     Defendants.

_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATIONS

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that

Plaintiff's Motion for Sanctions, ECF No. [73], is **REFERRED** to Magistrate Judge Marty

Elfenbein for a Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 5, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

**Brian Evans**
2080 South Ocean Drive
#1505
Hallandale Beach, FL 33009
Email: belasvegas@yahoo.com
PRO SE