UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



FILED BY _____ D.C.

MAY 1 2 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case No. 1:26-cv-20389-BB

BRIAN EVANS,

Plaintiff, Pro Se,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,

Defendants.

PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH EXHIBITS

PROVIDING CONTEXT REGARDING PLAINTIFF'S BACKGROUND, PROFESSIONAL

HISTORY, PUBLIC ADVOCACY, AND REPUTATIONAL HARM IN SUPPORT OF REPLY

TO DEFENDANTS OPPOSITION FOR PLAINTIFFS MOTION FOR SANCTIONS

Plaintiff, Brian Evans, proceeding pro se, respectfully moves this Court for leave to supplement the record in connection with Plaintiff's pending Motion for Sanctions (ECF No. 73) and Reply in Support thereof (ECF No. 79), and states as follows:

1. Plaintiff recently filed a Reply in Support of Plaintiff's Motion for Sanctions and Supplemental Authority addressing Defendants' filing of extensive unrelated and highly prejudicial material into the public docket of a dismissed case through Defendants' procedurally defective Request for Judicial Notice.

2. Defendants' opposition repeatedly attempted to characterize Plaintiff through selective references to unrelated litigation, criminal material, and alleged character-based assertions concerning Plaintiff's "dishonesty," "practice of filing lawsuits," and "propensity for truthfulness."

3. Plaintiff respectfully seeks leave to supplement the record with limited exhibits that provide context concerning Plaintiff's actual personal history, public reputation, charitable and advocacy activities, entertainment career, medical circumstances, and longstanding public-facing professional background.

4. The purpose of the requested supplementation is not to relitigate the merits of the dismissed action, but rather to provide context directly responsive to Defendants' characterization of Plaintiff in their opposition filings and to further support Plaintiff's arguments concerning reputational harm arising from Defendants' public dissemination of prejudicial material.

2

5. The proposed exhibits are narrowly submitted to demonstrate that Plaintiff is not an anonymous litigant with no public history, but rather an individual with a longstanding entertainment career, public advocacy efforts, charitable involvement, political activity, published media coverage, professional recognitions, and ongoing medical and emotional hardships which Plaintiff contends make the reputational impact of Defendants' filing substantially more severe.

6. The proposed supplemental exhibits include, among other things:

a. Exhibit A – Media coverage from the Las Vegas Review-Journal concerning Plaintiff's advocacy regarding sleep apnea awareness alongside public figures including Tom Hanks, Jeff Bridges, William Shatner, and Dr. Oz.

b. Exhibit B – Boston Herald article discussing Plaintiff's music career and public background.

c. Exhibit C – Published article discussing Plaintiff's public advocacy campaign regarding sleep apnea awareness following the death of Plaintiff's mother.

d. Exhibit D – Medical documentation concerning Plaintiff's cancer diagnosis and ongoing treatment requirements.

e. Exhibit E – Billboard Magazine material reflecting Plaintiff's charting music career and public entertainment background.

f. Exhibit F – Commendations and recognitions issued by public officials and the State of Hawaii regarding Plaintiff's tourism, entertainment, and community contributions.

g. Exhibit G – Media coverage concerning Plaintiff's litigation involving Steward Health and Ralph de la Torre, together with documentation concerning Plaintiff's PTSD diagnosis following the Maui wildfire.

h. Exhibit H – Additional recognitions, entertainment history, photographs, proclamations, and related materials concerning Plaintiff's professional and public background.

i. Exhibit I – Correspondence, entertainment photographs, and additional materials reflecting Plaintiff's longstanding public entertainment career and professional associations.

7. Plaintiff respectfully submits that the requested supplementation is appropriate because Defendants themselves placed Plaintiff's character, reputation, and public history directly at issue through the filing of extensive unrelated material and narrative advocacy into the public docket.

8. Plaintiff further respectfully submits that allowing the requested supplementation would assist the Court in evaluating Plaintiff's arguments concerning reputational harm, deterrence, and the real-world impact of Defendants' challenged filings.

9. The requested supplementation would not prejudice Defendants, particularly where Defendants themselves elected to publicly file extensive extraneous material concerning Plaintiff outside the merits of the dismissed action.

10. Federal courts possess broad discretion to permit supplementation of the record where doing so assists the Court in evaluating issues raised by the parties and ensuring a complete and fair presentation of the relevant context.

