**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

      Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1–10.

      Defendants.

_____ /

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S RESPONSE TO**
**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Church of Scientology International ("CSI") opposes Pro Se Plaintiff Brian

Evans' Notice of Supplemental Authority citing twelve cases "in further support of Plaintiff's

Motion for Sanctions and related filings." (ECF No. 87). Plaintiff has now filed two Motions (ECF

Nos. 73, 80), two Replies (ECF Nos. 79, 86), and four Notices/Objections (ECF Nos. 75, 81, 83,

87). Plaintiff's filing is inappropriate under the Local Rules. Contrary to Local Rule 7.8, the Notice

improperly exceeds 200 words, and the authorities did not come to Plaintiff's attention after he

filed his motion. Plaintiff already argued several of these cases. *See, e.g., Chambers* (ECF Nos.

79, 80, and 83); *Cooter* (ECF Nos. 79 and 83); *Purchasing Power* (ECF Nos. 79, 80); *Byrne* (ECF

No. 79); *Willy* (ECF No. 83).

This Court should deny Plaintiff's Motion for Sanctions without need for a hearing. (ECF

No. 78). Nonetheless, Plaintiff's argument that CSI "overstates the law" by quoting from *Amlong*

*& Amlong, P.A. v. Denny's, Inc.,* 500 F.3d 1230, 1242 (11th Cir. 2007), which held "an attorney

threatened with sanctions under § 1927 is entitled to a hearing," is without merit. Plaintiff's citations like *Mroz*, *Donaldson*, and *Kaplan* predate and do not contradict *Amlong*.

Dated: June 9, 2026

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant, Church of Scientology International*
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1500
Miami, FL 33131-1822
Phone: 305-347-4081

*/s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.
Florida Bar No. 99021
dan.lazaro@bipc.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 9, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System and/or U.S. mail to Plaintiff at 2080 South Ocean Drive, Apt. 1505, Hallandale Beach, Florida 33009.

By: */s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.