# EXHIBIT A

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:26-cv-20389-BB

BRIAN EVANS,
Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,
Defendants.

## EXHIBIT A

## DECLARATION OF BRIAN EVANS

I, Brian Evans, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in support of my Motion for Leave to File Supplemental Declaration and Medical Exhibits.

3. The medical letters attached as exhibits to ECF No. 92 were personally provided to me by my treating medical providers.

4. The copies of those medical letters attached to ECF No. 92 are true and correct copies of the original letters I received from my treating medical providers.

5. I submitted those medical letters in good faith for the limited purpose explained in ECF No. 92, namely, to provide the Court with documentation concerning my medical circumstances as they relate to the relief requested therein.

6. I make this Declaration to authenticate the medical letters attached to ECF No. 92 and to confirm that they are true and correct copies of the documents provided directly to me by my treating medical providers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2026, in Hallandale Beach, Florida.

Brian Evans
2080 South Ocean Drive, Suite 1505
Hallandale Beach, FL 33009
Plaintiff, Pro Se