**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

      Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1–10.

      Defendants.

                                 /

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S NOTICE OF STRIKING DOCKET NO. 93 – RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendant Church of Scientology International ("CSI"), by and through undersigned counsel, gives notice of striking CSI's erroneous filing of the Response in Opposition to Plaintiff's Motion for Reconsideration (ECF No. 93) and states as follows:

On Friday, June 26, 2026, undersigned counsel for CSI caused to be filed a Response in Opposition to Plaintiff's Motion for Reconsideration (ECF No. 93). However, undersigned counsel inadvertently missed the Court's Order Denying Plaintiff's Motion for Reconsideration (ECF No. 91), therefore making any type of response to the original Motion unnecessary. Undersigned counsel regrets this error and respectfully requests that the Clerk strikes this filing from the docket.

Dated: June 29, 2026

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant, Church of Scientology International*
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1500
Miami, FL 33131-1822
Phone: 305-347-4081

/s/ Daniel R. Lazaro
Daniel R. Lazaro, Esq.
Florida Bar No. 99021
dan.lazaro@bipc.com

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 29, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System and/or U.S. mail to Plaintiff at 2080 South Ocean Drive, Apt. 1505, Hallandale Beach, Florida 33009.

By: /s/ Daniel R. Lazaro
Daniel R. Lazaro, Esq.

2