UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-20389-BB

FILED BY_____D.C.

JUL 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

BRIAN EVANS,

    Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,

    Defendants.

## PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S PAPERLESS ORDER DENYING MOTION FOR LEAVE (ECF 98) AND NOTICE OF ON-GOING HARM TO PLAINTIFFS REPUTATION

Plaintiff Brian Evans, proceeding pro se, respectfully submits the following objections to the Magistrate Judge's Paperless Order dated July 17, 2026 (ECF 98), for purposes of preserving the record and any appellate rights.

**Objections:**

1

1.    The Order does not adequately address Plaintiff's documented medical conditions (cancer and PTSD), which impaired memory and concentration and provide good cause for supplementation.

2.    The proposed supplemental materials are relevant to the pending Motion for Sanctions and Defendant's post-settlement conduct.

3.    Defendants have placed false and inflammatory statements in the public record, including calling Plaintiff a "present tense convicted felon," accusing him of fraud, and claiming conviction for "lying." Which is not even a crime nor did Plaintiff lie to anyone. Although motions to seal are pending, the Court has taken no action, leaving these defamatory claims public. This further supports the need for a complete record.

Plaintiff submits these objections to preserve all issues for appeal.

Respectfully submitted,

**Brian Evans, Pro Se**

2080 South Ocean Drive, Apartment 1505

Hallandale Beach, Florida 33009

Phone: 954-214-3076

Dated: July 17, 2026

**Certificate of Service**

I certify that on this date a copy was served via U.S. Mail on the following counsel of record:

Brian Evans, Pro Se

2080 South Ocean Drive, Apartment 1505

Hallandale Beach, Florida 33009

Phone: 954-214-3076

Dated: July 17, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Objections to Magistrate Judge's Paperless Order Denying Motion for Leave (ECF 98) was served by U.S. Mail, first-class postage prepaid, on July 17, 2026, upon:

**Alan J. Perlman**
Dickinson Wright PLLC
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, FL 33301

**Daniel R. Lazaro**
Buchanan Ingersoll & Rooney PC
Two South Biscayne Boulevard, Suite 1500
Miami, FL 33131

**Jennifer Julia Vaquerano**
Dickinson Wright PLLC
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, FL 33301

**Justin B. Elegant**
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

**Michael H. Strub, Jr.**
Jeffer Mangels Butler & Mitchell LLP
3 Park Plaza, Suite 1100
Irvine, CA 92614

Respectfully submitted,

_____

Brian Evans
2080 South Ocean Drive, Suite 1505
Hallandale Beach, Florida 33009
(954) 214-3076
belasvegas@yahoo.com
Plaintiff, Pro Se