**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

        Plaintiff,

v.

CHURCH OF SCIENTOLOGY
INTERNATIONAL, SKY DAYTON, and
DOES 1–10.

        Defendants.

_____ /

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S**
**<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Pursuant to Local Rule 7.8, Defendant Church of Scientology International ("CSI") gives

Notice of Supplemental Authority in opposition to Plaintiff's Motion for Sanctions (ECF No. 73).

*See Evans v. Fitzgerald*, Case No. 1:26-cv-20342-DSL, (ECF No. 48). This authority is relevant

to CSI's argument in opposition to Plaintiff's Motion for Sanctions that CSI acted in good faith,

not unreasonably or vexatiously, in opposing Plaintiff's post-dismissal motion to strike (ECF No.

78 at pp. 2-4). This Court later denied Plaintiff's post-dismissal motion. *See* (ECF No. 100).

Dated: August 4, 2026

                             **BUCHANAN INGERSOLL & ROONEY PC**
                             *Attorneys for Defendant, Church of Scientology*
                             *International*
                             One Biscayne Tower
                             Two South Biscayne Boulevard, Suite 1500
                             Miami, FL 33131-1822
                             Phone: 305-347-4081
                             */s/ Daniel R. Lazaro*
                             Daniel R. Lazaro, Esq.
                             Florida Bar No. 99021
                             dan.lazaro@bipc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System.

By: /s/ Daniel R. Lazaro
Daniel R. Lazaro, Esq.

2