# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:26-cv-20389-BB

BRIAN EVANS,

                Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,

                Defendants.



FILED BY ___VB___ D.C.

AUG 5 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

## PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Brian Evans, proceeding pro se, respectfully responds to Defendants' Notice of Supplemental Authority, which attaches the Order Declaring Plaintiff a Vexatious Litigant and Dismissing Case with Prejudice entered in *Evans v. Fitzgerald et al.*, Case No. 1:26-cv-20342-LEIBOWITZ/LOUIS (S.D. Fla. ECF No. 48) (the "Order").

The Order is a final decision of the district court. However, Plaintiff has timely filed a Motion to Alter or Amend the Judgment Pursuant to Federal Rule of Civil Procedure 59(e) in the Fitzgerald case. That Rule 59(e) motion is supported by exhibits demonstrating that the cases referenced in the Order were not frivolous, including documentation of settlements, an admitted mapping error by a major ticket platform that was corrected as a result of the litigation, physician letters

documenting PTSD and capacity impairment arising from the 2023 Maui wildfires, and materials relating to a wrongful-death claim. A Notice of Appeal from the Order has also been filed. Under Federal Rule of Appellate Procedure 4(a)(4), the timely Rule 59(e) motion tolls the effectiveness of the appeal until the motion is decided.

This case was previously resolved by agreement of the parties and is closed except for a post-judgment motion for sanctions. While the Rule 59(e) motion remains pending and the appeal is in progress, the Order remains subject to being altered or amended by the district court that entered it. Injecting the Order into this closed case as "supplemental authority" under these circumstances is improper and prejudicial. The Court should give the Order little or no weight while the challenge to it remains unresolved.

For the Court's convenience, Plaintiff attaches as Exhibit A a true and correct copy of the Rule 59(e) motion filed in the Fitzgerald case. The supporting exhibits to that motion are available if the Court wishes to review them.

The Plaintiff's Motion for Sanctions is based on the Defendants calling the Plaintiff a present-tense convicted felon and claimed in this Court that he was convicted of "lying" and "fraud." None of that is true. An Order from an unrelated case with a pending 59(e) and a filed Appeal should not have any bearing on this present matter and the conduct of the Defendants in this case.

Plaintiff respectfully requests that the Court disregard or give no weight to the Order as supplemental authority in this matter.

Dated: August 5, 2026

Respectfully submitted,

Brian Evans

Plaintiff Pro Se

2080 South Ocean Drive, Apartment 1505

Hallandale Beach, Florida 33009

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5th, 2026, a true and correct copy of the foregoing Plaintiff's

Response to Defendants' Notice of Supplemental Authority was served via CM/ECF and/or U.S.

Mail upon counsel of record for Defendants in this action to:

Alan J. Perlman

Dickinson Wright PLLC

350 East Las Olas Blvd

Suite 1750

Ft Lauderdale, FL 33301

954-991-5420

Fax: 1-844-670-6009

Email: aperlman@dickinsonwright.com

LEAD ATTORNEY

ATTORNEY TO BE NOTICED

Daniel R Lazaro

Buchanan Ingersoll & Rooney PC

2 South Biscayne Blvd

Suite 1500

Miami, FL 33131

305-347-4081

Email: dan.lazaro@bipc.com

LEAD ATTORNEY

ATTORNEY TO BE NOTICED


Jennifer Julia Vaquerano

Dickinson Wright PLLC

350 E Las Olas Blvd #1750

Fort Lauderdale, FL 33301

3057949781

Email: jvaquerano@dickinson-wright.com

ATTORNEY TO BE NOTICED

Defendant

Sky Dayton

an Individual   represented by Justin B. Elegant

Berger Singerman LLP

1450 Brickell Avenue, Ste. 1900

Miami, FL 33131

305-755-9500

Fax: 305-714-4340

Email: jelegant@bergersingerman.com

LEAD ATTORNEY

ATTORNEY TO BE NOTICED


Michael H. Strub , Jr.

Jeffer Mangels & Mitchell LLP

3 Park Plaza Ste 1100

Irvine, CA 92614

(949) 623-7200

Email: MStrub@jmbm.com

_____

Brian Evans

Plaintiff Pro Se

2080 South Ocean Drive, Apartment 1505

Hallandale Beach, Florida 33009

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:26-cv-20342-LEIBOWITZ/LOUIS

BRIAN EVANS,

Plaintiff,

v.

CHAD FITZGERALD and

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP,

Defendants.

FILED BY _CW_ D.C.

AUG 4 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

## PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) AND FOR RECONSIDERATION OF THE ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND DISMISSING THE CASE WITH PREJUDICE

Plaintiff Brian Evans, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the Order Declaring Plaintiff Brian Evans a Vexatious Litigant and Dismissing Case with Prejudice (ECF No. 48, entered August 4, 2026) (the "Order"). Plaintiff files this motion with full awareness that the Court is likely to deny it. Plaintiff does so solely to preserve all issues, arguments, and objections for appellate review by the United States Court of Appeals for the Eleventh Circuit.

Plaintiff requests that the Court:

1. Vacate or amend the portion of the Order declaring Plaintiff a vexatious litigant under 28 U.S.C. § 1651(a);

2. Vacate or amend the pre-filing injunction and associated restrictions;

3. Vacate the dismissal with prejudice or, alternatively, convert the dismissal to one without prejudice; and

4. Grant such other and further relief as the Court deems just and proper.

## I. LEGAL STANDARD

A motion under Rule 59(e) may be granted to correct clear error of law or fact, to prevent manifest injustice, or on the basis of newly discovered evidence or an intervening change in controlling law. *See* Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007); *Region 8 Forest Serv. Timber Purchasers Council v. Alcock*, 993 F.2d 800, 806 (11th Cir. 1993). The rule is not a vehicle to relitigate old matters or present arguments that could have been raised earlier, but it is available to address fundamental errors that produce an unjust result.

## II. ARGUMENT

### A. Plaintiff Complied with This Court's Prior Admonishment

In its July 10, 2026 Order (ECF No. 39), this Court warned Plaintiff that additional vexatious notices of supplemental authority could result in sanctions or dismissal. Thereafter, Plaintiff did not simply continue filing unrestricted notices. Instead, Plaintiff filed the two motions that are the immediate subject of the Order—ECF Nos. 41 and 44—as motions for leave. Plaintiff thereby attempted to abide by the Court's directive. The Order itself acknowledges that Plaintiff sought leave. That compliance should weigh against a finding that Plaintiff willfully disregarded the Court's prior warning.

2

**B. This Is the First Court to Label Plaintiff a "Vexatious Litigant"**

Plaintiff is not a serial filer of frivolous lawsuits for sport or harassment. No other judge in this District or elsewhere has previously declared Plaintiff a vexatious litigant. Plaintiff is a former nominee for the United States Congress. His litigation history includes matters that produced concrete results: consumer-protection admissions, policy or operational changes, and settlements of colorable claims. Labeling him vexatious on the basis of volume alone, without meaningful differentiation among the outcomes and subject matter of the listed cases, constitutes clear error and produces a manifestly unjust result.

**C. The Listed Cases Are Not Frivolous; Many Settled or Produced Admissions of Error**

The Order catalogs approximately fifteen cases filed by Plaintiff in this District since 2025 and characterizes them collectively as appearing frivolous. That characterization does not accurately reflect the record or the outcomes of several of those matters:

**StubHub / Inter Miami matters.** In the StubHub litigation, the platform ultimately admitted a mapping error on its mobile application that affected seating for high-value Inter Miami (Messi-related) suite tickets. That admission and the subsequent correction of the mapping error were direct results of Plaintiff's claims. Plaintiff can submit the relevant affidavit or declaration from a StubHub executive confirming the mapping error—evidence that was not available or not emphasized in the same way at earlier stages. The related Inter Miami CF matter was resolved. These were not invented grievances; they addressed real consumer harm involving tickets sold at premium prices and then downgraded.

3

**Evans v. Citibank.** That case settled. It arose from Citibank's failure to credit thousands of dollars from an ATM deposit made by Plaintiff. A settled case premised on a concrete banking error is not frivolous.

**Evans v. Hampton Beach Casino Ballroom.** That case also settled after defendants were in default. Public reporting and settlement documentation confirm resolution on terms reflecting that Plaintiff's position had merit. Plaintiff can attach supporting media and documentation.

**Evans v. Cerberus Capital Management (wrongful-death matter).** This is a wrongful-death case involving Plaintiff's mother. It is currently on appeal. Public reporting, including materials associated with the United States Senate Health, Education, Labor and Pensions (HELP) Committee examination of Steward Health Care, addresses the financial and operational collapse of Steward and the role of private-equity ownership. Plaintiff's mother was a patient in that system. Whatever the ultimate legal disposition, a wrongful-death claim grounded in the documented failure of a hospital system is not a frivolous filing. Plaintiff can submit publicly available materials for the Court's reference. Forty-one governors in the United States have to date issued Sleep Apnea Proclamations directly due to the Plaintiff's litigation against Cerberus and the hospital (for which a nurse was found negligent).

**Evans v. Hawaiian Electric Industries and related capacity matters (including Evans v. Thompson).** Plaintiff has submitted and can again submit physician letters confirming that he experienced significant PTSD after being present during the August 2023 Maui wildfires and that this condition affected his functional capacity during relevant periods. The Hawaiian Electric case and the Thompson contract case are tied to those medical facts and to questions of capacity and post-settlement enforceability. Characterizing these matters as fictitious is inconsistent with the medical documentation Plaintiff has repeatedly offered. Notices containing

4

those letters were presented in this very case; the Court declined to give them the weight Plaintiff believes they warranted.

**Signature Resolution, Chad Fitzgerald, Creative Artists Agency, Hampton Beach Casino, and related filings.** A substantial cluster of the listed cases arises from a single core set of events: a settlement involving Creative Artists Agency ("CAA"), subsequent arbitration proceedings at Signature Resolution, and filings in Florida state and federal court. Plaintiff's position—already alleged in the Complaint in this action—is that Defendant Chad Fitzgerald made representations to Signature Resolution regarding appearance and jurisdiction that were inconsistent with stipulations of dismissal that had been prepared and transmitted in connection with the Florida CAA-related case. Plaintiff sued Signature Resolution and related parties in an effort to halt what he viewed as an improper arbitration process triggered by those events. The CAA case itself was dismissed on jurisdictional grounds; it was not adjudicated on the merits of the post-settlement conduct claims. These interrelated cases are not random or recreational filings; they are responses to a specific sequence of post-settlement and arbitration-related events.

**Evans v. Church of Scientology International.** The parties agreed to dismissal for reasons Plaintiff is not at liberty to detail here. Post-dismissal activity occurred that Plaintiff believed required response.

**Evans v. United States.** Plaintiff submitted a properly formed Standard Form 95 following an administrative denial. Citizens retain the right to pursue administrative and judicial remedies against the United States under the Federal Tort Claims Act and related statutes when the statutory prerequisites are met.

5

In short, the Court's catalogue treats volume as a proxy for frivolousness. Several of the listed matters settled, produced admissions of platform or banking error, involved documented medical impairment and capacity issues, or concerned wrongful death and consumer harm that generated real-world corrections. That record does not support a blanket designation of Plaintiff as a vexatious litigant.

**Evans v. Thompson (a.k.a "Carrot Top")** is a case that involves the FBI in Las Vegas whom Plaintiff has been cooperating, and who was – while lacking capacity as substantiated by psychiatrists, was forced to sign a "settlement agreement" in that state. That is not the Plaintiff's "word for it," but the word of treating psychiatrists. The Plaintiff's lawsuit is against a Defendant who has had a history of settling with young men – underage – and seducing. Should the Court want to know these facts, the last young man was represented by the NeJame Law Firm in Orlando and is not the only one.

### D. Access to the Courts Is a Fundamental Right

Plaintiff does not treat federal court as a hobby, a video game, or an alternative to social-media posting. The Order's rhetoric on that point is striking and, in Plaintiff's view, unwarranted. Every person has the right to petition the courts for redress of genuine grievances. When a litigant presents colorable claims—especially claims that later settle, produce admissions of error, or rest on medical documentation of trauma and capacity impairment—the proper response is adjudication on the merits or appropriate case-management orders, not a district-wide pre-filing barrier erected on the basis of volume alone.

### E. The Order Relies on a Pattern Drawn from Other Cases Without Adequate Differentiation

Plaintiff acknowledges that district courts possess inherent authority under the All Writs Act and controlling Eleventh Circuit precedent to impose pre-filing restrictions on litigants who abuse the judicial process. *See Procup v. Strickland*, 792 F.2d 1069 (11th Cir. 1986); *Copeland v. Green*, 949 F.2d 390 (11th Cir. 1991). Courts may examine a litigant's overall history in the district. Plaintiff does not dispute that principle. What Plaintiff disputes is the application of that principle here: the Order aggregates cases of widely varying subject matter and outcome, treats settlements and admissions of error as irrelevant, and elevates the sheer number of filings above the substance of those filings and Plaintiff's attempts to comply with prior warnings in this specific case.

That approach produces a clear error of fact and a result that is, in Plaintiff's respectful submission, manifestly unjust.

## III. PRESERVATION FOR APPEAL

Plaintiff files this motion knowing that denial is the probable outcome. Plaintiff does so expressly to perfect the record and to preserve every issue raised herein—including the propriety of the vexatious-litigant designation, the scope of the pre-filing injunction, the characterization of Plaintiff's other cases, the weight given (or not given) to medical documentation of PTSD and capacity, and the dismissal with prejudice—for review by the Eleventh Circuit. Should the Court deny this motion, Plaintiff intends to pursue an appeal of the Order and of any denial of reconsideration.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court alter or amend the Order (ECF No. 48) to remove the vexatious-litigant designation and the associated pre-filing

7

restrictions, vacate or modify the dismissal with prejudice, and grant such other relief as is just and proper. In the alternative, Plaintiff asks the Court to clarify the Order so that the record for appeal is complete.

Your Honor knows *nothing* about what the Plaintiff has been through with these Defendants, never held a hearing, never asked for explanations about any of the other cases – which should not have been relied upon with this Court having no idea what those cases were about. Your Honor was not the judges in those cases. Cases such as "Evans v. Creative Artists" don't have three and a half hour hearings if the cases lack merits. If the Court bothered to review docket 15 in Evans v. Thompson, it would have seen Plaintiff did not file "two Non-Consent" notices. The portion of the Order requiring Plaintiff to file a copy of this Court's vexatious-litigant designation into every other pending case in the Southern District of Florida is overbroad, punitive, and not narrowly tailored to any legitimate need to protect this Court's docket. Those other cases involve different parties, different factual allegations, and different assigned judges. Forcing Plaintiff to inject a formal judicial finding that he is a "vexatious litigant" into those independent proceedings creates a substantial risk of **unfair prejudice and improper influence** on judges who have not themselves reviewed the merits or history of those separate matters. The Clerk has already been directed to circulate the Order to all divisions; requiring Plaintiff himself to file it under threat of sanctions without further notice serves no additional protective purpose and instead functions as an extrajudicial effort to taint unrelated cases. This requirement should be vacated.

The Plaintiff is the former nominee for the United States Congress and has been a consumer advocate – on his own dime – for years, and they have produced results that have actually saved lives.

8

WHEREFORE, Plaintiff Brian Evans respectfully moves this Court to grant the relief requested herein.

