**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,
Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, SKY DAYTON, and DOES 1–10,
Defendants.

FILED BY ___ D.C.
AUG 21 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

---

**MOTION FOR LEAVE TO FILE PURSUANT TO COURT ORDER**

Plaintiff Brian Evans, proceeding pro se, respectfully moves this Court for leave to file the attached proposed Notice of Supplemental Authority pursuant to the Order Declaring Plaintiff Brian Evans a Vexatious Litigant and Dismissing Case with Prejudice entered by the Honorable David S. Leibowitz on August 3, 2026, in *Evans v. Fitzgerald et al.*, Case No. 1:26-cv-20342-DSL (S.D. Fla.) (the "Leibowitz Order"), a true and correct copy of which is attached hereto as Exhibit B.

**I. Compliance with the Leibowitz Order**

The Leibowitz Order provides that Plaintiff is enjoined from filing any new document in the Southern District of Florida without first obtaining the prior written approval of the senior Magistrate Judge in the division in which the document is sought to be filed. See Leibowitz Order at 4. Any motion for leave to file must be captioned "Motion for Leave to File Pursuant to Court Order" and must attach: (i) a copy of the proposed document; (ii) a copy of the Leibowitz Order; and (iii) a certification under oath that there is a good faith basis for filing the document. Id.

This Motion is captioned exactly as required. Attached as Exhibit A is the proposed Notice of Supplemental Authority. Attached as Exhibit B is a true and correct copy of the Leibowitz Order. Attached as Exhibit C is Plaintiff's Certification Under Penalty of Perjury.

**II. Good Faith Basis for the Proposed Filing**

The proposed Notice of Supplemental Authority brings to this Court's attention a Paperless Order entered on August 20, 2026, by Magistrate Judge Edwin G. Torres in *Evans v. United States of America et al.*, Case No. 1:26-cv-24244-EGT (S.D. Fla.). That Order granted Plaintiff's Motion for Referral to the Volunteer Attorney Program.

Defendant Church of Scientology International previously filed a Notice of Supplemental Authority (ECF No. 105) citing the Leibowitz Order in opposition to Plaintiff's Motion for Sanctions (ECF No. 73). The Torres Order is relevant because it demonstrates that a judicial officer of this District, after the Leibowitz Order was entered and after Plaintiff filed a copy of that Order in the United States case as required, nevertheless referred the matter for potential volunteer counsel rather than dismissing it as frivolous. Courts do not refer cases they believe are frivolous to the Volunteer Attorney Program. The sequence of events is therefore material to the issues raised by Defendant's reliance on the Leibowitz Order.

Plaintiff paid the full filing fee in the United States case and did not proceed in forma pauperis. The proposed Notice is narrow, factual, and limited to bringing a subsequent judicial determination to this Court's attention under Local Rule 7.8. It does not seek to relitigate any claim, introduce new theories, or expand the scope of any pending motion beyond the relevance of the cited authority.

**III. Request for Relief**

Plaintiff respectfully requests that the senior Magistrate Judge for the Miami Division grant leave to file the proposed Notice of Supplemental Authority (Exhibit A) and direct the Clerk to accept the Notice for filing in this pending case.

Respectfully submitted,

Brian Evans
2080 South Ocean Drive, #1505
Hallandale Beach, FL 33009
(954) 214-3076
Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I will serve a true and correct copy of this Motion for Leave to File Pursuant to Court Order, together with all exhibits, on counsel of record via the Court's CM/ECF system and/or by U.S. Mail as follows:

Alan J. Perlman
Dickinson Wright PLLC
350 East Las Olas Blvd, Suite 1750
Fort Lauderdale, FL 33301
Email: aperlman@dickinsonwright.com

Daniel R. Lazaro
Buchanan Ingersoll & Rooney PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Email: dan.lazaro@bipc.com

Jennifer Julia Vaquerano
Dickinson Wright PLLC
350 E Las Olas Blvd #1750
Fort Lauderdale, FL 33301
Email: jvaquerano@dickinson-wright.com

Justin B. Elegant
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Email: jelegant@bergersingerman.com

Michael H. Strub, Jr.

Jeffer Mangels & Mitchell LLP
3 Park Plaza Ste 1100
Irvine, CA 92614
Email: MStrub@jmbm.com

______________________________
Brian Evans