**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, SKY DAYTON, and DOES 1–10.

Defendants.

_______________________________________ /

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE PURSUANT TO COURT ORDER / NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Church of Scientology International ("CSI") opposes pro se Plaintiff Brian Evans' ("Evans") Motion for Leave to File Pursuant to Court Order / Notice of Supplemental Authority (ECF No. 108). Judge Torres's August 20, 2026, Order Referring Evans to the Volunteer Attorney Program in another case is irrelevant to the issue before this Court on Evans' Motion for Sanctions (ECF No. 73): whether CSI acted in bad faith when it opposed Plaintiff's Post-Dismissal Motion to Strike (ECF No. 70). This Court subsequently denied Evans' Motion to Strike and his Motion for Reconsideration of that Order (ECF Nos. 100, 107).

In CSI's Opposition, CSI argued against striking reference to Evans' numerous cases in this District because they were relevant to the Court's consideration of the public's right of access. *See* (ECF No. 70 at pp. 2-3, 7). Accordingly, when Judge Leibowitz declared Evans a vexatious litigant on August 3, 2026, CSI filed that Order in support of its Opposition to Evans' Motion for

Sanctions. (ECF No. 105, 105-1). That Order supported CSI's argument that CSI acted in good faith in opposing Evans' Motion to Strike. *Id.*

Because there is no good cause to grant Evans leave to file irrelevant supplemental authority, Evans' Motion to Supplement should be denied.

Dated: September 4, 2026

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant, Church of Scientology International*
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1500
Miami, FL 33131-1822
Phone: 305-347-4081
*/s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.
Florida Bar No. 99021
dan.lazaro@bipc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System.

*By: /s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.