**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, SKY DAYTON, and DOES 1–10.

Defendants.
_______________________________________ /

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE PURSUANT TO COURT ORDER**

Defendant Church of Scientology International ("CSI") does not oppose pro se Plaintiff Brian Evans' request for a status update or disposition on his Motion for Sanctions (ECF No. 73). The Motion for Sanctions should be denied for the reasons CSI has argued in its Opposition (ECF No. 80).

Dated: September 23, 2026

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant, Church of Scientology International*
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1500
Miami, FL 33131-1822
Phone: 305-347-4081
*/s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.
Florida Bar No. 99021
dan.lazaro@bipc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System.

*By: /s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.