**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:26-cv-20389-BB

BRIAN EVANS,

Plaintiff,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, SKY DAYTON, and DOES 1–10.

Defendants.
_______________________________________ /

**DEFENDANT CHURCH OF SCIENTOLOGY INTERNATIONAL'S RESPONSE TO PLAINTIFF'S RULE 72 OBJECTIONS**

Defendant Church of Scientology International ("CSI") responds in opposition to Plaintiff's Rule 72 Objections, ECF No. [115], as follows:

## BACKGROUND

On September 23, 2026, the Magistrate Judge issued a 12-page Report and Recommendations that Plaintiff's Motion for Sanctions, ECF No. [73], be denied. ECF No. [112]. Critically, the Report and Recommendations recommended that Plaintiff's Motion for Sanctions be denied because CSI did not act in bad faith, and should not be sanctioned for opposing Plaintiff's Motion to Strike, which this Court denied by separate Order. ECF No. [112] at pp. 9-12. Per the Report and Recommendations and Local Magistrate Judge Rule 4(b), Plaintiff had 14 days to file written objections. Accordingly, any written objections were due on or before October 7, 2026.

On October 5, 2026, Plaintiff filed a Motion for Leave to File, ECF No. [114], and Rule 72 Objections to the Report and Recommendations. ECF No. [115]. On October 6, 2026, the Court granted Plaintiff's Motion for Leave to File. ECF No. [116]. In that Order, this Court reminded

Plaintiff that all Objections must be filed by the October 7, 2026 deadline. *Id.* No further Objections or supplements have been filed.

**ARGUMENT AND MEMORANDUM OF LAW**

Pursuant to Local Magistrate Judge Rule 4(b), a party's written objections to a report and recommendation "shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made, the specific basis for such objections, and supporting legal authority." *See also Taylor v. Carnival Corp.*, No. 25-CV-20851, 2025 WL 2937096, at *3 (S.D. Fla. Oct. 16, 2025) (quoting *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006)) and (citing S.D. Fla. L. Mag. J.R. 4(b)). "The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections 'pinpoint the specific findings that the party disagrees with.'" *Taylor*, 2025 WL 2937096, at *3 (quoting *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009)); *see also* Fed. R. Civ. P. 72(b)(3). "It is improper for an objecting party to...[submit] papers to a district court which are nothing more than a rehashing of the same arguments and positions taken in the original papers submitted to the Magistrate Judge. Clearly, parties are not to be afforded a 'second bite at the apple' when they file objections to a R & R." *Taylor*, 2025 WL 2937096, at *3 (citing *Marlite, Inc. v. Eckenrod*, No. 10-cv-23641, 2012 WL 3614212, at *2 (S.D. Fla. Aug. 21, 2012)).

Plaintiff simply asks this Court "to review that motion [for sanctions] de novo and to reject the recommendation of denial.". ECF No. [115] at p. 4. Plaintiff's Objections fail to comply with the requirements stated above, and Plaintiff did not supplement his Objections on or before the October 7, 2026 deadline. Plaintiff's Objections should therefore be overruled.[1]

---

[1] Should the Court consider any arguments made in Plaintiff's Motion for Sanctions, ECF No. [73], CSI defers to its Opposition, ECF No. [80].

## CONCLUSION

The Magistrate Judge's well-reasoned Report and Recommendations should be adopted in full, and Plaintiff's Motion for Sanctions should be denied.

Dated: October 9, 2026

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant, Church of Scientology International*
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1500
Miami, FL 33131-1822
Phone: 305-347-4081
*/s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.
Florida Bar No. 99021
dan.lazaro@bipc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2026, a true and correct copy of the foregoing was served upon all parties who are currently on the list to receive email notice/service for this case via the Court's CM/ECF System.

*By: /s/ Daniel R. Lazaro*
Daniel R. Lazaro, Esq.