CONCLUSION

4

The Defendants' attempt to characterize Plaintiff as dishonest, frivolous, vexatious, or someone who merely targets "high-net-worth defendants" is not only unsupported by the record, but itself demonstrates precisely why Plaintiff seeks sanctions and sealing relief in the first place. Defendants repeatedly attempt to construct a highly prejudicial character narrative untethered from the actual procedural posture of this case and untethered from the actual merits or outcomes of Plaintiff's litigation history.

Plaintiff has never had a case deemed frivolous by any court. Plaintiff has never been declared a vexatious litigant. Plaintiff has never been sanctioned for filing frivolous litigation. Plaintiff has never had any court enter findings that Plaintiff engages in bad-faith litigation practices. Defendants nevertheless repeatedly attempt to insert those themes and insinuations into the public record through prejudicial narrative advocacy masquerading as judicial notice and ordinary motion practice.

Defendants further attempt to portray Plaintiff as someone who improperly targets "high-net-worth defendants," while deliberately omitting critical context. Plaintiff has spent the majority of his professional life working directly with and around highly successful public figures and entertainers without ever initiating litigation against them. Plaintiff has performed for decades as an opening act for nationally recognized celebrities and entertainers, including Joan Rivers, Jay Leno, Social Distortion, Erasure, Lou Rawls, Dionne Warwick, Roseanne Barr, Rob Schneider, David Spade, and Academy Award winner Jeff Bridges, among numerous others. Every one of those individuals and the venues, casinos, promoters, and organizations associated with those performances involved extremely high-net-worth individuals and entities, yet Plaintiff has never pursued litigation against any celebrity or entertainer he has ever opened for in his career.

5

Plaintiff's professional history therefore directly contradicts Defendants' insinuation that Plaintiff simply pursues litigation against successful or well-known individuals. To the contrary, Plaintiff's career was built around working professionally with high-profile and affluent entertainers without litigation. Plaintiff further notes that the entertainment industry, particularly casinos, major venues, and celebrity-associated events, routinely subjects performers to extensive vetting and background screening procedures before allowing performers backstage access, venue access, artist access, or opening-act opportunities. Those background investigations are often exceptionally thorough and are conducted precisely because of the security, reputational, and financial interests involved in such events and venues. Plaintiff would not have spent decades consistently obtaining those opportunities had he possessed the type of ongoing dishonesty or untrustworthiness Defendants now attempt to portray through selective and prejudicial filings.

Indeed, Plaintiff's entire career has involved professional relationships with celebrities, entertainment venues, promoters, casinos, and affluent individuals. Despite those decades of exposure and interaction, Plaintiff has not spent his life filing lawsuits against such individuals. Defendants' selective framing intentionally omits this broader context in order to create a distorted and prejudicial narrative.

Plaintiff is additionally a licensed real estate professional affiliated with Berkshire Hathaway in Maui, Hawaii, and holds real estate licenses in both Hawaii and Washington State. Those professional licenses require standards of honesty, fitness, and professional responsibility. Defendants' attempt to publicly portray Plaintiff as fundamentally dishonest therefore extends beyond mere litigation rhetoric and directly threatens Plaintiff's entertainment career, business reputation, and professional licensing interests.

Defendants also entirely omit Plaintiff's longstanding public advocacy work and civic accomplishments. Plaintiff was a 2018 nominee for Congress and has spent years engaged in nationally recognized sleep apnea advocacy efforts. Plaintiff personally traveled throughout the United States meeting with governors and state officials regarding sleep apnea awareness initiatives, resulting in proclamations issued by numerous states across the country, including proclamations issued by multiple governors of the State of Hawaii. Plaintiff has additionally received recognition connected to those advocacy efforts from numerous public officials, including President Barack Obama and various governors nationwide.

Federal courts have repeatedly recognized that judicial notice cannot properly be used to inject disputed character inferences, prejudicial narratives, or advocacy into proceedings under the guise of adjudicative fact. See United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994) (judicial notice improper where matters require interpretation or contextual conclusions); Khoja v. Orexigen Therapeutics, Inc., 899 F.3d 988, 998-1003 (9th Cir. 2018) (warning against misuse of judicial notice doctrines to insert disputed or prejudicial material into proceedings). Courts additionally possess inherent authority to sanction conduct undertaken for improper purpose or conduct abusing the judicial process. See Chambers v. NASCO, Inc., 501 U.S. 32, 44-46 (1991); Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1224-25 (11th Cir. 2017).