Dated: August 4, 2026

Respectfully submitted,

Brian Evans

Plaintiff Pro Se

Southern District of Florida

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, a true and correct copy of the foregoing Plaintiff's Motion to Alter or Amend the Judgment Pursuant to Federal Rule of Civil Procedure 59(e) and for Reconsideration was served via US Mail upon:

Ronnie J. Bitman

Bitman O'Brien & Morat, PLLC

610 Crescent Executive Court

Suite 112

Lake Mary, FL 32746

407-815-3110

Fax: 407-815-2367

9

Brian Evans

2080 S. Ocean Drive Unit 1505

Hallandale Beach, FL 33009

Plaintiff Pro Se

---

## EXHIBITS

Plaintiff intends to attach, or has attached, the following materials in support of this motion (to the extent not already part of the record in this or related cases):

**Exhibit A:** Affidavit, declaration, or other documentation reflecting StubHub's admission of a mapping error on its mobile application (and any related arbitration or correspondence materials).

**Exhibit B:** Settlement documentation and/or public media reporting regarding the resolution of Evans v. Hampton Beach Casino Ballroom.

**Exhibit C:** Publicly available materials relating to Steward Health Care, Cerberus Capital Management, and the Senate HELP Committee examination of the Steward collapse (offered solely to demonstrate that the wrongful-death case is grounded in documented events, not invented claims).

**Exhibit D:** Physician letters documenting PTSD related to the August 2023 Maui wildfires and opinions regarding capacity during relevant periods (including any previously submitted in this or related cases).

10

**Exhibit E:** Documentation reflecting settlement or resolution of Evans v. Citibank and/or the Inter Miami CF matter, to the extent available and not already of record.

**Exhibit F:** Additional Information

& other Exhibits

# EXHIBIT A

# STUBHUB DECLARATION ADMITTING MAPPING ERRORS

BRIAN EVANS )
)
Evans, )
v. )
)
STUBHUB, INC., )   AAA Case No.: 01-25-0005-4558
)
Defendant. )
)
)
_____ )

## DECLARATION OF VICTOR GONZALES

I, Victor Gonzales, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am currently employed with Defendant StubHub, Inc. ("StubHub, Inc.") as a Paralegal within StubHub, Inc.'s Legal Department. I submit this Declaration in support of StubHub, Inc.'s motion to dismiss or, in the alternative, to compel arbitration.

3. I am in all respects qualified and authorized to make this Declaration. The facts stated in this Declaration are based on my personal knowledge or on my review of business records of StubHub, Inc. that were made through routine automated processes or by, or from information transmitted by, a person with knowledge of the event described therein, at or near the time of the event described, and are kept in the ordinary course of the regularly conducted business activity of such person and StubHub, Inc., and it is the regular practice of StubHub, Inc. to make such records.

4. StubHub, Inc. operates an online marketplace that allows registered users to offer, sell and buy event tickets. To access, use, or offer to buy/sell a ticket, a user must agree to StubHub, Inc.'s User Agreement ("User Agreement"). A true and correct copy of the User Agreement is

submitted herewith as **Exhibit "C-2"**. A true and correct copy of StubHub's FanProtect Guarantee, which is expressly incorporated in the User Agreement, is submitted herewith as **Exhibit "C-3"**.

5. StubHub is incorporated in Delaware, with its principal place of business in San Francisco, California.

6. StubHub, Inc. does "not own the Tickets sold on the [stubhub.com website]." The actual contract for sale is directly between registered users. StubHub, Inc. is "a ticket marketplace." StubHub, Inc. does not have "control over and do[es] not guarantee the existence, quality, safety or legality of the Tickets; the truth or accuracy of the user's content or listings; the ability of Sellers to sell tickets or Buyers to pay for them; or that a Buyer or Seller will complete a transaction." StubHub, Inc. makes "no warranty with respect to its software, services, site, any tickets, any event, any user content, or that sellers or buyers will perform as promised." *See* Ex. C-2 §§ 1, 3.1., 3.2., 20.1.

7. An individual who creates an account is notified of the User Agreement during the process of creating an account by a prominently placed message located directly below the "Create account" button. The individual must agree to the User Agreement in order to proceed with creating an account; there is no way to bypass this requirement.

8. The User Agreement sets out the terms pursuant to which StubHub, Inc. offers its services. Individuals who do not click the button and confirm their agreement to the User Agreement cannot complete the account registration process nor can they buy or sell any tickets.

9. While use of the StubHub, Inc. site is voluntary, acceptance of the User Agreement is mandatory in order for a user to create a StubHub, Inc. account or to buy or sell a ticket.

10. The User Agreement is the primary contract between StubHub, Inc. and its users, and it incorporates by reference StubHub, Inc.'s policies and procedures related to the use of the

website. The User Agreement addresses a user's conduct on the site, the user's obligations related to buying and selling, and paying any fees associated with the site.

11. I have researched StubHub, Inc.'s records for information pertinent to the allegations of Respondent Brian Evans ("Evans") in the Complaint in this action.

12. StubHub, Inc.'s business records reflect that Evans accepted the User Agreement and proceeded to create an account with StubHub, Inc. on June 4, 2022, with email address "belasvegas@yahoo.com" and phone number ending in "4377." A true and correct copy of Evans' registration information is submitted herewith as **Exhibit "C-4"**.

13. A StubHub user created a listing to sell two tickets (Section BX11, Row 4) for the Inter Miami CF v Atlas soccer match scheduled to take place on July 30, 2025, at the Chase Stadium in Ft. Lauderdale, Florida (Listing ID 9498480280, the "Listing"). A true and correct copy of Evans' purchase and sale history on StubHub is submitted herewith as **Exhibit "C-5"**.

14. On July 7, 2025, Evans purchased the Listing for a total price of $559.13 (Transaction ID 617230232, the "Transaction"). A true and correct copy of Evans' purchase and sale history on StubHub is submitted herewith as **Exhibit "C-6"**.

15. The tickets were delivered to Evans via electronic transfer on the day he purchased them, July 7, 2025.

16. Despite the Listing clearly stating the tickets were for Section BX11, due to an internal StubHub mapping error unknown to StubHub at the time of the Transaction, the emails Evans received from StubHub referenced Section STE11 instead of Section BX11. A true and correct copy of a reminder email concerning the Transaction is submitted herewith as **Exhibit "C-7"**.

17. Evans contacted StubHub on August 20, 2025, over twenty (20) days after the

event, claiming he did not receive the same tickets he ordered and requested a refund. A true and correct copy of Evans' contact history concerning the Transaction is submitted herewith as **Exhibit "C-8"**.

18. StubHub initially denied Mr. Evans' request for a refund because he did not promptly notify StubHub of an issue with the tickets he ordered as required by the terms of the FanProtect Guarantee. See Ex. C-3 p.p. 1-2 (Getting Comparable or Better Tickets to Those you Ordered).

19. StubHub resolved the system mapping error immediately upon its discovery and issued a full refund of $559.13 to Evans on October 29, 2025. A true and correct copy of StubHub's email to Evans notifying him of the refund is submitted herewith as **Exhibit "C-9"**.

20. A true and correct copy of the Inter Miami CF Terms and Conditions obtained directly from the organization's website is submitted herewith as **Exhibit "C-10"**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of May, 2026.

Victor Gonzales

Victor Gonzales

# EXHIBIT B

# HAMPTON BEACH CASINO MATTER

Case 1:26-cv-20342-RSLD Document 149-1 Entered on FLSD Docket 08/05/2026 Page 25 of 120

https://www.unionleader.com/news/courts/florida-singer-settles-defamation-slander-lawsuit-against-hampton-beach-casino-owner/article_84d26cb6-ce2c-4a5f-bdf4-a1ed3b0cae62.html

# Florida singer settles defamation, slander lawsuit against Hampton Beach Casino, owner

By Paul Feely Union Leader Staff
Mar 25, 2026



Brian Evans
Brianevans.com

A Florida-based singer has settled his federal defamation and slander lawsuit against the Hampton Beach Casino Ballroom and owner Fred Schaake.

8/4/2026, 2:41 P

Case 1:26-cv-20342-BSL Document 49-1 Entered on FLSD Docket 08/04/2026 Page 26 of 120

Florida singer settles defamation, slander lawsuit against Hampton...    https://www.unionleader.com/news/courts/florida-singer-settles-

Brian Evans, 55, filed the lawsuit Nov. 24, in the U.S. District Court for the Southern District of Florida, where he now lives. The suit claims Schaake hurt Evans's career by telling booking agents the crooner sued the venue back in 1991 following an assault during a performance on stage.

Details of the settlement were not disclosed.

Attorneys for the Casino Ballroom notified the court in paperwork dated March 4 that "the parties have reached a settlement agreement regarding the claims set forth in the complaint."

Evans represented himself in the matter. A request for comment on the settlement from his publicist did not receive a response.

Evans, who had a viral hit with the song "**At Fenway**" (the video for which features actor William Shatner of "Star Trek" fame playing an umpire), cited in the lawsuit comments Schaake made about a prior suit Evans filed against the Hampton Beach venue following the 1991 incident when he was attacked on stage.

According to court documents, Evans said he was performing as an opening act for Ben E. King when he was violently attacked by an individual with an electrical stun device, resulting in him suffering a concussion and being hospitalized for two days.

Evans sued the Casino Ballroom following the incident for negligence, insufficient security and unsafe conditions. That lawsuit was dismissed in Rockingham Superior Court in 1996 without prejudice.

In his latest lawsuit, Evans claims Schaake became "resentful" when he refused to sign a "personal management contract" with Schaake during the '90s.

According to the current lawsuit, Evans was diagnosed in May with PTSD that is "the result of years of accumulated emotional trauma — including the original assault and the defendants' long-term campaign of retaliation," court documents say.

In the lawsuit, Evans claims Schaake made comments to people in the entertainment industry that the Casino Ballroom won't book Evans because he "sued the venue," while failing to

# EXHIBIT C

Cerberus Capital Management Matter and Sleep Apnea Proclamations Plaintiff personally obtained by every governor in the United States.

Many mention Plaintiff's mother by name despite her never having stepped foot into those states during her lifetime.



🔒 reviewjournal.com

# REVIEW-JOURNAL

## LAS VEGAS SHOOTING UPDATES

### THE FALLEN: THOSE WHO DIED

Tell us about the heroes we've missed and share your story >
<u>Click Here</u>

# Tom Hanks, Jeff Bridges, William Shatner, Dr. Oz assist Brian Evans in fight against sleep apnea



Mike Huckabee and Brian Evans. (Getty Images)

By ROBIN LEACH NICHE DIVISION OF
LAS VEGAS REVIEW-JOURNAL

 



# The Easy Blog
## by easybreathe.com

**Speak To A CPAP Expert**

**866-564-2252**

Search... 

---

# The Role Of Sleep Apnea In Hawaii's Senate Race

 October 14, 2014     ■ Fun CPAP Facts

    

What have you done for your mom lately? There is a good chance that whatever you have done – it doesn't come close to what Las Vegas crooner Brian Evans has done for his mother. In a bid not to win political favor, but to raise awareness of his mom's untimely death as a result of sleep apnea, Evans threw the wrench – à la Ralph Nader – into Hawaii's senate race by running as an unknown third candidate in the Democratic primary. The race caused quite a kerfuffle and put obstructive sleep apnea in the spotlight, for once.

---

CPAP SUPPLIES COULD BE YOURS FOR $0! CHECK INSURANCE HERE



MOST

---



Brian Evans with his mother, Helen Bousquet, who passed away
as a result of sleep apnea.

Brian Evans' campaign to raise the public's awareness of sleep apnea started after his mom, Helen Bousquet, passed away in her hospital bed while recovering from a relatively routine knee surgery. After the procedure, she was given morphine to kill the pain. As a sleep apnea sufferer, his mother should have been monitored more carefully, but she wasn't. Morphine – an opiate – can slow down an already impaired respiratory system. One particularly study shows that opiate-based pain medication can actually cause obstructive sleep apnea. Regardless, the lesson to be learned is that sleep apnea can be a killer.

## POPULAR



Shop ResMed CPAP Machines and Supplies Online



$350 Off: Our Largest Discount on ResMed's Newest CPAP



Exclusive Offer: Save $150 on World's Tiniest CPAP

8/4/2026, 2:44 PI

Role Sleep Apnea in Hawaii's Senate Race - Easy Breathe    https://blog.easybreathe.com/role-sleep-apnea-hawaiis-senate-ra

Brian Evans was raised by his mother. She supported his talents and ability to entertain. She would even move to Los Angeles to help him develop an acting career. He starred in commercials and the pilot episodes of Full House and 90210. Later, Evans started singing. Dubbed "The Croonerman," his first album – *Quite Frankly* – became the number one best selling self-released album in Canadian history. Also, he has opened for Jay Leno and the late Joan Rivers. As you can imagine, his mother's death hit him hard – she was his closest confidant – and like she was there for him, Evans decided that he needed to be there for her.

Evans' crusade against sleep apnea gained full chug when he entered the Hawaii senate race. With no political fundraising, fancy balloon dropping events, or "yes we can" campaign slogan, Evans took a shocking 4,842 votes. The race was already tense – Brian Schatz was elected interim senator after the passing of Daniel Inouye and was largely a favorite to win next to opposing democratic candidate Colleen Hanabusa. Without Evans in the race, Brian Shatz would have taken a slam-dunk win. With Evans in the race, however, votes had to been scrounged from two small districts in Puna on the Big Island.

Behind it all, though, Evans' personal crusade has gained real political steam among real politicians –



Lose Weight
with Ozempic
or Other GLP-1
Medications

FOLLOW US

  

Case 1:26-cr-20384-RS Document 1049 Entered on FLSD Docket 08/05/2026 Page 32 of 120

102

not Vegas lounge singers posing as politicians. "Awareness is key," he says on his website. He has reached out to fifty Governors in office with a request to issue a Proclamation of awareness of sleep apnea. So far, fourteen have replied with proclamations and official declarations of Sleep Apnea Awareness Day – including Rick Scott of Florida and Tennessee governor Bill Haslam. Evans is posting updates and incoming proclamations from governors on his website. His website – HelenBousquet.com – also features more details about his campaign.

In the end, there is no denying that obstructive sleep apnea is a potentially deadly disorder. Not taking it seriously could mean the difference between waking up in the morning and not waking up in the morning. Even though Brian Evans has taken elevated means to raise awareness of the sleep disorder – his tragic and heartbreaking story is the same for many people that have lost a loved one as a result of the disorder. This is why you want to urge others to get tested and to start undergoing CPAP treatment right away. You also want to do the same for yourself. Your life or someone else's life may be hanging in the balance.

## Learn More About the Home Sleep Test Package

Case 1:26-cv-20342-DSL    Document 49-1    Entered on FLSD Docket 08/04/2026    Page 15 of
102
Case 1:26-cv-20389-BB    Document 106    Entered on FLSD Docket 08/05/2026    Pages 33 of 120



**American
Sleep Apnea
Association**

March 15, 2016

The Honorable Charlie Baker
Governor, State of Massachusetts
Massachusetts State House
Office of the Governor
Room 280
Boston, MA 02133

Dear Governor Baker:

I am writing in support of Mr. Brian Evans' request to have the State of Massachusetts join 30 other states in issuing a proclamation recognizing the impact that obstructive sleep apnea has on over a million of your constituents by creating a Sleep Awareness Day or Month to help raise awareness and get the great people of the State the treatment they need and deserve.