None of these facts excuse or erase Plaintiff's past, nor does Plaintiff claim to be perfect. Rather, they demonstrate precisely why Defendants' filing was so prejudicial and improper in the context of a dismissed case involving a post-dismissal sealing dispute. Defendants deliberately omitted decades of Plaintiff's professional accomplishments, advocacy efforts, entertainment career, licensing history, industry vetting, civic work, and public contributions while selectively

7

presenting only the most damaging narrative possible to publicly portray Plaintiff in a false and distorted light.

That is not legitimate adjudicative advocacy. It is precisely the type of reputational attack and misuse of the public docket that Plaintiff contends warrants sanctions, sealing relief, and deterrence under the circumstances presented here.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to supplement the record with the attached exhibits, permit the exhibits to be docketed as supplemental material in support of Plaintiff's Motion for Sanctions, and grant such additional relief as the Court deems just and proper.

CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), Plaintiff certifies that Plaintiff attempted in good faith to confer with Defendants' counsel regarding the relief requested herein by email correspondence on May 11, 2026 on multiple occasions. As of the time of filing, Defendants' counsel had not responded. Accordingly, the matter is submitted to the Court for determination.

Dated: May 12, 2026

Respectfully submitted,

Brian Evans

Plaintiff, Pro Se

2080 South Ocean Drive, #1505

8

Hallandale Beach, Florida 33009

(954) 214-3076

belasvegas@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on May 12, 2026, upon all counsel of record, including:

Alan J. Perlman

Dickinson Wright PLLC

350 East Las Olas Blvd., Suite 1750

Fort Lauderdale, FL 33301

aperlman@dickinsonwright.com

Daniel R. Lazaro

Buchanan Ingersoll & Rooney PC

2 South Biscayne Blvd., Suite 1500

Miami, FL 33131

dan.lazaro@bipc.com

Jennifer Julia Vaquerano

Dickinson Wright PLLC

350 E. Las Olas Blvd., Suite 1750

Fort Lauderdale, FL 33301

jvaquerano@dickinsonwright.com

Justin B. Elegant

Berger Singerman LLP

1450 Brickell Avenue, Suite 1900

Miami, FL 33131

jelegant@bergersingerman.com

Michael H. Strub, Jr.

Jeffer Mangels & Mitchell LLP

3 Park Plaza, Suite 1100

Irvine, CA 92614

MStrub@jmbm.com

Brian Evans

Plaintiff, Pro Se

2080 South Ocean Drive, #1505

Hallandale Beach, Florida 33009

(954) 214-3076



# EXHIBIT A

 T-Mobile 🛜     **1:56 AM**    

🔒 reviewjournal.com



≡     **REVIEW-JOURNAL**     🔍

## LAS VEGAS SHOOTING UPDATES

### THE FALLEN: THOSE WHO DIED

Tell us about the heroes we've missed and share your story >
<u>Click Here</u>

# Tom Hanks, Jeff Bridges, William Shatner, Dr. Oz assist Brian Evans in fight against sleep apnea



Mike Huckabee and Brian Evans. (Getty Images)

By ROBIN LEACH NICHE DIVISION OF
LAS VEGAS REVIEW-JOURNAL

  



**EXHIBIT B**

50% off first 3 months.   Creative Cloud Pro

THE BOSTON GLOBE   BOSTON.COM   BOSTON MAGAZINE   b-SIDE

# BOSTON.com

CULTURE | ARTS   ENTERTAINMENT   MOVIES   TV   STREAMING   CELEBS   MUSIC   SIGN UP FOR THE   W. FIDELITY   W. ALVIN CAMPBELL JR.   W. BEST BEACH TOWN

## Brian Evans feels redemption in hit Red Sox song

Brian Evans – 'The Croonerman' – has followed his career from Haverhill to Hollywood to Hawaii, but 'At Fenway' has him sliding triumphantly into home



Boston musician Brian Evans outside Fenway Park. His song was selected to be Fenway's 100th anniversary song. *John Tlumacki/Globe Staff*