Obstructive sleep apnea (OSA) is a prevalent chronic medical condition where the affected person repeatedly stops or nearly stops breathing during sleep due to collapse of the tissues in the throat. These episodes last 10 seconds or more, and cause repetitive sleep disruptions and oxygen desaturations that lead to important health consequences. OSA affects 17% of adults and 1-4% of children, with rates increasing in association with the obesity epidemic. Sleep apnea aggregates in families; affects all age groups; and disproportionately affects minorities and those from poor neighborhoods. Sleep apnea requires treatment, particularly as it lowers blood-oxygen levels, and is associated with hypertension, myocardial infarction, stroke, atrial fibrillation, and early mortality and results in an increase of depression, anxiety, cognitive issues, erectile dysfunction, irritability, daytime sleepiness and motor vehicle crashes.

The American Sleep Apnea Association, founded in 1990, is a patient-led 501(c)(3) nonprofit organization dedicated to the promotion of sleep health through research, advocacy and education. The ASAA engages patients in many ways including a national patient network called A.W.A.K.E. that provides free peer-to-peer support through local hospitals and dentist offices; an active website that provides education to 200,000 unique visitors a month; and through dynamic social media communities and discussion forums. Its CPAP Assistance Program (CAP) has provided over 4,000 medical equipment packages to sleep apnea patients over the last two years. Most recently, ASAA launched Sleeptember®, a new initiative to create fun and engaging online and community events in order to raise awareness of the public health impact of sleep loss, connections to comorbid health conditions, and raise funds for medical research.

Additionally, we join Mr. Evans and celebrities such as Jeff Bridges and William Shatner who have called to have a street named after Brian's mother, Helen Bousquet, who was dedicated to raising awareness of sleep apnea and who died tragically as a result of her untreated sleep apnea following knee surgery in 2012.

We hope that you will honor this modest request and work to help raise awareness of sleep apnea to honor Ms. Bousquet and help the people of Massachusetts in need.

Should you need any additional information or have questions, I can be reached at (202) 903-6292 or ddrobnich@sleepapnea.org.

Thank you for your attention

Sincerely,

Darrel Drobnich
President



# State of Connecticut

## By His Excellency Dannel P. Malloy, Governor: an

# Official Statement

*W*HEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing patterns occur during sleep; and

*W*HEREAS, the New England Journal of Medicine estimates that sleep apnea affects approximately 18 million men and women in the US. It results in poor sleep, and is the leading cause of excessive daytime fatigue; and

*W*HEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their medical disorder, as anesthesia and certain medications can create dangerous conditions when administered to a patient with sleep apnea; and

*W*HEREAS, many people afflicted with sleep apnea are unaware of their condition, and anesthesiologists and clinicians are well-advised to screen their patients for sleep apnea before administering treatments; and

*W*HEREAS, among other treatments, Continuous Positive Airway Pressure devices, or CPAPs, can be utilized to supply air to the lungs to help treat sleep apnea; and

*W*HEREAS, nonprofit associations, dedicated volunteers, and the medical community all play an important role in promoting awareness of this disorder, on the principle that a well-informed public will lead to healthier citizens; now

*T*HEREFORE, I, Dannel P. Malloy, Governor of the State of Connecticut, do hereby proclaim December 1, 2017 to be

## SLEEP APNEA AWARENESS DAY
in the State of Connecticut.



_____
GOVERNOR

STATE OF OREGON

# PROCLAMATION

### OFFICE OF THE GOVERNOR

**WHEREAS:** Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS:** The New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men. Sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS:** Most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult; and

**WHEREAS:** Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS:** Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with sleep apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition.

**NOW, THEREFORE:** I, John A. Kitzhaber, M.D., Governor of the State of Oregon, hereby proclaim **August 1, 2013,** to be

### SLEEP APNEA AWARENESS DAY

in Oregon and encourage all Oregonians to join in this observance.



IN WITNESS WHEREOF, I hereunto set my hand and cause the Great Seal of the State of Oregon to be affixed. Done at the Capitol in the City of Salem in the State of Oregon on this day, July 23, 2013.

John A. Kitzhaber, M.D., Governor

Kate Brown, Secretary of State

# STATE *of* MINNESOTA

WHEREAS: Sleep Apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS: Sleep Apnea is estimated by the New England Journal of Medicine to affect at least nine percent of women and twenty-four percent of men; and

WHEREAS: Sleep Apnea often afflicts people who do not know they have it, and if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes, and other life-shortening conditions; and

WHEREAS: Physicians and caregivers of individuals diagnosed with Sleep Apnea should be notified of their condition as anesthesia and certain medication can create a dangerous situation when administered; and

WHEREAS: Sleep Apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergoing PAP Therapy bring their own equipment; and

WHEREAS: Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with Sleep Apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition.

NOW, THEREFORE, I, MARK DAYTON, Governor of Minnesota, do hereby proclaim Saturday, August 8, 2015, as:

# SLEEP APNEA AWARENESS DAY

in the State of Minnesota.



IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Minnesota to be affixed at the State Capitol this 16th day of June.

GOVERNOR

SECRETARY OF STATE

Case 1:26-cv-20342-DSL   Document 49-1   Entered on FLSD Docket 08/04/2026   Page 20 of
Case 1:26-cv-20389-BB   Document 106   Entered on FLSD Docket 08/05/2026   Page 38 of 120
162

## State of Rhode Island and Providence Plantations
## GUBERNATORIAL PROCLAMATION

### Sleep Apnea Awareness Day

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS**, *The New England Journal of Medicine* estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men, and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS**, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS**, many people afflicted by sleep apnea do not know they have it; and

**WHEREAS**, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

**WHEREAS**, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition; and

**NOW, THEREFORE, I, Gina M. Raimondo**, Governor of the State of Rhode Island, do hereby proclaim August 24, 2015, as: *Sleep Apnea Awareness Day* in the state and encourage all residents to join me in recognizing the importance of this day.

Given under my hand and the great
seal of the State of Rhode Island
and Providence Plantations,
this _5ᵗʰ_ day of August, 2015

**Gina M. Raimondo**
Governor

**Nellie M. Gorbea**
Secretary of State



## UNITED STATES OF AMERICA
## State of Louisiana

### John Bel Edwards
### GOVERNOR

# Proclamation

**WHEREAS,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing occurs during sleep; and

**WHEREAS,** the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men. Sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS,** most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleep seems difficult; and

**WHEREAS,** physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS,** Helen Marie Bousquet has brought national attention to the dangers of leaving a patient with sleep apnea in an unmonitored recovery room following any surgery while medicated post op on drugs such as morphine, which is known to slow down the respiratory system even in patients who do not have this condition.

**NOW, THEREFORE,** I, **John Bel Edwards**, Governor of the State of Louisiana, do hereby proclaim August 13, 2016 as

**SLEEP APNEA AWARENESS DAY**
in the State of Louisiana.



*In Witness Whereof, I have hereunto set my hand officially and caused to be affixed the Great Seal of the State of Louisiana, at the Capitol in the City of Baton Rouge, on this* __11th__ *day of* __April__ *A.D.,* __2016__ .

_____
*Governor of Louisiana*

# STATE OF ARKANSAS

### Executive Department

# PROCLAMATION

TO ALL TO WHOM THESE PRESENTS COME – GREETINGS:

WHEREAS:   Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS:   Sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

WHEREAS:   Sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

WHEREAS:   Depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

WHEREAS:   Sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS:   Sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well and individual sleeps and how the body responds to sleep problems;

NOW, THEREFORE, I, ASA HUTCHINSON, Governor of the State of Arkansas, by virtue of the authority vested in me by the laws of the State of Arkansas, do hereby proclaim October 5th 2015, as

### SLEEP APNEA AWARENESS DAY

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Arkansas to be affixed this 22nd day of September, in the year of our Lord 2015.

Asa Hutchinson, Governor





# Proclamation
## By the Governor of Alabama

*WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and*

*WHEREAS, sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and*

*WHEREAS, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and*

*WHEREAS, depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease, and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and*

*WHEREAS, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and*

*WHEREAS, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems:*

*NOW, THEREFORE, I, Robert Bentley, Governor of Alabama, do hereby proclaim October 5, 2015, as*

## Sleep Apnea Awareness Day

*in the State of Alabama.*



*Given Under My Hand and the Great Seal of the Office of the Governor at the State Capitol in the City of Montgomery on the 18th day of September 2015.*

*Robert Bentley, Governor*

*Proclamation*
102

## by Governor Earl Ray Tomblin

Whereas, [illegible]

Whereas, [illegible]

Whereas, [illegible]

Whereas, [illegible]

Whereas, [illegible]

Now, Therefore, Be it Resolved that I, Earl Ray Tomblin, Governor of the Great State of West Virginia, do hereby proclaim April 18, 2014, as

## *Sleep Apnea Awareness Day*

[illegible]

In Witness Whereof, [illegible]

Done at the Capitol City of Charleston, State of West Virginia [illegible]

Earl Ray Tomblin
Governor

By the Governor

Natalie E. Tennant
Secretary of State



# Proclamation

SLEEP APNEA AWARENESS DAY



## RICK SCOTT
### GOVERNOR

### SLEEP AWARENESS WEEK

WHEREAS, according to the National Center on Sleep Disorders Research, about 70 million Americans suffer from sleep problems, and among them nearly 60 percent have a chronic disorder; and

WHEREAS, untreated sleep disorders have a profound impact nationally in terms of reduced quality of life, lower productivity in school and the workplace, increased morbidity and mortality, and the loss of life due to accidents associated with excessive sleepiness; and

WHEREAS, sleep loss and sleep disorders are among the most common health problems, yet they are frequently overlooked and readily treatable; and

WHEREAS, according to the International Classification of Sleep Disorders, there are around 90 distinct sleep disorders; and

WHEREAS, some of the common sleep disorders are narcolepsy, restless leg syndrome, insomnia, and sleep apnea, which can be potentially life-threatening because of the brief interruptions of breathing during sleep; and

WHEREAS, the cumulative effects of sleep loss and sleep disorders have been associated with a wide range of harmful health consequences, including an increased risk of hypertension, diabetes, obesity, depression, heart attack, and stroke; and

WHEREAS, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the individual's body responds to sleep problems, as well as determine appropriate treatments; and

WHEREAS, the National Sleep Foundation is promoting National Sleep Awareness Week, which is an annual public education and awareness campaign to promote the importance of sleep;

NOW, THEREFORE, I, Rick Scott, Governor of the State of Florida, do hereby extend greetings and best wishes to all observing March 2-8, 2014, as *Sleep Awareness Week.*

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Florida to be affixed at Tallahassee, the Capital, this 7th day of March, in the year two thousand fourteen.

Governor

### THE CAPITOL
TALLAHASSEE, FLORIDA 32399 • (850) 488-2272



## State of Nevada
## Executive Department

# A Proclamation by the Governor

**WHEREAS,** Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS,** *The New England Journal of Medicine* estimates that sleep apnea affects at least nine percent of women and twenty four percent of men and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

**WHEREAS,** Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS,** Many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

**WHEREAS,** A continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition; and

**NOW, THEREFORE, I, BRIAN SANDOVAL, GOVERNOR OF THE STATE OF NEVADA,** do hereby proclaim October 5th as

## SLEEP APNEA AWARENESS DAY





# State of Iowa

## Executive Department

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF IOWA

# PROCLAMATION

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, *The New England Journal of Medicine* estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men; sleep apnea may result in poor sleep and is the leading cause of excessive daytime sleepiness; and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

WHEREAS, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition:

NOW, THEREFORE, I, Terry E. Branstad, Governor of the State of Iowa, do hereby proclaim October 5, 2015, as

## SLEEP APNEA AWARENESS DAY

IN TESTIMONY WHEREOF, I HAVE HERE-UNTO SUBSCRIBED MY NAME AND CAUSED THE GREAT SEAL OF THE STATE OF IOWA TO BE AFFIXED. DONE AT DES MOINES THIS 14th DAY OF APRIL, IN THE YEAR OF OUR LORD TWO THOUSAND FIFTEEN.

TERRY E. BRANSTAD
GOVERNOR OF IOWA

ATTEST:

PAUL D. PATE
SECRETARY OF STATE

# BY THE GOVERNOR OF THE STATE OF GEORGIA

# A PROCLAMATION

# SLEEP APNEA AWARENESS DAY

WHEREAS: Sleep apnea is a sleep disorder in which breathing continuously stops and starts, and is often indicated by loud snoring. In many cases, individuals are unaware that they have sleep apnea. Individuals with untreated sleep apnea may have one or more pauses in breathing or shallow breathing during sleep; and

WHEREAS: There are three types of sleep apnea: obstructive, central, and mixed; and

WHEREAS: For mild cases of sleep apnea, physicians may recommend lifestyle changes including losing weight and quitting smoking; and

WHEREAS: Moderate and severe sleep apnea may be treated with positive airway pressure which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS: Individuals diagnosed with sleep apnea should consult their physicians and inform caregivers of their condition as anesthesia and certain medications may be dangerous; now

THEREFORE: I, NATHAN DEAL, Governor of the State of Georgia, do hereby proclaim August 20, 2016 as SLEEP APNEA AWARENESS DAY in Georgia.

In witness thereof, I have hereunto set my hand and caused the Seal of the Executive Department to be affixed this 12th day of May in the year of our Lord two thousand sixteen.

Case 1:26-cv-20342-DSL   Document 49-1   Entered on FLSD Docket 08/04/2026   Page 80 of
Case 1:26-cv-20389-BB   Document 106   Entered on FLSD Docket 08/05/2026   Page 48 of 120
102





Office of the Governor
State of Missouri

# Proclamation

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

**WHEREAS**, the New England Journal of Medicine estimates that sleep apnea affects at least 9 percent of women and 24 percent of men, resulting in poor sleep, and is a leading cause of daytime sleepiness; and

**WHEREAS**, if left untreated, sleep apnea could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes and other life-threatening conditions and circumstances; and

**WHEREAS**, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS**, sleep apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergo PAP therapy position, and patients are monitored until they are no longer at risk.

**NOW THEREFORE**, I, Jeremiah W. (Jay) Nixon, GOVERNOR OF THE STATE OF MISSOURI, do hereby proclaim October 2013 to be

**SLEEP APNEA AWARENESS MONTH IN MISSOURI**

**IN WITNESS WHEREOF**, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Missouri, in the City of Jefferson, this 25th day of October, 2013.