By James H. Burnett III
July 20, 2012

Creative Cloud Pro

**Most Popular**

Memorial Drive shooter fired more than 50 rounds, DA says



**EXHIBIT C**

 The Easy Blog
by **easybreathe**.com



Search... 🔍

**Speak To A CPAP Expert** 📞

**866-564-2252**

☰

## The Role Of Sleep Apnea In Hawaii's Senate Race

📅 October 14, 2014     📁 Fun CPAP Facts

    



Brian Evans with his mother, Helen Bousquet, who passed

What have you done for your mom

CPAP SUPPLIES COULD BE YOURS FOR $0! CHECK INSURANCE HERE


Check Your Insurance Coverage Free

MOST POPULAR

away
as a result of sleep apnea.

lately? There is a good chance that whatever you have done – it doesn't come close to what Las Vegas crooner Brian Evans has done for his mother. In a bid not to win political favor, but to raise awareness of his mom's untimely death as a result of sleep apnea, Evans threw the wrench – à la Ralph Nader – into Hawaii's senate race by running as an unknown third candidate in the Democratic primary. The race caused quite a kerfuffle and put obstructive sleep apnea in the spotlight, for once.

Brian Evans' campaign to raise the public's awareness of sleep apnea started after his mom, Helen Bousquet, passed away in her hospital bed while recovering from a relatively routine knee surgery. After the procedure, she was given morphine to kill the pain. As a sleep apnea sufferer, his mother should have been monitored more carefully, but she wasn't. Morphine – an opiate – can slow down an already impaired respiratory system. One <u>particularly study</u> shows that opiate-based pain medication can actually cause obstructive sleep apnea. Regardless, the lesson to be learned is that sleep apnea can be a killer.

Brian Evans was raised by his mother. She supported his talents and ability to entertain. She would even move to Los Angeles to help him develop an acting career. He starred in commercials and the pilot episodes of Full House and 90210. Later, Evans started singing. Dubbed "The Croonerman," his first



Shop ResMed CPAP Machines and Supplies Online



$350 Off: Our Largest Discount on ResMed's Newest CPAP



Exclusive Offer: Save $150 on World's Tiniest CPAP



Lose Weight

album – *Quite Frankly* –became the number one best selling self-released album in Canadian history. Also, he has opened for Jay Leno and the late Joan Rivers. As you can imagine, his mother's death hit him hard – she was his closest confidant – and like she was there for him, Evans decided that he needed to be there for her.

Evans' crusade against sleep apnea gained full chug when he entered the Hawaii senate race. With no political fundraising, fancy balloon dropping events, or "yes we can" campaign slogan, Evans took a shocking 4,842 votes. The race was already tense – Brian Schatz was elected interim senator after the passing of Daniel Inouye and was largely a favorite to win next to opposing democratic candidate Colleen Hanabusa. Without Evans in the race, Brian Shatz would have taken a slam-dunk win. With Evans in the race, however, votes had to been scrounged from two small districts in Puna on the Big Island.

Behind it all, though, Evans' personal crusade has gained real political steam among real politicians – not Vegas lounge singers posing as politicians. "Awareness is key," he says on his website. He has reached out to fifty Governors in office with a request to issue a Proclamation of awareness of sleep apnea. So far, fourteen have replied with proclamations and official declarations of Sleep Apnea Awareness Day – including Rick Scott of Florida and Tennessee governor Bill Haslam. Evans is posting updates and incoming proclamations from governors on his

with Ozempic or Other GLP-1 Medications

**FOLLOW US**

  

website. His website – HelenBousquet.com – also features more details about his campaign.

In the end, there is no denying that obstructive sleep apnea is a potentially deadly disorder. Not taking it seriously could mean the difference between waking up in the morning and not waking up in the morning. Even though Brian Evans has taken elevated means to raise awareness of the sleep disorder – his tragic and heartbreaking story is the same for many people that have lost a loved one as a result of the disorder. This is why you want to urge others to get tested and to start undergoing CPAP treatment right away. You also want to do the same for yourself. Your life or someone else's life may be hanging in the balance.