# The Commonwealth of Massachusetts

## A Proclamation

*Whereas Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and*

*Whereas Sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and*

*Whereas Sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and*

*Whereas Depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and*

*Whereas Sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and*

*Whereas Sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems,*

*Now, Therefore, I, Charles D. Baker, Governor of the Commonwealth of Massachusetts, do hereby proclaim April 18th, 2016 to be,*

## SLEEP APNEA AWARENESS DAY

*And urge all the citizens of the Commonwealth to take cognizance of this event and participate fittingly in its observance.*

*Given at the Executive Chamber in Boston, this first day of April, in the year two thousand and sixteen, and of the Independence of the United States of America, the two hundred and thirty-ninth.*

BY HIS EXCELLENCY

CHARLES D. BAKER
GOVERNOR OF THE COMMONWEALTH

KARYN E. POLITO
LT. GOVERNOR OF THE COMMONWEALTH

WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH

*God Save the Commonwealth of Massachusetts*

The Office of the Governor

# Proclamation

**WHEREAS,** sleep apnea is a common disorder characterized by repeated episodes of interrupted or shallow breathing during sleep; and

**WHEREAS,** it is estimated that millions of American adults are affected by sleep apnea, yet the majority remain undiagnosed; and

**WHEREAS,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS,** healthcare providers utilize sleep studies and the information they generate to diagnose sleep apnea and other sleep disorders; and

**WHEREAS,** while positive airway pressure machines are the most common treatment for sleep apnea, other treatment protocols are available for individuals affected by the disorder;

**NOW, THEREFORE, I, C.L. "BUTCH" OTTER,** Governor of the State of Idaho, do proclaim October 5, 2017 to be

# SLEEP APNEA AWARENESS DAY

*IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Idaho at the Capitol in Boise on this 5th day of October, in the year of our Lord two thousand and seventeen and of the Independence of the United States of America the two hundred forty-second and of the Statehood of Idaho the one hundred twenty-eighth.*

C.L. "BUTCH" OTTER
GOVERNOR



# CERTIFICATE of RECOGNITION

*By virtue of the authority vested by the Constitution of Virginia in the Governor of the Commonwealth of Virginia, there is hereby officially recognized:*

## SLEEP APNEA AWARENESS DAY

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, sleep apnea is thought to affect at least nine percent of women and 24 percent of men in the United States; and

WHEREAS, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

WHEREAS, depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease, and strokes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

WHEREAS, sleep apnea can be treated with continuous positive airway pressure therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS, sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

NOW, THEREFORE, I, Terence R. McAuliffe, do hereby recognize March 10, 2017, as SLEEP APNEA AWARENESS DAY in our COMMONWEALTH OF VIRGINIA, and I call this matter to the attention of all our citizens.



**CERTIFICATE OF PROCLAMATION**

## ON BEHALF OF THE PEOPLE OF MICHIGAN
I, Rick Snyder, governor of Michigan, do hereby proclaim
April 2, 2014

# SLEEP APNEA AWARENESS DAY

WHEREAS, Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, The New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men and sleep apnea results in poor sleep and is a leading cause of daytime sleepiness; and

WHEREAS, Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, Many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

WHEREAS, A continuous positive airway pressure device, or CPAP can be utilized to continually supply pressurized air to an individuals lungs and airway to help treat this condition.

NOW, THEREFORE, I, Rick Snyder, governor of Michigan do herby proclaim April 2, 2014 as Sleep Apnea Awareness Day.

Rick Snyder
Governor



# *Proclamation*

*Presented*

## In Recognition of Sleep Apnea Awareness

**WHEREAS**, Sleep Apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

**WHEREAS**, Sleep Apnea is estimated by The New England Journal of Medicine to affect at least nine percent of women and twenty-four percent of men, resulting in poor sleep; Sleep Apnea is the leading cause of excessive, daytime sleepiness; and

**WHEREAS**, Sleep Apnea often afflicts people who do not know they have it, and if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes, and other life-shortening conditions; and

**WHEREAS**, Sleep Apnea can be treated with Positive Airway Pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS**, Sleep Apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital, if possible, recovery is carried out in a semi-upright or lateral position, and patients are monitored until they are no longer at risk;

**NOW, THEREFORE, I, NEIL ABERCROMBIE,** Governor, and I, **SHAN S. TSUTSUI,** Lieutenant Governor of the State of Hawai'i, do hereby proclaim August 31, 2013, as

# "SLEEP APNEA AWARENESS DAY"

in Hawai'i and urge the citizens of the Aloha State to join us in paying tribute to Helen M. Bousquet, whose passing from complications of Sleep Apnea brought attention to the need for sleep apnea awareness.

**DONE,** at the State Capitol, in Executive Chambers, Honolulu, State of Hawai'i, this twenty-seventh day of August, 2013.

**NEIL ABERCROMBIE**
Governor, State of Hawai'i

**SHAN TSUTSUI**
Lt. Governor, State of Hawai'i



# STATE OF ILLINOIS

EXECUTIVE DEPARTMENT

## Proclamation

**WHEREAS,** sleep apnea is a serious sleep disorder that occurs when a person's breathing is interrupted during sleep; and,

**WHEREAS,** there are two types of sleep apnea: Obstructive sleep apnea and Central sleep apnea; and,

**WHEREAS,** the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men; and,

**WHEREAS,** sleep apnea can result in a growing number of health problems including high blood pressure, stroke, heart failure, diabetes, depression, and worsening of ADHD; and,

**WHEREAS,** as a result of many people afflicted by sleep apnea not knowing that they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to treatment; and,

**WHEREAS,** a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition; and,

**THEREFORE,** I, Pat Quinn, Governor of the State of Illinois, do hereby proclaim March 25, 2013 as **SLEEP APNEA AWARENESS DAY** in Illinois.

**In Witness Whereof,** I have hereunto set my hand and caused the Great Seal of the State of Illinois to be affixed.

Done at the Capitol, in the City of Springfield, this TWENTIETH day of MARCH in the Year of Our Lord two thousand and THIRTEEN and of the State of Illinois the one hundred and NINETY-FIFTH



_Jesse White_
SECRETARY OF STATE

_Pat Quinn_
GOVERNOR

# OFFICE OF THE GOVERNOR

## STATEMENT
## IN OBSERVANCE OF
## SLEEP APNEA AWARENESS DAY

*Whereas*, sleep apnea is a common chronic disorder in which one or more pauses in breathing occurs during sleep, and

*Whereas*, the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-four percent of men. Sleep apnea results in poor sleep and is the leading cause of excessive daytime sleepiness, and

*Whereas*, most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult, and

*Whereas*, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition, and

*Whereas*, sleep apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications are used, such as when sedation is required for a medical procedure. The risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital, if possible, and recovery is carried out in a semi-upright or lateral position, and patients are monitored until they are no longer at risk.

*Now, Therefore, We, Jack A. Markell, Governor,*
*and Matthew Denn, Lieutenant Governor,*
*do hereby declare May 2nd, 2014*

## SLEEP APNEA AWARNESS DAY

in the State of Delaware, and urge all Delawareans to recognize this observance.

*Jack Markell*

Jack A. Markell
Governor

*Matthew Denn*

Matthew Denn
Lieutenant Governor

# State of South Carolina

## Governor's Proclamation

**WHEREAS,**   sleep apnea is a common disorder characterized by repeated episodes of interrupted or shallow breathing during sleep; and

**WHEREAS,**   it is estimated that millions of adult Americans are affected by sleep apnea, yet the majority remain undiagnosed; and

**WHEREAS,**   sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS,**   healthcare providers utilize sleep studies and the information they generate to diagnose sleep apnea and other sleep disorders; and

**WHEREAS,**   while positive airway pressure machines are the most common treatment for sleep apnea, other treatment protocols are available for individuals affected by the disorder.

**NOW, THEREFORE, I,** Nikki R. Haley, Governor of the great State of South Carolina, do hereby proclaim October 1 - 7, 2016, as

## SLEEP APNEA AWARENESS WEEK

throughout the state and encourage all South Carolinians to learn more about sleep apnea and the treatments available.



**NIKKI R. HALEY**
**GOVERNOR**
**STATE OF SOUTH CAROLINA**

# STATE OF INDIANA
## EXECUTIVE DEPARTMENT
## INDIANAPOLIS

# PROCLAMATION

## TO ALL TO WHOM THESE PRESENTS MAY COME, GREETINGS:

**WHEREAS,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS,** sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

**WHEREAS,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS,** depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the serious health consequences of an undiagnosed or untreated sleep disorder; and

**WHEREAS,** sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a mask that prevents the airway from collapsing; and

**WHEREAS,** sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by monitoring how well and individual sleeps and how the body responds to sleep;

**NOW, THEREFORE, I, Eric J. Holcomb,** Governor of the State of Indiana, do hereby proclaim May 1ˢᵗ, 2017 as

## SLEEP APNEA AWARENESS DAY

in the State of Indiana, and invite all citizens to participate.





# The State of Maryland

# Proclamation

*From the Governor of the State of Maryland*

### SLEEP APNEA MONTH
### SEPTEMBER 2014

**WHEREAS,** *sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and*

**WHEREAS,** *The New England Journal of Medicine estimates that sleep apnea affect at least nine percent of women and four percent of men, and sleep apnea results in poor sleep. It is the leading cause of excessive, daytime sleepiness; and*

**WHEREAS,** *physicians and care-givers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administrating treatment; and*

**WHEREAS,** *a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individuals longs and airway to help treat this condition.*

**NOW, THEREFORE, I, MARTIN O'MALLEY, GOVERNOR OF THE STATE OF MARYLAND, do hereby proclaim SEPTEMBER 2014 as SLEEP APNEA MONTH in Maryland, and do call upon the people of our Great State to learn about sleep apnea, where to get treatment and live healthier lives.**

Given Under My Hand and the Great Seal of the State of Maryland
the 1st. day of September
Two Thousand and fourteen



*Governor*

*Lt. Governor*

*Secretary of State*

Douglas A. Ducey
Governor

# Office of the Governor

## SLEEP APNEA AWARENESS MONTH

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, the number of people affected isn't known because many people afflicted by sleep apnea do not know they have it; and

WHEREAS, sleep apnea results in poor sleep and is a cause of excessive daytime sleepiness; and

WHEREAS, insufficient sleep has been linked to the development and management of a number of chronic diseases and conditions, including diabetes, cardiovascular disease, obesity, and depression; and

WHEREAS, a continuous positive airway pressure device (CPAP) can be used to continually supply pressurized air to an individual's lungs and airway to help treat this condition; and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their conditions as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea.

NOW, THEREFORE, I, Douglas A. Ducey, Governor of the State of Arizona, do hereby proclaim August 2015 as

## SLEEP APNEA AWARENESS MONTH

IN WITNESS WHEREOF, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Arizona.

GOVERNOR

DONE at the Capitol in Phoenix on this 3rd day of August in the year Two Thousand and Fifteen, and of the Independence of the United States of America the Two Hundred and Thirty-ninth.

ATTEST:

Secretary of State



# Gary Richard Herbert
## Governor
## Declaration

**Whereas,** sleep apnea is a potentially dangerous disorder characterized by prolonged pauses in breath or shallow breathing during sleep;

**Whereas,** sleep apnea can manifest in numerous variations with unique or common signs and symptoms, including, but not limited to, excessive daytime sleepiness, vision problems, sleep paralysis, insomnia, high blood pressure, narcolepsy, depression, and even death;

**Whereas,** sleep apnea creates numerous lifestyle complications and often requires unique and cumbersome treatment methodologies and even surgery;

**Whereas,** sleep apnea can present dire complications during the administration of general anesthesia prior to and throughout surgical proceedings;

**Whereas,** this disease most prevalently afflicts men over the age of forty, however it is important all Utahns showing signs of sleep disorder consider receiving a formal sleep study and diagnosis; and,

**Whereas,** we advocate for further research, awareness, and educational opportunities surrounding sleep apnea, and commend those living with this disorder as well as the medical professionals who diagnose, treat, and research sleep apnea;

**Now, therefore,** I, Gary R. Herbert, Governor of the great State of Utah, do hereby declare April 17, 2017, as

# Sleep Apnea Awareness Day

Gary R. Herbert
Governor

# The State of Washington



# Proclamation

**WHEREAS**, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

**WHEREAS**, sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

**WHEREAS**, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**WHEREAS**, depression, narcolepsy, restless leg syndrome, high blood pressure, hear: disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

**WHEREAS**, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS**, sleep studies are used to help healthcare providers diagnose whether in individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

**NOW THEREFORE**, I, Jay Inslee, Governor of the state of Washington, do hereby proclaim October 2015 as

## *Sleep Apnea Awareness Month*

in Washington, and I urge all people in our state to join me in this special observance.

Signed this 7th day of August, 2015

Governor Jay Inslee



**Commonwealth of Pennsylvania**

**Governor's Office**

*PROCLAMATION*

*SLEEP APNEA AWARENESS WEEK*
*October 1-7, 2016*

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty-to-thirty percent of men; and

WHEREAS, sleep apnea often affects people who do not know they have it, results in poor sleep, is the leading cause of excessive daytime sleepiness and, if left untreated, could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes and other life-threatening conditions; and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their patients' condition, as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, moderate and severe sleep apnea may be treated with positive airway pressure which supplies pressurized air through a breathing mask that prevents the airway from collapsing.

THEREFORE, I, Tom Wolf, Governor of the Commonwealth of Pennsylvania, do hereby proclaim October 1-7, 2016, as SLEEP APNEA AWARENESS WEEK. I offer my support to all those who work to raise awareness of those living with sleep apnea in Pennsylvania.

GIVEN, under my hand and the Seal of the Governor, at the City of Harrisburg, this first day of October, two thousand sixteen, the year of the commonwealth the two hundred forty-first.



*Tom Wolf*
**TOM WOLF**
*Governor*

State of Maine

# Proclamation

WHEREAS, sleep apnea is a sleep disorder in which a person's breathing is interrupted during sleep, resulting in poor sleep, and

WHEREAS, sleep apnea can contribute to a number of other problems, including high blood pressure, stroke, diabetes, depression, heart failure, excessive daytime sleepiness and automobile accidents, and nightmares among veterans suffering from PTSD; and

WHEREAS, sleep apnea can be a complicating factor in the administration of general anesthesia during surgery, and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia can create a complicated situation when administered to someone with sleep apnea; and

WHEREAS, a continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individual's lungs and airway to help treat this condition, as well as to lessen the other negative effects of poor sleep and associated conditions

NOW, THEREFORE, I, PAUL R. LEPAGE, Governor of the State of Maine, do hereby proclaim October 1, 2013 as

## SLEEP APNEA AWARENESS DAY

throughout the State of Maine, and urge all citizens to recognize this observance

In testimony whereof I have caused the Great Seal of the State to be hereunto affixed GIVEN under my hand at Augusta this eighth day of August Two Thousand Thirteen

Paul R. LePage
Governor

Matthew Dunlap
Secretary of State
TRUE ATTESTED COPY



# State of Vermont
## Executive Department
## A Proclamation

**WHEREAS,** sleep apnea is a sleep disorder in which breathing repeatedly stops and starts, and is often indicated by loud snoring; and

**WHEREAS,** there are three types of sleep apnea: obstructive sleep apnea, central sleep apnea, and mixed; and

**WHEREAS,** individuals with untreated sleep apnea may have one or more pauses in breathing or shallow breathing during sleep; and

**WHEREAS,** in many cases individuals are unaware that they sleep apnea; and

**WHEREAS,** for mild cases of sleep apnea, physicians may recommend lifestyle changes including losing weight and quitting smoking; and

**WHEREAS,** moderate and severe sleep apnea may be treated with positive airway pressure which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**WHEREAS,** individuals diagnosed with sleep apnea should consult their physicians and inform caregivers of their condition as anesthesia and certain medications may be dangerous; and

**NOW, THEREFORE,** I, Peter Shumlin, Governor, do hereby proclaim August 20, 2015 as



## SLEEP APNEA AWARENESS DAY

in Vermont.