## Learn More About the Home Sleep Test Package

« Tongue Size May Predict Sleep Apnea Risk in Obese Adults

The Innovative Nuance Mask System $20 Off + FREE Mask Wipes! »

## MORE FROM THE EASY BREATHE BLOG



**CPAP Supplies Could Be Yours For $0! Check Insurance Here**



**$350 Off: $350 Off ResMed's AirSense 11 - Limited Time Only!**



**Save $150 on ResMed's Tiniest CPAP Today**

## SLEEP APNEA STORE SPECIALS

The Role of Sleep Apnea in Hawaii's Senate Race - Easy Breathe

https://blog.easybreathe.com/role-sleep-apnea-hawaiis-senate-race/



### AirFit N30i Mask with Headgear

$118.00

Learn more



### AirSense 11 AutoSet with Humidifier

$1,349.00

Learn more



### AirSense 10 AutoSet with HumidAir

$999.00

Learn more



### AirFit F30i Full Face Mask with Headgear

$164.00

Learn more

Easy Breathe are Copyright 2025 All Rights Reserved. - ResMed 2025 Used with Permission

We and third parties may use cookies and similar technologies including to personalize content and ads to provide social media features and to analyze traffic.

By using this website you consent to the use of cookies and our Terms of Service and Privacy Policy

# EXHIBIT D

Patient Visit Note
* Final Report *

EVANS, BRIAN K - 88419

## * Final Report *

2/5/25

To whom it may concern,

Mr. Evans is under my care and has required several procedures for treatment of a new diagnosis of cancer. His most recent operation was 10/7/24. He will require additional appointments for cancer surveillance and may require additional procedures in the future.

Please feel free to contact the office with any additional questions.

Regards,

Tyler Mittelstaedt, MD/MPH
Skyline Hospital General Surgery
211 NE Skyline Dr.
White Salmon, WA 98672
(509) 637-2810

# EXHIBIT E

## Billboard Magazine

(1 of 15 times Plaintiff has appeared on them, this example '#15'")







EXHIBIT F



## *A Special Message from*
## *Governor Josh Green, M.D.*
### *In Recognition of*

# Brian Evans

On behalf of the people of Hawai'i, it is my honor to recognize Brian Evans for his commitment and dedication to Hawai'i's tourism industry and extend a warm Mahalo for sharing his artistic talents with our island community.

A multi-talented actor, singer, author and producer, Brian Evans created The Maui Celebrity Series in 2010 with the vision to bring big name entertainers to Maui to attract tourists to Hawai'i. He brought celebrities, including William Shatner, Jeff Bridges, comedian Bob Saget, and Cheech & Chong to perform in venues on Maui, providing audiences with an unforgettable experience.

Brian Evans began his entertainment career acting in Los Angeles landing his first national television commercial at the age of 16, several television roles followed. But it was his passion for music; in the "crooning" style and genre of Frank Sinatra that he started his singing career. His recording accomplishments include "At Fenway," "Creature at the Bates Motel," which movie video was filmed at the famed Bates Motel, and numerous other songs. He collaborated with artists and entertainers such as Ice-T, Carrot Top, and Lou Diamond Phillips. To honor his mother, he brought attention and awareness on a national level to the condition known as sleep apnea after she passed away from the condition.

I extend my warmest aloha to Brian Evans for his contributions to our Maui community, state, and nation. Congratulations on your novel, "Horrorscope" which has been adapted into a graphic novel and will be presented at Comic-Con 2023 in San Diego. May you enjoy continued success in all your future endeavors. Hawai'i is fortunate to have you.

Josh Green, M.D.
Governor, State of Hawai'i



*Commendation*

*Presented to*

# Brian Evans
### The Maui Celebrity Series
December 30, 2015

On behalf of the people of the State of Hawai'i, thank you for your dedication and commitment to Hawai'i's tourism industry and your service to our island community.

I commend you for creating The Maui Celebrity Series in 2010 with the vision to bring big name entertainers to Maui to attract tourists to Hawai'i. Beginning your career on the TV show "Full House," and later performing classics and big band songs as the opening act for Joan Rivers and Jay Leno, you have utilized the relationships created throughout your career to bring celebrities, including William Shatner and Bob Saget, to Maui to perform in various venues to provide audiences an unforgettable experience.

I laud you for your hard work and perseverance, and for sharing the Aloha Spirit with audiences and the entertainers you bring to Maui. I extend to you my best wishes in your future endeavors and may The Maui Celebrity Series enjoy continued success.