Given under my hand and the Great Seal of the State of Vermont on this 14th day of August, A.D. 2015

Peter Shumlin
Governor

STATE OF TENNESSEE

# PROCLAMATION

BY THE GOVERNOR

**WHEREAS**, sleep apnea is a common, chronic disorder with frequent pauses in breathing or shallow breathing occurring during sleep, leading to disturbed sleep patterns including frequent snoring and daytime sleepiness; and

**WHEREAS**, the sleep apnea is common, occurring in approximately 9 percent of men and 4 percent of women; and

**WHEREAS**, effective treatments are available, such as a continuous positive airway pressure device, or CPAP, as well as several other treatments; and

**WHEREAS**, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

**WHEREAS**, because many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians should consider screening their patients for sleep apnea prior to administering treatment; and .

**NOW, THEREFORE**, I, Bill Haslam, Governor of the State of Tennessee, do hereby proclaim February 23, 2015, as

## Sleep Apnea Awareness Day

in Tennessee and encourage all citizens to join me in this worthy observance



**IN WITNESS WHEREOF**, I have hereunto set my hand and caused the official seal of the State of Tennessee to be affixed at Nashville on this fifteenth day of February, 2015.

_____
Governor

_____
Secretary of State



# STATE OF OKLAHOMA

## EXECUTIVE DEPARTMENT

## Proclamation

**Whereas,** sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep;

**Whereas,** sleep apnea is thought to affect at least nine percent of women and twenty-four percent of men in the United States; and

**Whereas,** sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

**Whereas,** depression, narcolepsy, restless leg syndrome, high blood pressure, heart disease and diabetes are just a few of the harmful health consequences of an undiagnosed or untreated sleep disorder; and

**Whereas,** sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

**Whereas,** sleep studies are used to help healthcare providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

**Now, therefore, I, Mary Fallin, Governor,** do hereby proclaim October 5, 2015, as

## "Sleep Apnea Awareness Day"

in the state of Oklahoma.

*In Witness Whereof, I have hereunto set my hand and caused the Great Seal of the State of Oklahoma to be affixed.*

*Done at the Capitol, in the City of Oklahoma City, this 20ᵗʰ day of July, in the Year of Our Lord two thousand and fifteen, and of the State of Oklahoma in the one hundred and seventh year.*



ATTEST:

*Chris Morris*
Assistant SECRETARY OF STATE

*Mary Fallin*
GOVERNOR



# State of North Carolina

## PAT McCRORY

### GOVERNOR

#### SLEEP APNEA AWARENESS MONTH

#### 2013

#### BY THE GOVERNOR OF THE STATE OF NORTH CAROLINA

#### A PROCLAMATION

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, most often indicated by loud snoring; and

WHEREAS, The New England Journal of Medicine estimates that sleep apnea affects at least 9 percent of women and 24 percent of men, resulting in poor sleep, and is a leading cause of daytime sleepiness; and

WHEREAS, if left untreated, sleep apnea could lead to depression, high blood pressure, heart disease, diabetes, fatal car crashes and other life-shortening conditions and circumstances; and

WHEREAS, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing; and

WHEREAS, sleep apnea can create a dangerous situation when diagnosed individuals are administered anesthesia and certain medications, if sedation is required; risks are reduced if patients undergoing PAP therapy bring their own equipment to the hospital, if possible, recovery is carried out in a semi-upright or lateral position and patients are monitored until they are no longer at risk,

NOW, THEREFORE, I, Pat McCrory, Governor of the State of North Carolina, do hereby proclaim October 2013, as "SLEEP APNEA AWARENESS MONTH" in North Carolina, and commend its observance to all citizens.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of North Carolina at the Capitol in Raleigh this first day of October in the year of our Lord two thousand and thirteen, and of the Independence of the United States of America the two hundred and thirty-eighth.



PAT McCRORY
Governor

# *Proclamation*

**WHEREAS**, SLEEP APNEA IS A COMMON, CHRONIC DISORDER IN WHICH ONE OR MORE PAUSES IN BREATHING OR SHALLOW BREATHING OCCURS DURING SLEEP, MOST OFTEN INDICATED BY LOUD SNORING; AND

**WHEREAS**, SLEEP APNEA IS ESTIMATED BY THE NEW ENGLAND JOURNAL OF MEDICINE TO AFFECT AT LEAST NINE PERCENT OF WOMEN AND TWENTY-FOUR PERCENT OF MEN, RESULTING IN POOR SLEEP; AND

**WHEREAS**, SLEEP APNEA IS THE LEADING CAUSE OF EXCESSIVE DAYTIME SLEEPINESS; AND

**WHEREAS**, SLEEP APNEA OFTEN AFFLICTS PEOPLE WHO DO NOT KNOW THEY HAVE IT, AND IF LEFT UNTREATED, COULD LEAD TO DEPRESSION, HIGH BLOOD PRESSURE, HEART DISEASE, DIABETES, FATAL CAR CRASHES, AND OTHER LIFE-SHORTENING CONDITIONS; AND

**WHEREAS**, PHYSICIANS AND CAREGIVERS OF INDIVIDUALS DIAGNOSED WITH SLEEP APNEA SHOULD BE NOTIFIED OF THEIR CONDITION AS ANESTHESIA AND CERTAIN MEDICATIONS CAN CREATE A DANGEROUS SITUATION WHEN ADMINISTERED TO SOMEONE WITH SLEEP APNEA; AND

**WHEREAS**, SLEEP APNEA CAN BE TREATED WITH POSITIVE AIRWAY PRESSURE (PAP) THERAPY, WHICH SUPPLIES PRESSURIZED AIR THROUGH A BREATHING MASK THAT PREVENTS THE AIRWAY FROM COLLAPSING; AND

**WHEREAS**, SLEEP APNEA CAN CREATE A DANGEROUS SITUATION WHEN DIAGNOSED INDIVIDUALS ARE ADMINISTERED ANESTHESIA AND CERTAIN MEDICATIONS, IF SEDATION IS REQUIRED; RISKS ARE REDUCED IF PATIENTS UNDERGOING PAP THERAPY BRING THEIR OWN EQUIPMENT TO THE HOSPITAL, IF POSSIBLE, RECOVERY IS CARRIED OUT IN A SEMI-UPRIGHT OR LATERAL POSITION, AND PATIENTS ARE MONITORED UNTIL THEY ARE NO LONGER AT RISK; AND

**WHEREAS**, HELEN MARIE BOUSQUET HAS BROUGHT NATIONAL ATTENTION TO THE DANGERS OF LEAVING A PATIENT WITH SLEEP APNEA IN AN UNMONITORED RECOVERY ROOM FOLLOWING ANY SURGERY WHILE MEDICATED POST OP ON DRUGS SUCH AS MORPHINE, WHICH IS KNOWN TO SLOW DOWN THE RESPIRATORY SYSTEM EVEN IN PATIENTS WHO DO NOT HAVE THIS CONDITION;

**NOW, THEREFORE**, I SUSANA MARTINEZ, GOVERNOR OF THE STATE OF NEW MEXICO, DO HEREBY PROCLAIM JANUARY 21ST, 2014 AS

## "SLEEP APNEA AWARENESS DAY"

THROUGHOUT THE STATE OF NEW MEXICO.

SIGNED AT THE EXECUTIVE OFFICE THIS 17TH DAY OF JANUARY 2014.

WITNESS MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO.

ATTEST:

DIANNA J. DURAN
SECRETARY OF STATE

# The State of New Hampshire
## By Her Excellency
## Margaret Wood Hassan, Governor

# A Proclamation

## SLEEP APNEA AWARENESS DAY
## FEBRUARY 21, 2013

WHEREAS, Sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

WHEREAS, The New England Journal of Medicine estimates that sleep apnea affects at least nine percent of women and twenty four percent of men and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness; and

WHEREAS, Physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, Many people afflicted by sleep apnea do not know they have it, anesthesiologists and pain clinicians are well advised to screen their patients for sleep apnea prior to administering treatment; and

WHEREAS, A continuous positive airway pressure device, or CPAP, can be utilized to continually supply pressurized air to an individuals lungs and airway to help treat this condition; and

WHEREAS, Helen Bousquet, a resident of the State of New Hampshire, recently passed away from complications of sleep apnea and may her passing bring attention to the need for sleep apnea awareness;

NOW, THEREFORE, I, MARGARET WOOD HASSAN, GOVERNOR of the State of New Hampshire, do hereby proclaim FEBRUARY 21, 2013 as SLEEP APNEA AWARENESS DAY in the State of New Hampshire.



Given this 21ˢᵗ day of February, in the year of Our Lord two thousand and thirteen, and the independence of the United States of America, two hundred and thirty-seven.

Margaret Wood Hassan
Governor

102

**STATE OF NEW JERSEY**
**EXECUTIVE DEPARTMENT**

*Proclamation*

WHEREAS, sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep, resulting in poor sleep and often indicated by loud snoring; and

WHEREAS, the New England Journal of Medicine estimates that sleep apnea affects nine percent of women and 24 percent of men and is the leading cause of excessive, daytime sleepiness; and

WHEREAS, most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult; and

WHEREAS, physicians and caregivers of individuals diagnosed with sleep apnea should be notified of their condition as anesthesia and certain medications can create a dangerous situation when administered to someone with sleep apnea; and

WHEREAS, sleep apnea can be treated with positive airway pressure (PAP) therapy, which supplies pressurized air through a breathing mask that prevents the airway from collapsing;

NOW, THEREFORE, I, CHRIS CHRISTIE, Governor of the State of New Jersey, do hereby proclaim:

# AUGUST 31, 2015
## AS
# SLEEP APNEA AWARENESS DAY

in New Jersey.

GIVEN under my hand and the Great Seal of the State of New Jersey, this eighteenth day of August in the year two thousand fifteen, the two hundred fortieth year of the Independence of the United States.

**LT. GOVERNOR**

**GOVERNOR**



# Canada
# Province of British Columbia
## A Proclamation

ELIZABETH THE SECOND, by the Grace of God, of the United Kingdom, Canada and Her other Realms and Territories, Queen, Head of the Commonwealth, Defender of the Faith

## To all to whom these presents shall come — Greeting

WHEREAS sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breath occurs during sleep, and

WHEREAS most individuals with sleep apnea do not even know they have it and should consult a physician if snoring or if sleeping seems difficult, and

WHEREAS the New England Journal of Medicine estimates that sleep apnea affects at least nine percent of middle-aged women and twenty-four percent of middle-aged men, and sleep apnea results in poor sleep and is the leading cause of excessive, daytime sleepiness, and

NOW KNOW YE THAT, We do by these presents proclaim and declare that May 2018 shall be known as

### "Sleep Apnea Awareness Month"

in the Province of British Columbia.

IN TESTIMONY WHEREOF, We have caused these Our Letters to be made Patent and the Great Seal of Our Province of British Columbia to be hereunto affixed.

WITNESS, The Honourable Judith Guichon, Lieutenant Governor of Our Province of British Columbia, in Our City of Victoria, in Our Province, this twenty-second day of March, two thousand eighteen and in the sixty-seventh year of Our Reign.

BY COMMAND.

_____
Attorney General
(counter signature for the Great Seal)

_____
Lieutenant Governor

# STATE *of* WISCONSIN



## OFFICE *of the* GOVERNOR

*Proclamation*

*WHEREAS;* sleep apnea is a common, chronic disorder in which one or more pauses in breathing or shallow breathing occurs during sleep; and

*WHEREAS;* it is estimated that millions of Americans suffer from sleep apnea, yet 80 percent of cases with moderate to severe obstructed sleep apnea go undiagnosed; and

*WHEREAS;* when sleep apnea goes untreated, it may lead to high blood pressure, chronic heart failure, atrial fibrillation, stroke, type 2 diabetes, depression, and other cardiovascular problems; and

*WHEREAS;* sleep apnea can be a complicating factor in the administration of general anesthesia during surgery; and

*WHEREAS;* for mild cases of sleep apnea, physicians may recommend lifestyle changes, including losing weight and quitting smoking; and

*WHEREAS;* one of the most widely used and most successful treatments for mild to severe sleep apnea is a positive airway pressure machine, or PAP; and

*WHEREAS;* sleep studies are used to help health care providers diagnose whether an individual has a sleeping disorder by measuring how well an individual sleeps and how the body responds to sleep problems;

*NOW, THEREFORE,* I, Scott Walker, Governor of the State of Wisconsin, do hereby proclaim Friday, May 11, 2018 as

## SLEEP APNEA AWARENESS DAY

throughout the State of Wisconsin and I commend this observance to all of our citizens.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Wisconsin to be affixed. Done at the Capitol in the City of Madison this 25th day of April 2018.

SCOTT WALKER
GOVERNOR

By the Governor:

DOUGLAS LA FOLLETTE
Secretary of State

# EXHIBIT D

# Psychiatric Letters pertaining to the Maui Wildfires



Violet Healthcare Psychiatric and Mental Health Services
Phone: 786-353-9308
Fax: 786-353-9304
Email: violethealthcorp@gmail.com

**June 30, 2026**

**To: Whom It May Concern**

**RE: Court**

Dear Sir or Madam,

I am a Board-Certified Psychiatric Mental Health Nurse Practitioner (PMHNP-BC) licensed to practice psychiatry. I am writing this letter regarding my patient, Brian Evans , whom I have personally evaluated and treated since December 3, 2025, for psychiatric conditions including Post-Traumatic Stress Disorder (PTSD), Generalized Anxiety Disorder (GAD), Major Depressive Disorder (MDD), and insomnia.

The information contained in this letter is based upon my direct clinical evaluations of the patient, my treatment of the patient, my review of the patient's psychiatric history, and the information provided to me by the patient during the course of treatment.

According to the patient's consistent history, he was present during the August 8, 2023 Maui Wildfires and experienced significant psychological trauma associated with that event. He further reported that following the wildfire, he developed persistent symptoms including intrusive recollections, hypervigilance, anxiety, emotional distress, avoidance behaviors, sleep disturbance, impaired concentration, and difficulty with emotional regulation. He also reported initiating psychiatric treatment and psychotherapy in 2023 following these events.

When I first evaluated the patient on December 3, 2025, he continued to exhibit clinically significant symptoms consistent with chronic PTSD. At that time, my examination demonstrated persistent anxiety, emotional distress, impaired concentration, trauma-related rumination, sleep impairment, and reduced ability to effectively process stressors. In my professional opinion,

1

these symptoms substantially affected his emotional functioning and his ability to consistently exercise clear judgment during periods of heightened psychological distress.

Because of the severity of his symptoms, I initially scheduled psychiatric follow-up appointments every two weeks in order to closely monitor his condition and response to treatment.

As part of his treatment plan, I prescribed:

- **Clonazepam 2 mg twice daily as needed for severe anxiety and trauma-related symptoms.**
- **Buspirone (Buspar) 7.5 mg twice daily for ongoing management of generalized anxiety symptoms.**

Throughout the course of treatment, the patient remained compliant with medication management and continued psychiatric follow-up. Over time, he demonstrated gradual clinical improvement. His anxiety symptoms became less severe, emotional regulation improved, and his concentration and cognitive functioning progressively stabilized.

Based upon my serial psychiatric evaluations, it is my professional opinion that by approximately February 27, 2026, the patient demonstrated meaningful clinical improvement. At that point, he exhibited improved emotional stability, clearer thought processes, improved concentration, and significantly better decision-making capacity than had been observed during the initial phase of treatment. Although symptoms of PTSD remained present, they were substantially better controlled and no longer caused the same degree of functional impairment observed at the onset of my care.

Given his improvement, the frequency of psychiatric follow-up visits was appropriately reduced from every two weeks to monthly medication management appointments. Since that time, the patient has remained psychiatrically stable while continuing treatment under my care.