With warm regards,

DAVID Y. IGE
Governor, State of Hawai'i



*Commendation*

*presented to*

# BRIAN EVANS

On behalf of the people of Hawaiʻi, we send our personal greetings of aloha and thank you for your contributions to our state.

Mr. Evans, as the creator and co-producer of The Maui Celebrity Series at The Hard Rock Café, you established a venue where audiences have the opportunity to watch you perform with a different star each month. Celebrities have included William Shatner and Rosanne Barr. Your work is particularly meaningful during these difficult economic times.

We are proud that for more than 20 years, you have enjoyed success in the television, movie and music industries. You have opened for Jay Leno in Las Vegas and are recording your major label debut for Capitol Records.

As a resident of Wailea, you serve as an ambassador of aloha, and we commend you for coordinating efforts to entertain the visitors and the people of Maui at large. Best wishes for continued success in your future endeavors.

James R.
Lieu

**EXHIBIT G**

≡ Menu                              Subscribe   🔍

Healthcare

# Florida Singer Files $100 Million Federal Lawsuit Against Former Steward CEO Dr. Ralph de la Torre

Brian Evans, who is also a politician and author, filed the Florida suit after his mother died in a Steward hospital following a knee replacement surgery.

By Will Maddox  |  November 19, 2025  |  9:33 am



Advertisement

dmagazine.com

Markey Issues Justice Department to Act on Former Steward CEO Ralph de la Torre's Criminal ...    https://www.markey.senate.gov/news/press-releases/markey-pushes-justice-department-to-act-on...

# ED MARKEY

**UNITED STATES SENATOR FOR MASSACHUSETTS**

**NEWS | PRESS**

**SEPTEMBER 19, 2025**

## MARKEY PUSHES JUSTICE DEPARTMENT TO ACT ON FORMER STEWARD CEO RALPH DE LA TORRE'S CRIMINAL CONTEMPT REFERRAL FROM THE SENATE

*Letter Text (PDF)*

Washington (September 19, 2025) - Senator Edward J. Markey (D-Mass.), today wrote to U.S. Attorney General Pam Bondi expressing his frustration with the Department of Justice's (DOJ) inaction on the criminal contempt referral of Dr. Ralph de la Torre, former CEO of Steward Health Care. Nearly one year has passed since the Senate Committee on Health, Education, Labor, and Pensions (HELP) voted to hold Dr. de la Torre in contempt for defying a subpoena and the full Senate unanimously voted to refer the matter to the DOJ for prosecution. Despite the seriousness of this referral, there has been no visible enforcement.

**In the letter, the Senator Markey writes,** "While frontline staff reused gloves and families mourned deaths tied to understaffing, Dr. de la Torre, Steward executives, private equity managers, and real estate investors extracted hundreds of millions of dollars and spent lavishly on yachts, private jets, and luxury properties. Hospitals deteriorated and closed while they enriched themselves."

**Senator Markey continues,** "After eight months without public action, I wrote on May 6, 2025. On September 2, 2025, Deputy Assistant Attorney General Ted Schroeder confirmed the Department is aware of the referral. Yet there has been no prosecution and no indication the Department intends to act on Dr. de la Torre's failure to comply with a congressional subpoena. This inaction signals that powerful executives can evade accountability simply by ignoring congressional subpoenas."

**Senator Markey concludes,** "The families who lost loved ones, the workers who lost jobs and retirement funds, and the communities still reeling from hospital closures have not forgotten. Neither should the Department of Justice. I urge you to move swiftly on the Senate's criminal contempt referral."

Senator Markey has consistently advocated for transparency and accountability for private equity in health care amidst the Steward hospital crisis.

In September 2024, Senator Markey unveiled "The Steward Health Care Report: How Corporate Greed Hurt Patients, Health Workers, and Communities." The report spotlights patient and worker experiences, hospital quality data, and information on hospital closures in Massachusetts and around the country to document the devastating impacts of Steward's mismanagement.

In July 2024, Senator Markey spoke at a press conference after Steward announced the closure of Nashoba Valley Medical Center in Ayer and Carney Hospital in Dorchester. Earlier in the month, Senator Markey was joined by fifteen bipartisan colleagues in voting to subpoena Dr. de la Torre to compel him to appear before the HELP Committee and answer for the business practices of Steward Health and the role private equity and real estate investment trusts played in its bankruptcy. This was the first time the HELP Committee had issued a subpoena since 1981. Dr. de la Torre refused to appear. The HELP Committee voted to hold him in contempt on September 19, 2024. On September 25, 2024, the Senate voted to hold Dr. de la Torre in civil and criminal contempt of Congress.