Based upon my education, training, clinical experience, repeated psychiatric evaluations, and ongoing treatment relationship with this patient, it is my professional medical opinion, held to a reasonable degree of psychiatric certainty, that the patient's PTSD is consistent with the traumatic history he reported, and that his psychiatric symptoms have required ongoing treatment and have resulted in significant functional impairment. My opinions are based upon my independent psychiatric assessment, objective clinical findings, mental status examinations, and longitudinal observation of the patient's progress during treatment.

Should additional information be required, I would be happy to provide it within the limits permitted by law and with the patient's authorization.

Sincerely,

2



Gladys Mariam Olivera, PMHNP-BC
Psychiatric Mental Health Nurse Practitioner
Violet Healthcare Psychiatric and Mental Health Services
Phone: 786-353-9308
Fax: 786-353-9304
Email: violethealthcorp@gmail.com

---

**Declaration**

I declare on this 30th of June, 2026 that under penalty of perjury under the laws of the State of Florida that the foregoing statements are true and correct to the best of my personal knowledge, information, and professional medical judgment.



Gladys Mariam Olivera, PMHNP-BC

Psychiatric Mental Health Nurse Practitioner

Violet Healthcare Psychiatric and Mental Health Services

Phone: 786-353-9308

Fax: 786-353-9304

Email: violethealthcorp@gmail.com

3



**HERAMBA**
MENTAL HEALTHCARE

1314 Central Ave. S, Kent, WA 98032
Suite 203
Phone: 888 – 867 – 0204
Fax: 888 – 867 - 2165

July 1, 2026

To Whom It May Concern,

As a result of the Maui wildfires and the trauma associated with that event, which led to this office diagnosing Brian Evans with Post-Traumatic Stress Disorder (PTSD), it is my professional opinion that Mr. Evans lacked the capacity to enter into any contractual agreement or agreement of any kind from the time of the Maui wildfires through his last clinical evaluation on September 23, 2025, during which he was actively engaged in treatment.

While PTSD may be a chronic condition, with continued treatment it is anticipated that the patient may continue to demonstrate clinical improvement over time in accordance with his ongoing care in Florida.

It is my opinion, based solely on my clinical evaluation up to September 23, 2025, that Mr. Evans would have lacked the capacity to enter into or sign any agreement or contract during the period from the time of the Maui wildfires through September 23, 2025. This opinion is limited to the timeframe in which the patient was under this office's care. No clinical assessment has been conducted after this date; therefore, any opinion regarding his current or future capacity would require updated evaluation.

Sincerely,

*tehideyao*

Tehido Yao, DNP, ARNP, PMHNP-BC



**PRIMARY MEDICAL PHYSICIANS**

Date: June 2, 2026

RE: Brian Evans
Date of Birth: 05/03/1970

To Whom It May Concern:

This letter is to confirm that Mr. Brian Evans (DOB: 05/03/1970) was seen by his physician on June 1, 2026.

Due to ongoing medical treatment, including cancer-related biopsies, treatment procedures, and several scheduled surgeries, Mr. Evans is currently unable to travel. It is medically necessary for him to remain available for ongoing evaluation, treatment, and follow-up care.

We respectfully request that any travel obligations or arrangements be deferred until his treating physician determines that travel is medically appropriate.

Should you require any additional information, please contact our office at 954-399-9014.

Sincerely,

PRIMARY MEDICAL PHYSICIANS
3800 JOHNSON ST. SUITE E
HOLLYWOOD, FL 33021

SIRAHAYDEE PENA APRN-FNP-BC
(NPI#1033654678)
3800 JOHNSON ST, SUITE E
HOLLYWOOD FL, 33021
Tel= 954-399-9014

Patient Visit Note
* Final Report *

EVANS, BRIAN K - 88419

## * Final Report *

2/5/25

To whom it may concern,

Mr. Evans is under my care and has required several procedures for treatment of a new diagnosis of cancer. His most recent operation was 10/7/24. He will require additional appointments for cancer surveillance and may require additional procedures in the future.

Please feel free to contact the office with any additional questions.

Regards,

Tyler Mittelstaedt, MD/MPH
Skyline Hospital General Surgery
211 NE Skyline Dr.
White Salmon, WA 98672
(509) 637-2810

Printed by:     ARMOUR, BRITTNEY
Printed on:     2/5/2025 13:44 PST

Page 1 of 2

Scanned with
CamScanner

Case 1:26-cv-20842-BB Document 49 Entered on FLSD Docket 08/04/2026 Page 84 of 102

# EXHIBIT E

# Cerberus Lawsuit Media



Making Dallas an
Even Better Place

Aug 4, 2026
Dallas, TX
☀ 99° F

☰ Menu

Subscribe 🔍

Healthcare

# Florida Singer Files $100 Million Federal Lawsuit Against Former Steward CEO Dr. Ralph de la Torre

Brian Evans, who is also a politician and author, filed the Florida suit after his mother died in a Steward hospital following a knee replacement surgery.

By Will Maddox | November 19, 2025 | 9:33 am

( 🔗 Share )  ( 💬 Comment )  ( 🅖 Add *D Magazine* on Google )



Courtesy iStock

In a 2020 Ballotpedia survey, Congressional candidate Brian Evans said that the most important characteristic of a politician is "That they aren't afraid to take on the big boys." In a lawsuit he filed earlier this month while representing himself, Evans followed his own advice by suing Dallas resident and former Steward Health Care CEO Dr. Ralph de la Torre, the private equity firm that formed and sold the hospital system, and other Steward leaders. The lawsuit alleges that the financial mismanagement of the system led to his mother's death.

Evans, whose website calls him a crooner, is also the author of three novels. The artist who once opened for Joan Rivers also sings alongside actor William Shatner in one of his music videos. He was a 2018 Republican nominee for U.S. Congress in Hawaii's second district, where he lost to current Director of National Intelligence Tulsi Gabbard after winning 23 percent of the vote. In 2020, he ran as a Bernie Sanders-style progressive for the same seat but only received 9 percent of the Democratic primary election.

He is no stranger to lawsuits. He has sued everyone from the city of

have a street where she lived in Hampton renamed for her. Those suits were dismissed. Evans represented himself in a suit in Hawaii's highest court to throw out the results of the 2020 election he lost, and appealed to the Supreme Court in a suit against the physician who cared for his mother. Evans says he found out during the trial that the judge was married to a woman who had admitting privileges in the very hospital he was suing. Neither court heard the case.



Deadline Extended for D CEO's Excellence in Healthcare Awards 2026. Nominate an outstanding individual or organization now through August 14.

Nominate Now →

Now, he is seeking $100 million in a lawsuit alleging that de la Torre and others personally benefited while Steward's hospitals remained underfunded and unsafe. The complaint describes how those conditions contributed to the death of his mother, Helen Bousquet, who died at Holy Family Hospital in Methuen, Massachusetts, after a knee surgery. The suit also names former Steward executive Sanja Shetty, Michael Callum, and Medical Properties Trust, the firm that purchased the Steward land while Cerberus managed the health system.

"This lawsuit isn't about Steward's bankruptcy," Evans says. "It's about the executives and investors who got rich while patients died. They drained hospitals of the resources they needed to save lives — including my mother's."



After moving to Florida, the Massachusetts native filed the lawsuit on behalf of his mother's estate and says he was diagnosed with Post Traumatic Stress Disorder after learning about his mother's death. In 2012, she had knee replacement surgery at Holy Family Hospital and was placed in a recovery room. The complaint says that she was not given her CPAP and pulse oximetry, despite needing them for her sleep apnea diagnosis, and died the morning after surgery in an unmonitored room. In 2018, a Massachusetts jury found the Steward nurse was negligent in the care of his mother. Since her death, 40 U.S. governors have issued sleep apnea proclamations raising awareness about the condition, some of which have mentioned Bousquet.

The latest lawsuit details the history of Steward Health Care, Cerberus Capital Management's creation and sale of the system, and how de la Torre

executives profited. It also says that Evans attempted to report de la Torre's conduct to Sen. Elizabeth Warren and then-Attorney General Maura Healey in 2013. De la Torre had not responded to comment on the lawsuit by the time of publication, but Evans says he was served with the lawsuit at a horse show with his wife.

"Defendants, by extracting capital and leaving Steward hospitals dangerously underfunded, created foreseeable risks to patient safety and violated their duties to ensure adequate staffing and equipment. Plaintiff's mother's death at Holy Family Hospital was the direct and proximate result of these conditions," the lawsuit reads. "The claims here seek to hold the individual wrongdoers accountable for their own theft and reckless financial decisions that deprived hospitals of life-saving resources and placed patients at fatal risk."

I'll take this as far as I can to give my mother justice and they will remember her name," Evans says.

## Author



**Will Maddox**
View Profile ⟶

Will is the senior writer for *D CEO* magazine and the editor of D CEO Healthcare. He's written about healthcare fraud, Texas' slow march toward marijuana legalization, and the future of healthcare in North Texas.



are





Texas Health Resources and PT Solutions Physical Therapy Partner on New Clinics

Get the D Brief Newsletter

th Piper is Making Needlepoint Cool Again

tood Their Ground at the MLB Trade Deadline. Now They're in No Man's Land.

idan's world, Georgetown is SMU

daroue helped shape modern Dallas

ee The Dallas Food News We're Most (and Least) Excited About in August 2026



Buy This Issue

Get a Print Subscription

Give a Gift

Manage Your Subscription

View Our Other Titles

SUBSCRIBE NOW

# Get The D Brief Newsletter

Dallas' most important news stories of the week,
delivered to your inbox each Monday.

> Email*

> **Sign Up →**



## Making Dallas an Even Better Place

750 North St.Paul St. Suite 2100 Dallas, Texas 75201
Tel: 214.939.3636  Fax: 214.748.4579

| About | Magazines | Advertise |
|---|---|---|
| About Us | D Magazine | Advertise with Us |
| Our History | D CEO | Reprints |
| Careers | D Home | Plaques |
| Internships | D Weddings | D Custom |
| Masthead | Subscribe | |
| Contact Us | Browse the Archives | |
| Newsletters | Shop Back Issues | |
| LLM | Manage Subscription | |

| Best Lists | Guides |
|---|---|
| Best of Big D | Travel Guide |
| Best Restaurants Right Now | Things to Do This Weekend |
| The Ultimate Bar Guide | Concert Calendar |
| Best BBQ | 55 Date Ideas |
| Best Pizza | Newcomer's Guide |
| Best Burgers | D Home Room Guide |
| Best Brunches | Texas Bill Tracker |
| Best Indian Restaurants | Outdoor Guide |
| Best Italian Food | Camp Guide for Kids |
| Best Fried Chicken | |

Copyright © 2026, D Magazine Partners, Inc
All Rights Reserved.

Privacy Policy



# EXHIBIT F

# Creative Artists Agency Exhibits

 **Steve Levine** 9/29/23
To: Brian Evans >

# RE: Brian

Brian,
We've done a good (and trusting) job of dancing between the raindrops.
But I'm not comfortable opening any videos. I will read what you send but as always, limited to business as we've discussed.

---

**From:** Brian Evans <belasvegas@yahoo.com>
**Sent:** Thursday, September 28, 2023 11:16 PM
**To:** Steve Levine <steve.levine@caa.com>
**Subject:** Fwd: Brian

2:10

**2 Messages**

**Steve Levine**                                    9/29/23
To: Brian Evans >

# RE: Brian

Just tell me (here). Videos really make me nervous.


CAA and former ICM agents are operating under CAA's New York City (1359415-DCA) and California (TA000225666) talent agency licenses. This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. CAA is committed to ensuring that clients are free to do their best work without experiencing harassment and want to ensure they have the relevant resources they need. Clients can go to https://www.caa.com/legal/sexual-harassment-guidelines-caa-clients to learn more about their rights, and how to report violations.

In performing services for you, we regularly receive, process and maintain certain personal information about you. For information about how Creative Artists Agency, LLC and its subsidiaries are [ data, please see our

**From:** Steve Levine <steve.levine@caa.com>
**Date:** September 5, 2023 at 4:06:49 PM HST
**To:** Brian Evans <belasvegas@yahoo.com>
**Subject: Brian**

Brian

I hesitate to do too much on the phone, but this sounds very serious. And I appreciate you saying you respect me, so I'm going to take that seriously enough to try to help. I can be helpful to you and everyone here. For better or worse Scott Danny me we're pretty much all together and everything. We celebrate the wins, but we also have to face the tough times together so I don't know the details but I doubt anybody has physically injured or stolen from anyone here anyone here.

So I guess what I'm saying is unless there's some kind of crime involved why don't you let me step in and help.? I'm very good with difficult situations and I respect you and we've all known each other long time so let's

**Dan >**

We did Funny Robbers for HIM. He's just a fucking pervert who thinks of no one but himself

Thu, Aug 31 at 4:25 AM

Wow, that's a lot to wake up and see. I'm thankful you've buried that video for the sake of his employees and myself. Everyone would lose their jobs if that came out. We have guys with kids and mortgages. Thank you for our friendship. We don't speak often, but I care.

Sat, Sep 2 at 11:28 PM

## EXHIBIT A

## DECLARATION OF MARK ANDREW BILTZ

(Pursuant to 28 U.S.C. § 1746)

I, Mark Andrew Biltz, declare as follows:

1. My name is Mark Andrew Biltz. I am over the age of eighteen and competent to testify to the matters stated herein. I have personal knowledge of the facts set forth in this Declaration.

2. I have known Brian Evans for approximately twenty (22) years.

3. In approximately late April 2024, and during the weeks surrounding that time, I was frequently present at Brian Evans's residence in White Salmon, Washington. I lived down the street from that residence at the time.

4. During that period, I personally overheard multiple telephone conversations between Brian Evans and Steve Levine. On several occasions, the calls were conducted on speakerphone while I was present in the room.

5. Some of those conversations lasted approximately one hour or longer.

6. During more than one of those conversations, I heard Brian Evans state that he intended to relocate to Florida, including Miami Beach.

7. In response, I heard Steve Levine state words to the effect that once Brian Evans was settled in Florida, he would help get him work there.

8. Based on what I personally heard during those calls, Steve Levine was aware that Brian Evans intended to relocate to Florida.

9. At or around the time of settlement discussions, I signed a document titled "Stipulation of Dismissal.

10. At the time I signed that document, I understood it to be part of settlement paperwork.

11. I did not understand that the document would later be filed in federal court.

12. I was not served with the stipulation at the time it was later filed on the public docket in this case.

13. I did not separately authorize the later filing of that stipulation in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of August 2026, in White Salmon, Washington.