Amidst the Steward crisis, in July 2024, Senator Markey and Congresswoman Pramila Jayapal (WA-07) introduced the *Health Over Wealth Act*, legislation that would put safeguards in place to protect workers, patients, and health care quality, access, and safety; create stronger accountability measures for corporate greed; and close tax loopholes that benefit real estate investment trusts making money off of health care property.

###

| 🖨 PRINT | ✉ EMAIL | 👍 LIKE | 🐦 TWEET |
|---|---|---|---|

| PREVIOUS ARTICLE | NEXT ARTICLE |
|---|---|



## HERAMBA
### MENTAL HEALTHCARE
EMPOWERING THE MIND, MASTERING THE BODY

1314 Central Ave. S, Kent, WA 98032
Suite 203
Phone: 888 – 867 – 0204
Fax:    888 – 867 - 2165

July 2, 2025

To:
Nicholas George
Morgan & Morgan
2000 Town Center
Ste. 1900
Southfield, MI 48075

**RE: BRIAN EVANS DIAGNOSIS OF PTSD**

Dear Attorney George,

This letter shall serve as my diagnosis of Brian Evans. As the psychiatrist of Brian Evans, I have extensive knowledge of what occurred on Maui during the Maui Wildfire. Due to the catastrophic experience which Brian has convinced me did occur, I have diagnosed Mr. Evans with PTSD and believe he has suffered the condition of PTSD as a direct result of the Maui Wildfires.

Should you have any questions or require further information, please feel free to contact our office at **Heramba Mental Healthcare** at (888) 867-0204 or via email at info@herambamentalhc.com

Sincerely,

*tchidoyao*

**TCHIDO YAO, DNP, ARNP, PMHNP-BC**



EXHIBIT H



# City of Los Angeles

# Congratulations

## Brian Evans

As Mayor of the City of Los Angeles, and on behalf of its residents, I join the Governor of Nevada in congratulating you for being the first to ever film a music video entirely at The Bates Motel lot. Congratulations and best wishes for your continued success.

June 2016





EXHIBIT I



T R U M
THE TRUMP ORGANIZ

November 9, 2011

Mr. Brian Evans
Brian Evans Music
PO Box 335
Rockport, MASS. 01966

Dear Brian,

Thank you for sending us your CD *At Fenway*. I know Melania and I
listening to it, just as we did your rendition of *All the Way* in Las Veg
thoughtfulness is appreciated, and we send our very best wishes to yo
continued and great success. Keep up the great work!

With best regards,

Sincerely,

Donald J. Tr





**calabash | TALK OF THE TOWN**

# The Other Brian

How a Las Vegas crooner won enough votes to help keep Hawai'i's U.S. Senate race a nail biter.

BY LOREN MORENO

MEET BRIAN EVANS, the Las Vegas entertainer who, by some accounts, played the role of a spoiler (think: Ralph Nader) in Hawai'i's recent Democratic primary for U.S. Senate.

The unknown third candidate, who spent no money on advertising and held no campaign events save for one speech on the Big Island, garnered a surprising 4,842 votes. In such a close race—where Sen. Brian Schatz would eventually win by just 1,769 votes over U.S. Rep. Colleen Hanabusa—the votes cast for Evans could have made all the difference.

"Had I not run, it could have changed the election that night," Evans says, relishing how he had siphoned away enough votes from the top candidates that they needed to rely on two precincts in Puna on the Big Island to decide the election. "They had to wait because of Helen Bousquet."

Helen Bousquet is Evans' mom. She died in 2012 from sleep apnea as she lay in a hospital recovery room following knee surgery, he says. The 44-year-old entertainer has been reeling over since, moving from Massachusetts to the Big Island, where he launched his under-the-radar run for U.S. Senate to bring attention to her unfortunate death.