Mark Andrew Biltz

2

# EXHIBIT G

# Citibank Matter

## Activity in Case 0:26-cv-61268-AHS EVANS v. CITIBANK, N.A. Notice of Settlement

From: cmecfautosender@flsd.uscourts.gov

To: flsd_cmecf_notice@flsd.uscourts.gov

Date: Tuesday, May 5, 2026 at 10:00 AM EDT

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Barton, Ana on 5/5/2026 at 10:00 AM EDT and filed on 5/5/2026
**Case Name:** EVANS v. CITIBANK, N.A.
**Case Number:** 0:26-cv-61268-AHS
**Filer:** CITIBANK, N.A.
**Document Number:** 14

**Docket Text:**
**NOTICE of Settlement *Joint* by CITIBANK, N.A. (Barton, Ana)**

**0:26-cv-61268-AHS Notice has been electronically mailed to:**

Ana Maria Barton     abarton@reedsmith.com, 5126@ecf.pacerpro.com, ana-barton-0901@ecf.pacerpro.com, docampo@reedsmith.com, jlago@reedsmith.com, rsalldocketing-gsp@reedsmith.com

BRIAN EVANS     belasvegas@yahoo.com

Maria Eugenia Castro Sanchez     mcastrosanchez@reedsmith.com, docampo@reedsmith.com, docketingecf@reedsmith.com, latasha-cardona-4703@ecf.pacerpro.com, lcardona@reedsmith.com, maria-castro-sanchez-3380@ecf.pacerpro.com

**0:26-cv-61268-AHS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=5/5/2026] [FileNumber=26652524-0
] [830197a04886ab36fec696d99f78f432542dfb360edf76b50107a47d8e555843a83
65ee7a1ff4260af8b2b199b62d80fb93ca8d00222d1c9dfeb1c5a792b8246]]

CaSese.3620-rc202234-2BBSD oc Doment D049-EnteEnteen o6n.SLDSDDbek033852020266 PBage98pf6f230%252
Yahoo Mail - Brian Evans v. Citibank                                    https://mail.yahoo.com/d/search/keyword=Citibank%2520%252

## Brian Evans v. Citibank

From:   Brian Evans (belasvegas@yahoo.com)

To:      daniela.santana@citi.com

Date:   Friday, March 27, 2026 at 12:00 AM EDT

Brian Evans
2080 South Ocean Drive, Apartment 1505
Hallandale Beach, Florida 33009
954-214-3076
belasvegas@yahoo.com

March 27, 2026

Citibank Client Services
U.S. Service Center
Attn: C.P.S.
P.O. Box 769007
San Antonio, TX 78245-9966

Cc: Daniela Santana, Branch Manager, SVP
Citibank, N.A. – Aventura Branch
2750 Aventura Blvd
Aventura, FL 33180
daniela.santana@citi.com

Re: Formal Notice of ATM Cash Deposit Malfunction, Wrongful Overdraft, and Resulting Damages

Citibank Case Number: R-106415260323

To Whom It May Concern:

This letter serves as formal written notice regarding a serious Citibank ATM cash deposit malfunction that has caused immediate financial harm and continues to place me at risk of further damages.

On March 23, 2026, at approximately 19:20, I deposited over $4,000 in cash into a Citibank ATM located at 2750 Aventura Boulevard, Aventura, Florida. This was a cash deposit — not a check. During the transaction, the ATM displayed a message asking "Are you sure?" regarding the deposit. After I proceeded, the machine accepted the cash, shut, and then displayed an error message.

As of the date of this letter, Citibank still has not properly credited those funds back to my account.

On the morning of March 24, 2026, I went to the Aventura branch when it opened and personally explained to branch personnel what had happened the night before. I specifically advised that checks and payments were due to come through my account and that this ATM malfunction would cause serious problems if the missing cash was not promptly credited.

I was then told by Daniela Santana, Branch Manager, SVP, that she was contacting the appropriate department and that my checks would seek that my checks would not not be returned while the issue was being investigated and while Brink's / the ATM servicing team verified what had occurred with the machine and the missing cash deposit. Despite that representation, checks and payments have still been returned and the issue remains unresolved.

As a direct result of Citibank's failure to timely and properly credit my cash deposit after this ATM malfunction, my

Yahoo Mail - Brian Evans v. Citibank                    https://mail.yahoo.com/d/search/keyword-citibank%2520%252

checking account became wrongfully overdrawn and payments/checks have been returned. One of those returned payments involved a life insurance policy.

If that policy lapses, is canceled, loses coverage, loses reinstatement rights, or if I suffer any loss of insurability or policy value because Citibank failed to credit my cash deposit, I will hold Citibank fully responsible for all resulting damages. That includes, if applicable, the full value of the lost life insurance policy and any other consequential losses resulting from this error.

In addition to the direct financial consequences, I have also incurred time, inconvenience, disruption, and out-of-pocket expense in dealing with this matter, including repeated efforts to resolve an issue that should never have occurred in the first place, efforts to protect my insurance coverage, and the cost of preparing and overnighting this formal notice. I expect Citibank to address not only the missing funds and returned payments, but also the broader harm and expense caused by this ATM malfunction.

This is not a routine customer service issue. This is a bank error involving accepted cash, an ATM malfunction, wrongful overdraft consequences, returned checks after express assurances they would not be returned, and potential insurance-related financial harm.

Citibank is hereby placed on formal notice of the following:

1. The ATM accepted over $4,000 in cash and then displayed an error;
2. The funds have not been timely credited;
3. The delay has already caused my account to become overdrawn;
4. Returned checks/payments and other downstream damages have already occurred;
5. I was specifically told at the branch that my checks would not be returned while the issue was being addressed, yet they were returned anyway;
6. Additional damages may occur if Citibank does not immediately correct this error.

I demand the following immediately:

1. Immediate investigation and provisional or full credit of the missing cash deposit;
2. Immediate reversal of any overdraft fees, returned payment fees, or other charges caused by this error;
3. Written confirmation that this matter has been escalated and is being treated as an urgent ATM cash deposit malfunction causing consequential financial harm;
4. Written confirmation of the status of the investigation and expected date of correction;
5. Preservation of all records relating to this transaction, including but not limited to ATM records, balancing records, servicing records, camera footage, internal notes, branch communications, armored carrier records, machine error logs, Brink's / ATM servicing records, and all complaint/escalation logs related to this matter;
6. Appropriate compensation for the time, disruption, expense, mailing costs, and damages caused by this matter, in addition to correction of the missing deposit itself.

Please also consider this a formal preservation notice. In the event this matter is not resolved immediately, or if further damages occur, I will rely on this letter as evidence that Citibank was given clear notice of both the underlying ATM malfunction and the resulting harm.

Please respond in writing immediately.

Sincerely,

Brian Evans

Citibank Case Number: R-106415260323
Account ending in: 3622

Yahoo Mail - RE: Brian Evans
https://mail.yahoo.com/d/search/keyword-citibank%2520%252...

RE: Brian Evans

From: Santana, Daniela (daniela.santana@citi.com)

To: belasvegas@yahoo.com

Date: Thursday, March 26, 2026 at 09:34 AM EDT

Hello Mr. Evans,

Good morning, sir. I have escalated and done what I could regarding your case. I understand your frustration, and I apologize for this inconvenience. At this time, the investigation is active, and any available updates can be received from our customer service using the case number below.

**R-106415260323**

**Best Regards,**

**Daniela Santana**, Branch Manager, SVP
Aventura Branch
2750 Aventura Blvd Aventura FL 33180
305.705.1060
daniela.santana@citi.com
NMLS ID 721990



Citibank, N.A.

Click here to schedule your next appointment with us!

*Email sent through the internet is not secure. Do not use email to send us confidential information. Do not email us requests to complete financial transactions, perform service or maintenance on your account(s), or send time-sensitive instructions. We will not accept them. Your email message is not private in that it is subject to review by Citi, its officers, agents, and employees.*

# EXHIBIT H

## Ralph De La Torre – Criminal Contempt

Plaintiff initiated the FBI investigation after the death of his mother in 2013 and personally met with Sen. Warren.

Case 1:26-cv-20389-BD Document 10649 Entered on FLSD Docket 08/05/2026 Page 104 of 120

Son of Knee Surgery Patient who Died At Holy Family Says He Will ... https://valleypatriot.com/son-of-knee-surgery-patient-who-died-at-...

102

# Son of Knee Surgery Patient who Died At Holy Family Says He Will Will File Suit

*January 5, 2013*

**Brian Evans says he will file suit against The Holy Family Hospital, Steward Health Care, Cerberus Capital, nurses, doctors, and LeapFrog Group in death of his mother**



Brian Evans, the son of Helen Bousquet, who died on October 5th at The Holy Family Hospital in Methuen after knee surgery, says he will file suit against The Holy Family Hospital, Steward Health Care, Cerberus Capital Management, and separately, intends to file a $50 million lawsuit against The LeapFrog Group, who rates the hospital.

Bousquet was admitted to the Holy Family (Caritas) Hospital late last year for knee surgery and died in recovery. She had sleep apnea and was not hooked up to a physician prescribed machine during recovery.

Evans, a renowned big band singer who's hit song "At Fenway" was inducted into the Baseball Hall of Fame library, says he will claim fraud in his forthcoming suit against LeapFrog Group. LeapFrog Group contends it is non-profit, Evans says he wants to expose who their donors are contending that LeapFrog then rates them.

The American Hospital Association is also concerned about LeapFrog Group.

"In my opinion, some people make a living off the appearance that they care, not what they actually do," Evans says. "LeapFrog is giving false faith to patients, which results in them being cared for at hospitals such as this, is in my opinion fraudulent. I also believe the Catholic Church should not allow their names to be on privately owned hospitals by an equity firm, which gives older people the belief that it's safer. I say this as a Catholic myself. Steward Health Care System has no business owning a hospital named Holy Family, St. Elizabeth's, "St. Annes," or "Good Samaritan." It's just marketing, in my opinion. The moment a private equity firm bought the hospitals, the names should have all been changed to reflect that."

Evans spoke with Archdiocese investigator Ed Murphy, who said he'd get back to Evans in "a couple of weeks." Evans says he never did.

"My mother gave up years of what were to be great years, and she will not have done so for nothing. Aside from the legacy she will have for what she did for me, and with me, as she has been added to the National Baseball Hall of Fame and indeed Red Sox Nation with her work on our forthcoming music video, she will have accomplished more than I ever will in what she did when she gave up her life to bring attention to the dangers of sleep apnea," says Evans. "She saved lives."

"People need to get in the habit of screaming when something like this happens to them. The idea that you have no ability to change things is just what they want you to believe. A corporation is run by people, and you all need to lose the fear that they are too big to go after. My mother did it, but it's the family members who are given the responsibility to be their messenger when they are gone. You are responsible for making the world know that your loved one was here, mattered, and made the world a better place. My mother did just that. I will not let my mother down, and when I see her again, she will know I never sold her out. As anyone who has lost a mom can tell you, it's when you realize that you will indeed die twice."

1 of 5

8/4/2026, 3:16



Helen Bousquet with William Shatner at Fenway

Actor William Shatner, who also suffers from sleep apnea, has conveyed his support in Evans holding those in her untimely death responsible. Shatner has supported the placement of a plaque on M Street in Hampton Beach in her honor, an idea her son came up with.

"I've had family members actually say to me that I needed to honor my mother. That I wasn't by bringing up what I believed had been done to her on the day she passed away. I knew there was nothing I could do. There was coming to the conclusion that this was real, which is a shocking feeling they make no pill that I can give you to describe, and then phase two, which was making sure I made certain that her life mattered to this world, not just to me. My mother was brilliant in many ways, and it's my job to make sure people know it. She enjoyed a lot, but not enough. I want her honored among the living, not on a plaque in a park that ten people a year see."

Evans says he wants doctors and nurses fired over this, and has filed a police report with Methuen Police seeking criminal charges.

"Just because the building says hospital, doesn't give the people inside who work there some free pass to ignore the patients. God knows they bill the insurance companies no matter what the outcome, even when they screw up."

Nurses protested the hospital just eight weeks after Helen passed away, advising Steward Health Care System that they do not have enough nurses on staff to care for their own patients. Steward Health Care System is owned by Cerberus Capital Management, a private equity firm.

Evans says any monies that come from any lawsuit will "go to things my mother cared about. Children, animals, and dancing for kids. My mother didn't die so that I could buy stuff. The one thing she taught me more than anything is how meaningless material things are, and nothing taught me that more than going through this."

Evans says he will also file suit against all doctors involved in her care prior to what was supposed to be a routine knee surgery, a surgery she was having so that she could go dancing again without pain.

"They took away what was most important to her, they took away the entire dream of it. So now, I'm going to do the same to them."

CNN is now in process of doing a story on Helen Bousquet. Actor Tom Hanks is doing a recording that will welcome visitors to her website, www.helenbousquet.com. It will be up in the next few weeks.

"Whatever brings attention to what happened to her is all I care about," says Evans.

Evans contacted former Vice-President Dan Quayle, an executive of Cerberus (who owns Steward Health Care System), and he received no response.

The American Sleep Apnea Association has placed Helen Bousquet on their home page at www.sleepapnea.org. They will proclaim her birthday, January 21st, as "Helen Bousquet Day" nationally.

Evans is going to work with The Sleep Apnea Association to create a bill in his mother's name that requires all patients with pre-existing conditions be monitored until they are discharged following any surgery.

"One would think that's already the law, but it's not. It will be," says Evans. "This is all I can do about this now. I can't bring her back."

**Related Stories:**

American Sleep Apnea Association comes out swinging against Holy Family Hospital

State Senators Initiate Investigation into The Holy Family Hospital

Son of Dead Holy Family Hospital patient to Meet with Officials, Declines Meeting with Hospital.

Woman Dies after Knee Surgery at Holy Family Hospital – Son Calls for Criminally Negligent Homicide Charges

🏷 Brian Evans, Cerberus Capital Management, Helen Bousquet, Holy Family Hospital, knee surgery, Leapfroggroup, Steward Health Care

*Son of Knee Surgery Patient who Died At Holy Family Says He Will Will File Suit added by* **Tom Duggan** *on January 5, 2013*
**View all posts by Tom Duggan →**

Case 1:20-cv-20283-BB Document 10649 Entered on FLSD Docket 08/05/2026 Page 105 of 120

102



Son of Knee Surgery Patient who Died At Holy Family Says he w...    https://valleypatriot.com/son-of-knee-surgery-patient-who-died-

Case 24-20903-EBL Doc Document 10649 Entered FLSD Docket 08/05/2026 Page 107 of 120
Steward Health Bankruptcy & CEO Charged With Contempt ... https://www.mhaonline.com/blog/steward-health-controvers

 **MHA Online**

Home >> Features

>> Steward Health: CEO Charged With Contempt of
Congress After Defying Subpoena to Testify

FAQ    SCHOOL PROFILES

PROGRAMS    FEATURES⌄

*sponsored*    CEO of hospital industry giant
Steward Health Care who stepped
down in October 2024. In one of the most colossal failures of a hospital chain in
American history, the Dallas-based for-profit Steward system declared bankruptcy the
previous May.

On September 12, Dr. de la Torre refused to show up at a hearing before a Senate
committee investigating Steward's bankruptcy despite a subpoena compelling his
testimony. The Committee on Health, Education, Labor, and Pensions (HELP) next
unanimously adopted a resolution intended to hold Dr. De la Torre in contempt of
Congress. That was the first time this committee filed such an order since Richard
Nixon occupied the White House.

By unanimous consent, the full Senate then approved the measure directing the Justice
Department to file civil and criminal charges against Dr. de la Torre for contempt.
Senator Bernie Sanders, an independent from Vermont and the committee's chairman,
said the committee had little choice but to seek charges as a result of Dr. de la Torre's
decision to defy the subpoena.

On September 30, Dr. de la Torre filed a federal lawsuit against that committee and



>> Steward Health: CEO Charged With Contempt of
Congress After Defying Subpoena to Testify

FAQ    SCHOOL PROFILES

PROGRAMS    FEATURES∨

unconstitutional all actions relating to the subpoena's enforcement, including the Senate's contempt resolution. The complaint also asked for an emergency injunction barring the Senate from requiring Dr. de la Torre to testify while Steward's bankruptcy proceedings were in progress.