Evans is no politician. Far from it. But he's gained the spotlight in less-than-conventional ways. Known as "The Croonerman," he's a big-band singer who has appeared in Sin City showrooms with names that include Dionne Warwick and Joan Rivers. He penned a Boston Red Sox tribute song, "At Fenway," which became a viral sensation with Sox fans in early 2012. His colorful past also includes a 1991 arrest for impersonating radio host Casey Kasem, and prison time for violating his parole to sing a gig at a Baltimore stadium. And this is not even his first foray into Hawai'i politics. He ran for U.S. Senate before, back in 2004, against the late Sen. Daniel K. Inouye.

Evans, admitting he never thought he'd win, says he decided to run after seeing how much national media attention the Hanabusa-Schatz race had received from the likes of *The New York Times* and the *Washington Post.*

Evans has successfully petitioned state governors to make proclamations on sleep apnea awareness, and he's still hoping that President Barack Obama will do the same, he says. "It's a sad world when you have to run for political office to bring attention to a problem," he says.

Running for U.S. Senate—albeit as a long-shot candidate—has earned Evans some attention (the page views to his mom's website, helenbousquet.com, have shot up). And the end result of the election, he believes, is a sign his efforts weren't in vain.







# ERASURE
## WITH BRIAN EVANS
### FRIDAY, OCTOBER 31

*ticketmaster*

 

Maui Celebrity Series

# LIVE IN CONCERT

## WITH SPECIAL GUEST BRIAN EVANS & OTHER SURPRISE GUESTS

# SATURDAY, APRIL 30, 2016

## Doors Open 5pm • Show Begins 6pm • Headline 8pm

# LAHAINA CIVIC CENTER AMPHITHEATRE
### RAIN OR SHINE

Buy tickets now: CALL 808.550.8457 or at honoluluboxoffice.com or Expedia.com

    KAOI

EXHIBIT J

Brian Evans - Berkshire Hathaway HomeServices



# BERKSHIRE HATHAWAY HOMESERVICES | MAUI PROPERTIES

## Your Local Real Estate Expert

**HOMES**

Enter City, Address, Zip/Postal Code, Neighborhoo...   SEARCH



**Brian Evans**
LICENSED REAL ESTATE SALESPERSON
HI RE LIC. # RS-86628

belasvegas@yahoo.com
Direct:   (954) 214-3076

### About

Brian Evans specializes in Celebrity, Entertainment, and Executive Sales for Berkshire Hathaway HomeServices on all Hawai'i islands. His more than thirty years in the entertainment and media industry will undoubtedly bring you the comfort of discretion and security as you seek your ultimate primary residential or vacation home. Brian has worked with dozens of Oscar, Emmy, Grammy and Tony Award winners and numerous executives within the entertainment industry as well as corporations on the Fortune 500. He also is able to assist in securing you property worldwide. He has received Commendations and Awards from the last four Governors of Hawai'i for his work in Hawai'i. He was added to The National Baseball Hall of Fame Library in 2013. He is also a twenty-year-plus voting member of The Academy of Recording Arts & Sciences (Grammy's) and SAG-AFTRA.

View Less

### professional accreditations

- REALTOR®

### languages

- English

Brian Evans - Berkshire Hathaway HomeServices



# Sell Smarter

Sell your home smarter with more data and insight with our free home value report.

**Get Your Free Home Value Report**

Enter Address    Unit #

**GET REPORT**

**ESTIMATE**
Get the most accurate estimate, powered by the same technology used by lenders.

**COMPARE**
See what other homes are being sold for in and around your neighborhood.



LAHAINA

**EXPLORE LAHAINA**



EXPLORE WAILEA

EXPLORE MORE COMMUNITIES



BH HS

TERMS OF USE

PRIVACY POLICY

ACCESSIBILITY

AGENTS & OFFICES

Click QR Code to Download

SITE MAP

© 2026 BHH Affiliates, LLC.
An independently owned and operated franchisee of BHH Affiliates, LLC. Berkshire Hathaway HomeServices and the Berkshire Hathaway HomeServices symbol are registered service marks of Columbia Insurance Company, a Berkshire Hathaway affiliate.

IMPORTANT NOTICE: Never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Never wire money without double-checking that the wiring instructions are correct.

Equal Housing Opportunity 🏠

Berkshire Hathaway HomeServices Maui Properties, 3350 Honoapiilani Hwy Unit 601, Lahaina, HI, 96761, (808) 661-5200 , alex@maui.net