# Steward's Controlled Demolition

A renowned heart surgeon trained at Duke University, MIT and Harvard Medical School, Dr. de la Torre filed the litigation the day before stepping down as Steward's chief executive after serving in that role since 2008. At its peak, Steward was the largest private hospital system in the United States. With 42,000 employees, Steward operated 37 hospitals serving mostly low-income communities in eight states, with most of the facilities concentrated in New England.

But ever since a physicians' group led by Dr. de la Torre in 2020 bought Steward for $790 million from Cerberus—the private equity firm that created the health system by "rolling up" several Catholic hospitals—he's overseen Steward's deconstruction. Some might call it a controlled demolition.

Steward Health: Bankruptcy & CEO Charged With Contempt ...    https://www.mhaonline.com/blog/steward-health-controver


**MHA Online**

Home >> Features

>> Steward Health: CEO Charged With Contempt of Congress After Defying Subpoena to Testify

FAQ    SCHOOL PROFILES

PROGRAMS    FEATURES˅

Senator Sanders said in September that Congress "will hold Dr. de la Torre accountable for his greed and for the damage he has caused to hospitals and patients throughout America." Massachusetts Democratic Senator Edward Markey said that Steward, led by Dr. de la Torre and its corporate enablers, "looted hospitals across the country for profit, and got rich through their greedy schemes."

A *Wall Street Journal* investigation revealed that while Steward's hospitals were being sued by vendors for nonpayment—and lacked critical supplies and equipment after unpaid vendors stopped supplying the facilities—Dr. de la Torre had amassed a personal fortune of more than $250 million. He owns two luxury yachts worth $40 million and $15 million, and at one point he owned two private jets worth about $33 million each. Public station WGBH in Boston reported that he was repeatedly using the hospital system's assets as his own personal "piggy bank."

Senator Sanders said the HELP Committee wants to know how Dr. de la Torre and the companies he owned could have received hundreds of millions of dollars in compensation since 2020 while thousands of patients and healthcare workers suffered and communities were devastated. And he said all those tragedies happened because of Steward's mismanagement.

The senator also said he wanted Dr. de la Torre to explain why federal regulators



>> Steward Health: CEO Charged With Contempt of Congress After Defying Subpoena to Testify

FAQ    SCHOOL PROFILES

PROGRAMS    FEATURES⌄

extent of the system's insolvency until the United States Bankruptcy Court for the Southern District of Texas required it to file financial statements to obtain protection from creditors under Chapter 11. Combined with the aggregate value of the creditor filings, those statements finally disclosed that Steward was facing a staggering amount of debt: over $9 billion in total liabilities.

# Capitalism on Steroids: A Cautionary Tale

Now that the bankruptcy court had publicly released Steward's financial data, a December 2024 analysis by scholars at Harvard University's T.H. Chan School of Public Health identified the main reasons for Steward's bankruptcy.

In essence, private equity owners' extreme pursuit of profit maximization, followed by risky financial strategies like sale-leaseback agreements and a failure to invest in patient care were the main factors that resulted in Steward Health Care's bankruptcy filing.

Case 1:26-cv-20842-DSL Document 649-1 Entered on FLSD Docket 08/00/2026 Page 193 of 120
Steward Health Bankruptcy & CEO Charged With Contempt of Congress Over Fl-Sl- https://www.mhaonline.com/blog/steward-health-controve
102



>> Steward Health: CEO Charged With Contempt of Congress After Defying Subpoena to Testify

FAQ    SCHOOL PROFILES

PROGRAMS    FEATURES⌄

After developing a presence in other industries, PE firms like Cerberus targeted the healthcare sector starting in the mid-2000s, attracted by the industry's $5 trillion valuation and stable cash flow. PE firms now own 5,779 physician practices—a 608 percent increase since 2012. They also own 460 U.S. hospitals, representing eight percent of private hospitals and 22 percent of for-profit hospitals.

Dr. Meredith Rosenthal, a Harvard health economics professor, points out that private equity firms like Cerberus pitch deals by claiming that they can raise capital and invest it in improving the business in ways that nonprofits can't. "But the challenge is that because healthcare is so important, the public expects these corporations to prioritize public interest over profits," she says. "And that's not what they're built to do."

Dr. McDonough adds that "medical care has always had a for-profit element. Physicians were mostly small businesspeople. But there's a difference between a sole proprietor or small business and a mega-corporation that believes its only purpose in the world is return on equity to shareholders. Hold that belief up against a medical provider's belief that patients come first, and right away there's conflict. It's this core contradiction that I think American society has never sufficiently grappled with."

Harvard's analysis then cites evidence showing that when private equity takes over

Case 24-26-20203442-DS Doc Document 40649 Entered FLSD Docket 08/08/2026 Page 112 of 120
Steward Health Bankruptcy CEO Charged With Contempt of Congress For FLSD    https://www.mhaonline.com/blog/steward-health-controve



>> Steward Health: CEO Charged With Contempt of Congress After Defying Subpoena to Testify

FAQ     SCHOOL PROFILES

PROGRAMS     FEATURES∨

After Cerberus sold Steward to Dr. de la Torre's group in 2016, the system started to engage in risky financial deals.

Steward quickly signed a sale-leaseback agreement with Medical Properties Trust (MPT), in which the system sold off its hospital land and buildings to MPT, then leased them back. This deal provided Steward with $1.25 billion—including millions of dollars in bonuses for Dr. de la Torre and his associates that suddenly made them wealthy—but saddled the company with massive rent obligations that eventually proved unsustainable. From this point on, Steward's hospitals would struggle with aggressive cost-cutting as its managers tried to find the cash to pay these huge rental charges.

## Focus on Profits Over Patient Care

Steward prioritized profits and cost-cutting to keep up with their rent payments to MPT, leading to compromised patient care and safety. This management team "wanted it both ways:" the company aggressively cut costs and neglected bills at the same time it focused on maximizing profits for its investors and executives.

Steward Health Bankruptcy & CEO Charged With Contempt    https://www.mhaonline.com/blog/steward-health-controve


**MHA Online**

Home >> Features

>> Steward Health: CEO Charged With Contempt of Congress After Defying Subpoena to Testify

FAQ    SCHOOL PROFILES

PROGRAMS    FEATURES⌄

The financial statements released in 2024 finally documented all the ways that Steward had consistently paid hundreds of millions to its investors and leadership each year since 2020—including huge sums to CEO de la Torre—even while patient care suffered and patients died. Despite all the outrage over Dr. de la Torre's actions, this aspect probably did more to draw his contempt of Congress charges than anything else.

"The passage of this resolution by the full Senate will make clear that even though Dr. de la Torre may be worth hundreds of millions of dollars, even though he may be able to buy fancy yachts and private jets and luxurious accommodations throughout the world, even though he may be able to afford some of the most expensive lawyers in America—no, Dr. de la Torre is not above the law," Sanders said during a speech on the floor of the Senate. "If you defy a Congressional subpoena, you will be held accountable no matter who you are or how well connected you may be."


**Douglas Mark**
Writer
While a partner in a San Francisco marketing and design firm, for over 20 years Douglas Mark wrote

Case 4:26-cv-20343-BDSJ  Document 0649  Entered FLSD Docket 08/08/2026  Page 114 of 120
Steward Health Bankruptcy & CEO Charged With Contempt of Court of FLSD  https://www.mhaonline.com/blog/steward-health-controve



Home >> Features

>> Steward Health: CEO Charged With Contempt of
   Congress After Defying Subpoena to Testify

FAQ     SCHOOL PROFILES

PROGRAMS     FEATURES⌄

# Related Programs

**1** Online Master's in Nurse Administration – MSN Degree Nurse Administrator

**2** Online Graduate Certificates in Health Law, Policy & Compliance

**3** Online MS Programs in Food Safety – Regulatory Affairs & Quality Assurance

**■** Online Master of Clinical & Healthcare

# Related FAQs

**1** Guide to Healthcare Quality & Patient Safety Certifications

**2** What Can You Do with a Degree in Human Services?

**3** Why Do We Have National Patient Safety Goals?

**4** How Do I Become a Health Insurance Underwriter?

**5** Palliative Care vs. Hospice

8/4/2026, 2:46

Steward Health Bankruptcy BCEO Charged With Contempt of Court on FLSD https://www.mhaonline.com/blog/steward-health-controv



MHA Online

Home >> Features

>> Steward Health: CEO Charged With Contempt of
Congress After Defying Subpoena to Testify

FAQ     SCHOOL PROFILES

PROGRAMS     FEATURES⌄

health. On the heels of the Covid-19 pandemic, it's never
been more important.



31 March 2026

## How Big Data Shapes Healthcare Delivery

Healthcare has always been about data, long before the
concept of digital bits and bytes entered the world:
symptoms, irregularities, and other clinical observations
that, taken together, informed medical judgement. Today's
healthcare is more about data than ever. That should
translate into better healthcare delivery. So has it?



11 March 2026

## An Expert Weighs In: Is Telemedicine Here to Stay After the Pandemic?

When you think of telemedicine or telehealth, you probably
think of Zoom calls with your physician or therapist. But the
term has actually been around since the mid-20th century,
when radios were used to provide medical advice for
patients on ships, and two-way televisions were first used to

10 of 11

8/4/2026, 2:46

Steward Health Bankruptcy: CEO Charged With Contempt of... https://www.mhaonline.com/blog/steward-health-controve

102



Home >> Features

>> Steward Health: CEO Charged With Contempt of
Congress After Defying Subpoena to Testify

FAQ   SCHOOL PROFILES

PROGRAMS   FEATURES∨



18 August 2025

### Payer

According to February 2019 poll, over 70 percent of
Americans want some form of universal healthcare, but the
way such a plan would be enacted remains divisive. The
main conflicts center around cost, care, and complexity.

About Us    Privacy Policy    Contact Us    Facebook    X

Copyright © 2018-2026 Sechel Ventures

*v. United States of America et al.*, No. 1:26-cv-24244-EGT (S.D. Fla. 2026).

Filing lawsuits in federal court is not a hobby or an alternative to social media posting. Plaintiff's serial filings have wasted the time and resources of the undersigned, his colleagues, and the parties and attorneys forced to deal with them.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff Brian Evans is a vexatious litigant pursuant to 28 U.S.C. § 1651(a). He is **ENJOINED** and **PROHIBITED** from filing any new document—including, but not limited to, any action, complaint, petition, motion, or notice—in the Southern District of Florida without first obtaining the prior written approval of the senior Magistrate Judge in the division in which the document is sought to be filed, except for filings in currently pending cases.

    a. Any motion for leave to file must be captioned "Motion for Leave to File Pursuant to Court Order," and Evans must attach to each such motion: (i) a copy of any proposed complaint, petition, or other document; (ii) a copy of this Order; and (iii) a certification under oath that there is a good faith basis for filing any complaint, petition, or other document.

    b. If the senior Magistrate Judge's review results in a finding that Evans's action is not frivolous, then the Magistrate Judge shall direct the Clerk to file the case and assign in according to the normal procedures.

    c. If the senior Magistrate Judge's review results in a finding that the action is frivolous, that action will not be filed with the Court but instead will be returned to Evans.

    d. Should Evans violate this Order and file an action without first seeking leave, the action will be dismissed for failing to comply with this Order.

4

2. The Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

3. **No later than August 7, 2026**, Plaintiff shall file a copy of this Order in every case pending in this district in which he is a Plaintiff. Failure to do so may result in financial sanctions *without further notice*.

4. The *Clerk of Court* shall send a copy of this Order to all divisions of the Southern District of Florida.

5. The Clerk of Court is instructed to **CLOSE** this case. All deadlines are **TERMINATED** and all pending motions, if any, are **DENIED as moot**.

6. Defendants may file a motion for reasonable attorneys' fees by August 21, 2026.

**DONE AND ORDERED** in the Southern District of Florida on August 3, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20342-LEIBOWITZ/LOUIS

BRIAN EVANS,

*Plaintiff,*

*v.*

CHAD FITZGERALD and KINSELLA
HOLLEY ISER KUMP STEINSAPIR LLP,

*Defendants.*

_____/

## ORDER DECLARING PLAINTIFF BRIAN EVANS A VEXATIOUS LITIGANT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon *pro se* Plaintiff Brian Evans's "Motion for Leave to file Supplemental Exhibits and Limited Statement Regarding Personal Jurisdiction" [ECF No. 41] and his "Motion for Leave to File Notice of Supplemental Correspondence Relevant to Pending Jurisdictional Questions" [ECF No. 44] (the "Motions"). Defendants responded to the second motion, arguing that Plaintiff is a vexatious litigant who should be enjoined from filing further documents in this District without leave of court. [ECF No. 46]. Plaintiff replied, arguing that he is not a vexatious litigant, and that if anything, Defendants are. [ECF No. 47]. Plaintiff has already been warned by the undersigned and his colleagues that filing continued, vexatious papers in this Court will result in sanctions, including dismissal of this case with prejudice. [ECF No. 39]; *see, e.g., Evans v. Hawaiian Electric Industries, Inc. et al.,* No. 1:26-cv-20024-RKA, Paperless Order (ECF No. 14) (S.D. Fla. July 17, 2026) (Altman, J.) (noting Plaintiff's "frivolous filing clogs our docket and wastes scarce court resources"). After further review, the Court finds Plaintiff is a vexatious litigant. His serial, spurious filings have burdened this District for long enough.

This Court "has the jurisdiction to protect itself against the abuses that litigants like [Plaintiff] visit upon it." *Procup v. Strickland*, 792 F.2d 1069, 1073 (11th Cir. 1986); *see Santana v. Frank Sufka Fam. Tr. Fund*, 2026 WL 1492775, at *3 (M.D. Fla. May 28, 2026) ("If judges allow the court system to be weaponized by any party for improper purposes, the public is not well-served. Judges have a responsibility to ensure the courts remain open to all to pursue claims in good faith."). Indeed, "[f]ederal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *Procup*, 792 F. 2d at 1073. The Eleventh Circuit has long approved the imposition of sanctions, including pre-filing restraints, to deter vexatious litigants from clogging the federal courts' dockets. *See Copeland v. Green*, 949 F.2d 390, 931 (11th Cir. 1991); *Cofield v. Ala. Pub. Serv. Comm'n*, 936 F.2d 512, 518 (11th Cir. 1991).

The Court must issue this order for three reasons.

First, as the Court noted in its July 10, 2026 order, Plaintiff's conduct in this case has been "aimed at unreasonably and vexatiously raising the costs of litigation for Defendants, this Court, and Magistrate Judge Louis." [ECF No. 39 at 2]. Plaintiff has now filed *eleven* meritless "notices of supplemental authority" or motions for leave to file supplemental authority—all of which, the Court notes, bear the indicia of AI-generated material. [ECF Nos. 18, 19, 21, 26, 30, 32, 35, 37, 38, 41, 44]. The July 10 order struck five of Plaintiff's "notices of supplemental authority" as vexatious, and warned him that "filing additional, vexatious notices of supplemental authority may result in monetary sanctions under 28 U.S.C. § 1927 and may result in dismissal of his case *with prejudice* and *without further notice*." [ECF No. 39 at 2]. Plaintiff's latest Motions are just as spurious as the ones that came before them. [*See* ECF Nos. 41, 44].

Second, it appears this entire case is designed to harass Defendants. According to the Complaint, the case arises from a dispute between Plaintiff and Creative Artists Agency, LLC

2